05/30/2010 12:02  6073246188        PAUL ARGENTIERI                    PAGE 02

SUPREME COURT
ALLEGANY COUNTY      STATE OF NEW YORK

PAUL D. CEGLIA

    Plaintiff

                        ORDER TO SHOW CAUSE

vs

                        Index # 38798

MARK ELLIOT ZUCKERBERG, Individually,
and Facebook, Inc.

    Defendants

---

    UPON the reading of the annexed affidavit of the Plaintiff, Paul D. Ceglia, sworn to on June 29, 2010, and based upon the action, papers, and exhibits filed herein,

    LET, the Defendants, Mark Elliot Zuckerberg, individually and Facebook, Inc., Show Cause at a Special Term of the Supreme Court to be held in and for the County of Allegany at the Courthouse in Belmont, New York, on the 9th day of July, 2010 at 11:00 o'clock in the forenoon/~~afternoon~~ or as soon thereafter as counsel can be heard before the Hon. Thomas P. Brown why an Order should not be entered:

1. For a permanent injunction against the Defendants from transacting business without the transfer of 84% of the Defendants' preferred and or common stock to the Plaintiff pursuant to the parties agreement of April 28, 2003.

2. For an accounting of the Defendants' business from the inception of the website, Thefacebook.com through Facebook.com into the present Facebook, Inc.

3. For such other and further relief as the Court may deem just and proper.

Sufficient cause appearing therefore it is hereby:

128 MAIN STREET - HORNELL, N.Y. 14843 - TELEPHONE (607) 324-3232

ORDERED, that pending the return date:

A. The Defendant Mark Elliot Zuckerberg and/or the Defendant Facebook, Inc. or any of its subsidiaries, are hereby enjoined and restrained from transferring, selling, assigning any assets, stocks, bonds, owned, possessed and/or controlled by the Defendants, ~~including any monies of any Defendant on deposit or account with any agent, a bank, or any other financial institution~~ /P/2

LET service of this Order to Show Cause, together with the papers upon which it is based, upon the Defendant, Mark Elliot Zuckerberg be by personal service, and upon the Defendant, Facebook, Inc., on or before the 6ᵗʰ day of _____ July, 2010, be deemed good and sufficient service.

DATED: June 30, 2010

_____
Hon. Thomas P. Brown
Acting Supreme Court Justice

**GRANTED**

June 30, 2010
_____
COURT CLERK

PAUL A. ARGENTIERI - ATTORNEY AT LAW

SUPREME COURT
ALLEGANY COUNTY          STATE OF NEW YORK                    COPY

PAUL D. CEGLIA
                    Plaintiff

                                                AFFIDAVIT
vs
                                                Index # 38798

MARK ELLIOT ZUCKERBERG, Individually,
and Facebook, Inc.
                    Defendants

---

Paul D. Ceglia, being duly sworn, deposes and states:

1. That I am the Plaintiff in the above captioned matter and hereby incorporate by reference the allegations contained in the Verified Complaint including the exhibits into this Order to Show Cause.

2. As the Court will determine, time is of the essence as I have not received any remuneration from the Defendants according to the contract.

3. There is a possibility that assets could be transferred out the protection of the Court.

WHEREFORE, I respectfully request the relief as demanded in the Order to Show Cause.

Sworn To Before Me this
29th Day of June, 1020                          _____
                                                Paul D. Ceglia

_____
Notary Public

PAUL A. ARGENTIERI, ESQ.
NOTARY PUBLIC-STATE OF NEW YORK
No. 02AR4672870
Qualified in Steuben County
My Commission Expires June 10, 20__

PAUL A. ARGENTIERI - ATTORNEY AT LAW
168 MAIN STREET - HORNELL, N.Y. 14843 - TELEPHONE (607) 324-3232