06/30/2010  12:02  6073246188                PAUL ARGENTIERI                         PAGE 05

COPY

SUPREME COURT
STATE OF NEW YORK   ALLEGANY COUNTY

ENDORSED

PAUL D. CEGLIA

        Plaintiff

SUMMONS

Index # 38798

vs

MARK ELLIOT ZUCKERBERG, Individually
and Facebook, Inc.
        Defendants

ALLEGANY COUNTY CLERK
FILED
JUN 3 0 2010

ROBERT L. CHRISTMAN
CLERK

---

TO THE ABOVE NAMED DEFENDANTS:

    YOU ARE HEREBY SUMMONED to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's attorney within 30 days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, Judgment will be taken against you by default for the relief demanded in the complaint.

    Trial to be held in the County of Allegany
    The basis of the venue is Residence of Plaintiff
    Plaintiff resides in Allegany County

Dated: June 29, 2010

Paul A. Argentieri, Esq.
188 Main Street
Hornell, NY 14843
607-324-3232

2010 JUN 30 AM 9:17
ROBERT L. CHRISTMAN
CLERK
ALLEGANY COUNTY

ENDORSED

---

PAUL A. ARGENTIERI – ATTORNEY AT LAW
188 MAIN STREET – HORNELL, N.Y. 14843 – TELEPHONE (607) 324-3232

To the above named Defendants:

*THE NATURE OF THE ACTION IS:* Declaratory Judgment

*The relief sought is:* Monetary Damages and 84% Ownership of Facebook, Inc.