SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF ALLEGANY

---

PAUL D. CEGLIA,

                Plaintiff,

    -against-

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.,

                Defendants.

Index No. 38798/10

**NOTICE OF REMOVAL
TO FEDERAL COURT**

---

        PLEASE TAKE NOTICE that Defendants Mark Elliot Zuckerberg and Facebook, Inc., by their attorneys, Orrick, Herrington & Sutcliffe LLP, have on this date filed a Notice of Removal with respect to the above-captioned action with the Clerk of the United States District Court for the Western District of New York, pursuant to 28 U.S.C. § 1441 and 1446(d). A copy of the Notice of Removal is attached hereto.

Dated: New York, New York
       July 8, 2010

                                ORRICK, HERRINGTON & SUTCLIFFE LLP

                                By: _____
                                     Lisa T. Simpson
                                     Daniel W. Robertson, Jr.

                                51 West 52nd Street
                                New York, New York 10019
                                (212) 506-5000

                                Attorneys for Defendants Mark Elliot
                                Zuckerberg and Facebook, Inc.

-2-

TO: Paul A. Argentieri, Esq.
188 Main Street
Hornell, New York 14843
(607) 324-3232

Attorney for Plaintiff