Lisa T. Simpson
Daniel W. Robertson, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
(212) 506-5000

Attorneys for Defendants Mark
Elliot Zuckerberg and Facebook, Inc.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL D. CEGLIA,

                Plaintiff,

      -against-

MARK ELLIOT ZUCKERBERG, Individually, and FACEBOOK, INC.,

                Defendants.

1:10-cv-00569-RJA

**RULE 7.1**
**DISCLOSURE STATEMENT**

---

       Defendant Facebook, Inc. ("Facebook") certifies that it is a non-governmental corporation organized and existing under the laws of Delaware, with its principal place of business in Palo Alto, California. Facebook submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, for the use of the judges of this Court:

1.    Facebook is not a publicly-held corporation or other publicly-held entity.

2.    Facebook does not have any parent corporation.

3.    No publicly-held corporation owns 10 percent or more of Facebook's stock.

Dated: July 9, 2010
New York, New York

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:     /s/ Lisa T. Simpson
            Lisa T. Simpson
            Daniel W. Robertson, Jr.

51 West 52nd Street
New York, New York 10019
(212) 506-5000

Attorneys for Defendants Mark Elliot Zuckerberg and Facebook, Inc.

2