Lisa T. Simpson
Daniel W. Robertson, Jr.
ORRICK, HERRINGTON & SUTCLIFFE LLP
51 West 52nd Street
New York, New York 10019
(212) 506-5000
Attorneys for Defendant Mark Elliot
Zuckerberg and Facebook, Inc.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                Plaintiff,

      -against-

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.,

                Defendants.

1:10-cv-00569-RJA

## CERTIFICATE OF SERVICE

Daniel W. Robertson, certifies:

1. I am a member of the bar of the State of New York, am not a party to the above case, am over eighteen years old, and am associated with the law firm Orrick, Herrington & Sutcliffe LLP, attorneys for defendants Mark Elliot Zuckerberg and Facebook, Inc.

2. On July 9, 2010 I provided plaintiff Paul Ceglia, the only other party to this action, with a true and correct copy of the Motion to Dissolve the Temporary Restraining Order, the Memorandum of Law in Support, and the Declaration of Lisa T. Simpson, including all attachments thereto, and Facebook Inc.'s Rule 7.1 Corporate Disclosure Statement as filed in the United States District Court for the Western District of New York, via facsimile.

3. On July 12, 2010 I provided plaintiff Paul Ceglia, the only other party to this action, with a true and correct copy of the Motion to Dissolve the Temporary Restraining Order, the Memorandum of Law in Support, and the Declaration of Lisa T. Simpson, including all attachments thereto, and Facebook Inc.'s Rule 7.1 Corporate Disclosure Statement, as filed in the United States District Court for the Western District of New York, by overnight delivery, addressed to:

> Paul A Argentieri, Esq.
> 188 Main Street
> Hornell, NY 14843
> Counsel for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Executed in New York, New York this 12th day of July, 2010.

_____
Daniel W. Robertson