UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PAUL D. CEGLIA,                                    Civil Action No.: 1:10-cv-00569-RJA

                Plaintiff,                                    **ORDER**

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.,

                Defendants.
_____

      Upon the motion of Defendants Mark Elliot Zuckerberg and Facebook, Inc. ("Defendants") for an Expedited Hearing on Defendants' Motion to Dissolve Temporary Restraining Order; the affidavit of Michael B. Powers, Esq., sworn to July 15, 2010; Defendants' Memorandum of Law in Support of the Application for Expedited Hearing on the Motion to Dissolve Temporary Restraining Order; Defendants' Motion to Dissolve Temporary Restraining Order (Docket No. 4); Defendants' Memorandum of Law in Support of the Motion to Dissolve Temporary Restraining Order (Docket No. 5); the Declaration of Lisa T. Simpson, Esq. in Support of Motion to Dissolve Temporary Restraining Order (Docket No. 6); and upon all of the pleadings and proceedings herein; and after due deliberation it is hereby:

      **ORDERED** that Defendants' Application for Expedited Hearing on Defendants' Motion to Dissolve Temporary Restraining Order is granted; and it is further

      **ORDERED** that based upon a prima facie showing in defendants' papers that the Temporary Restraining Order may have expired under its own terms and/or that the Temporary

Restraining Order is impermissibly vague and overbroad, the June 30, 2010 Temporary Restraining Order granted by the New York State Supreme Court, Allegany County, is stayed pending determination of defendants' Motion on July 20, 2010; and it is further

**ORDERED,** that oral argument on defendants' motion will proceed on July 20, 2010 as scheduled.

**SO ORDERED:**

s/Richard J. Arcara
HONORABLE RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE

Buffalo, New York
July 16, 2010