UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------
PAUL D. CEGLIA,

                        Plaintiffs,

-vs-                                                  NOTICE OF APPEARANCE
                                                             No. 10-CV-00569-RJA

MARK ELLIOT ZUCKERBERG
and FACEBOOK, INC.,

                        Defendants.
-----------------------------------------------------------

        PLEASE TAKE NOTICE that the law firm of CONNORS & VILARDO, LLP, Terrence M. Connors, Esq., Lawrence J. Vilardo, Esq., Randall D. White, Esq. and James W. Grable, Jr., Esq, of Counsel, hereby appear as counsel for plaintiff, Paul D. Ceglia, in the above-captioned matter.

DATED:    Buffalo, New York
                July 16, 2010

_____
Terrence M. Connors, Esq.
CONNORS & VILARDO, LLP
Attorneys for Plaintiff
1000 Liberty Building
424 Main Street
Buffalo, New York 14202
(716) 852-5533
tmc@connors-vilardo.com

_____
Lawrence J. Vilardo, Esq.
CONNORS & VILARDO, LLP
Attorneys for Plaintiff
1000 Liberty Building
424 Main Street
Buffalo, New York  14202
(716) 852-5533
ljv@connors-vilardo.com

_____
Randall D. White, Esq.
CONNORS & VILARDO, LLP
Attorneys for Plaintiff
1000 Liberty Building
424 Main Street
Buffalo, New York 14202
(716) 852-5533
rdw@connors-vilardo.com

_____
James W. Grable, Jr., Esq.
CONNORS & VILARDO, LLP
Attorneys for Plaintiff
1000 Liberty Building
424 Main Street
Buffalo, New York  14202
(716) 852-5533
jwg@connors-vilardo.com

TO:  Lisa T. Simpson
     ORRICK, HERRINGTON & SUTCLIFFE, LLP
     Attorneys for Defendants
     51 West 52nd Street
     New York, New York   10019
     (212) 506-5151
     lsimpson@orrick.com

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-----------------------------------------------------------

PAUL D. CEGLIA,

                          Plaintiffs,

-vs-                                                            AFFIDAVIT OF SERVICE
                                                                          No. 10-CV-00569-RJA

MARK ELLIOT ZUCKERBERG
and FACEBOOK, INC.,

                          Defendants.
-----------------------------------------------------------

STATE OF NEW YORK  )
COUNTY OF ERIE       ) SS:
CITY OF BUFFALO     )

        TERRENCE M. CONNORS, ESQ., being duly sworn, deposes and says that he caused a copy of the Notice of Appearance to be filed with the Clerk of the United States District Court for the Western District of New York using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case.

                                                               Terrence M. Connors, Esq.
                                                               CONNORS & VILARDO, LLP
                                                               Attorneys for Plaintiff
                                                               1000 Liberty Building
                                                               424 Main Street
                                                               Buffalo, New York 14202
                                                               (716) 852-5533
                                                               tmc@connors-vilardo.com

Sworn to before me this

16th day of July, 2010.

_____
Notary Public

SHARON BALDWIN
Notary Public, State of New York
Qualified in Erie County
My Commission Expires Nov. 30, 20__