UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL D. CEGLIA,

Plaintiff,

vs.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.,

Defendants.

---

**PROPOSED STIPULATED ORDER**

Civil Action No.: 1:10-cv-00569-RJA

Pursuant to the Court's direction at oral argument in this matter on July 20, 2010, and upon conference between counsel for the parties, the following deadlines shall apply in this case:

1. Should Plaintiff choose to file a Motion to Remand:

    (a)  Plaintiff's Motion to Remand shall be filed on or before **August 9, 2010**

    (b)  Defendants' Opposition to the Motion to Remand shall be filed on or before **August 30, 2010;**

    (c)  Plaintiffs' Reply on the Motion to Remand, if any, shall be filed on or before **September 13, 2010;**

    (d)  Plaintiff shall file any Amended Complaint, or advise of his intent not to so file, within **14 days** following the Court's decision on the Motion to Remand; and

    (e)  If Plaintiff files an Amended Complaint, Defendants shall answer or otherwise move within **45 days** of receiving Plaintiff's Amended Complaint; if Plaintiff does not file an Amended Complaint, Defendant shall answer or otherwise move within **30 days** of Plaintiff's notice that an Amended Complaint will not be filed.

2. Should Plaintiff **not** file a Motion to Remand:

    (a)  Plaintiff shall file any Amended Complaint, or advise of his intent not to so file, by **August 30, 2010;** and

1

(b) Defendants shall answer or otherwise move by **October 8, 2010**.

Dated: August 6, 2010
New York, New York

Upon consent of the parties:

CONNORS & VILARDO, LLP

By: s/ Terrence M. Connors
    Terrence M. Connors

1000 Liberty Building
424 Main Street
Buffalo, New York 14202
(716) 852-5533

Attorneys for Plaintiff Paul D. Ceglia

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: s/ Lisa T. Simpson
    Lisa T. Simpson

51 West 52nd Street
New York, New York 10019
(212) 506-5000

PHILLIPS LYTLE LLP
Michael B. Powers
Sean C. McPhee
3400 HSBC Center
Buffalo, New York 14203-2887
(716) 847-8400

Attorneys for Defendants Mark Elliot Zuckerberg and Facebook, Inc.

SO ORDERED:

_____
RICHARD J. ARCARA
UNITED STATES DISTRICT JUDGE
Aug. 19 2010