UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL D. CEGLIA,

       Plaintiff,

v.                                         Civil Action No. 1:10-cv-00569-RJA

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.,

       Defendants.

---

## NOTICE OF APPEARANCE

     PLEASE TAKE NOTICE, that Terrance P. Flynn, a member of the law firm HARRIS BEACH PLLC, hereby appears in this action on behalf of defendants, MARK ELLIOT ZUCKERBERG and FACEBOOK, INC., and requests that he be served with copies of all future pleadings, discovery and submissions to the Court.

Dated: Buffalo, New York
      August 27, 2010                          Respectfully submitted,

                                                   HARRIS BEACH PLLC

                                          By:   /s/ Terrance P. Flynn
                                                   Terrance P. Flynn, Esq.
                                                   *Attorneys for Defendants,*
                                                     *Mark Elliot Zuckerberg & Facebook, Inc.*
                                                   726 Exchange Street – Suite 1000
                                                   Buffalo, New York 14210
                                                   (716) 200-5050
                                                   tflynn@harrisbeach.com

HARRIS BEACH PLLC
ATTORNEYS AT LAW

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL D. CEGLIA,

        Plaintiff,

    v.                                        Civil Action No. 1:10-cv-00569-RJA

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.,

        Defendants.

---

### **CERTIFICATE OF SERVICE**

       This is to certify that on this 27th day of August, 2010, a true and correct copy of the Notice of Appearance was served with the Clerk of the District Court using its CM/ECF system, which would then electronically notice the following CM/ECF participants in this case:

| | |
|---|---|
| James P. Grable, Jr., Esq.<br>Connors & Vilardo, LLP<br>1000 Liberty Building<br>424 Main Street<br>Buffalo, New York 14202<br>(716) 852-5533<br>jwg@connors-vilardo.com | Lisa T. Simpson, Esq.<br>Orrick, Herrington & Sutcliffe, LLP<br>51 West 52nd Street<br>New York, New York 10019<br>(212) 506-5000<br>LSimpson@orrick.com |
| Michael B. Powers, Esq.<br>Phillips Lytle LLP<br>3400 HSBC Center<br>Buffalo, New York 14203<br>(716) 847-8400<br>mpowers@phillipslytle.com | Lawrence J. Vilardo, Esq.<br>Connors & Vilardo, LLP<br>1000 Liberty Building<br>424 Main Street<br>Buffalo, New York 14202<br>(716) 852-5533<br>ljv@connors-vilardo.com |

HARRIS BEACH
ATTORNEYS AT LAW

Sean C. McPhee, Esq.
Phillips Lytle LLP
3400 HSBC Center
Buffalo, New York 14203
(716) 847-8400
smcphee@phillipslytle.com

Dated: Buffalo, New York
August 27, 2010                                  HARRIS BEACH PLLC

By: /s/ Terrance P. Flynn
Terrance P. Flynn, Esq.
726 Exchange Street – Suite 1000
Buffalo, New York 14210
(716) 200-5050
tflynn@harrisbeach.com

*Attorneys for Defendants,*
  *Mark Elliott Zuckerberg & Facebook, Inc.*

3