UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE***

Civil Action No. 1:10-cv-00569-RJA

        PLEASE TAKE NOTICE that upon the annexed declaration of Terrance P. Flynn, dated August 30, 2010, and the petition and declaration of Thomas H. Dupree, Jr., dated August 27, 2010, and upon all the pleadings and proceedings herein, Defendants MARK ELLIOT ZUCKERBERG and FACEBOOK, INC. will move this Court, at a date and time to be determined by the Court, for an Order pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 83.1(i) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, admitting Thomas H. Dupree, Jr. *pro hac vice* to participate as co-counsel for Defendants before the Court in all proceedings in this action.

        PLEASE TAKE FURTHER notice that oral argument is waived unless the Court orders the motion set down for an oral hearing.

Dated:    Buffalo, New York
            August 30, 2010

                                        HARRIS BEACH PLLC

                                      /s/ Terrance P. Flynn
                                      Terrance P. Flynn, Esq.
                                      *Attorney for Defendants*
                                      *Mark Elliot Zuckerberg and*
                                      *Facebook, Inc.*

2

726 Exchange Street
Suite 1000
Buffalo, NY 14210
(716) 200-5120

TO: Terrence M. Connors, Esq.
Lawrence J. Vilardo, Esq.
James W. Grable, Jr., Esq.
*Attorneys for Plaintiff*
*Paul D. Ceglia*
CONNORS & VILARDO, LLP
1000 Liberty Building
424 Main Street
Buffalo, New York  14202
(716) 852-5533