## RESIDENTIAL LEASE-RENTAL AGREEMENT AND DEPOSIT RECEIPT

**AGENCY RELATIONSHIP CONFIRMATION.** The following agency relationship is hereby confirmed for this transaction and supersedes any prior agency election (if no agency relationship insert "NONE"):

LISTING AGENT: _____ is the agent of (check one):
(Print Firm Name)

☐ the Owner exclusively; or ☐ both the Tenant and the Owner.

LEASING AGENT: _____ (if not the same as the Listing Agent) is the agent of (check one):
(Print Firm Name)

☐ the Tenant exclusively; or ☐ the Owner exclusively; or ☐ both the Tenant and the Owner.

*Note: This confirmation DOES NOT take the place of the AGENCY DISCLOSURE form (such as P.P. Form 110.42 CAL) required by law if the term exceeds one year.*

RECEIVED FROM ___Mark Zuckerberg_____, hereinafter referred to as Tenant, the sum of $████████████████████████,

dollars), evidenced by ____Cashier's Check or Wire Transfer____, as a deposit. Upon acceptance of this Agreement, the Owner of the premises, will apply the deposit as follows:

|  | TOTAL | RECEIVED | BALANCE DUE PRIOR TO OCCUPANCY |
|---|---|---|---|
| Rent for the period from 31\2009 to 2\28\2010 | $ ████ | $ ████ | $ ████ |
| Security deposit (not applicable toward last month's rent) . . . . | $ | $ | $ |
| Other | $ | $ | $ |
| TOTAL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | $ | $ |

In the event this Agreement is not accepted by the Owner, within ___3___ days, the total deposit received will be refunded.

Tenant offers to rent from the Owner the premises situated in the City of _____ Palo Alto _____
County of ____Santa Clara____, State of California, commonly known as ███████████████ Palo Alto, CA 94306 _____

upon the following terms and conditions:

1. **TERM.** The term will commence on _____ and continue (check one of the two following alternatives):
   ☒ LEASE until Feb 28, 2010 _____, for a total rent of $ ████████████
                                                          (Dollars).
   ☐ RENTAL on a month-to-month basis, until either party terminates this Agreement by giving the other party written notice as required by law.

2. **RENT.** Rent will be $ ████████___, per month, payable in advance by personal check, cashier's check, cash or money order, on the ___5th___ day of each calendar month to Owner or his or her authorized agent, by mail or personal delivery to the following address:
   _____
   or at such other place as may be designated by Owner in writing from time to time. Payment by personal delivery may be made (check one): ☐ Monday through Friday, 9:00 a.m. to 5:00 p.m., or ☐ at the following times: _____. In the event rent is not received by Owner in full within __5__ days after due date, Tenant agrees that it would be impracticable or extremely difficult to fix the actual damages to Owner caused by that failure, and Tenant agrees to pay a late charge of $ ████___. Tenant further agrees to pay $ 25.00 for each dishonored bank check. All late fees and returned check fees will be considered additional rent. The late charge period is not a grace period, and Owner is entitled to make written demand for any rent if not paid when due and to collect interest thereon. Any unpaid balance including late charges, will bear interest at 10% per annum, or the maximum rate allowed by law, whichever is less.

3. **MULTIPLE OCCUPANCY.** It is expressly understood that this Agreement is between the Owner and each signatory jointly and severally. Each signatory will be responsible for timely payment of rent and performance of all other provisions of this Agreement.

4. **UTILITIES.** Tenant will be responsible for the payment of all utilities and services, except: none _gardener_ _____, which will be paid by Owner.

5. **USE.** The premises will be used exclusively as a residence for no more than ___5___ persons. Guests staying more than a total of ___20___ days in a calendar year without written consent of Owner will constitute a violation of this Agreement. Tenant shall park operable automobiles in assigned spaces only. Trailers, boats, campers, and inoperable vehicles are not allowed without the written consent of Owner. Tenant may not repair motor vehicles on the leased premises.

6. **ANIMALS.** No animals will be brought on the premises without the prior consent of the Owner, except _____none_____.

7. **RULES AND REGULATIONS.** In the event that the premises is a portion of a building containing more than one unit, or is located in a common interest development, Tenant agrees to abide by all applicable rules, whether adopted before or after the date of this Agreement, including rules with respect to noise, odors, disposal of refuse, animals, parking, and use of common areas. Tenant will

Tenant [ MZ ] [_____] [_____] [_____] has read this page.

CAUTION: The copyright laws of the United States forbid the unauthorized reproduction of this form by any means including scanning or computerized formats.

Property Address _____███████████___Palo Alto, CA 94306_____

pay any penalties , including attorney fees, imposed by homeowners' association for violations by tenant or tenant's guests.

8. **ORDINANCES AND STATUTES.** Tenant will comply with all statutes, ordinances, and requirements of all municipal, state and federal authorities now in force, or which may later be in force, regarding the use of the premises. Tenant will not use the premises for any unlawful purpose including, but not limited to, using, storing or selling prohibited drugs. If the premises are located in a rent control area, the Tenant should contact the Rent and Arbitration Board for his or her legal rights.

9. **ASSIGNMENT AND SUBLETTING.** Tenant will not assign this Agreement or sublet any portion of the premises without prior written consent of the Owner.

10. **MAINTENANCE, REPAIRS, OR ALTERATIONS.** Tenant acknowledges that, unless the Owner is notified immediately upon occupancy, the premises, including the furniture, furnishings and appliances, including all electrical, gas and plumbing fixtures, are in good working order and repair. Tenant will keep the premises in a clean and sanitary condition, and will immediately notify Owner of any damage to the premises or its contents, or any inoperable equipment or appliances. Tenant will surrender the premises, at termination, in as good condition as received, normal wear and tear excepted. Tenant will be responsible for any damage, repairs or replacements, caused by Tenant's negligence and that of the tenant's family, invitees, and guests, except ordinary wear and tear. Verification of the working order and the maintenance of the smoke detector is the responsibility of the Tenant. Tenant will not commit any waste upon the premises, or any nuisance or act which may disturb the quiet enjoyment of any neighbors. Tenant will not paint, paper or otherwise redecorate or make alterations to the premises without the prior written consent of the Owner. Tenant will irrigate and maintain any surrounding grounds, including lawns and shrubbery, if they are for the Tenant's exclusive use. It is understood that Owner's insurance does not cover Tenant's personal property.

11. **INVENTORY.** Any furnishings and/or equipment to be furnished by Owner will be listed in a special inventory. The inventory will be signed by both Tenant and Owner concurrently with this Lease. Tenant will keep the furnishings and equipment in good condition and repair, and will be responsible for any damage to them other than normal wear and tear. Tenant acknowledges receipt of __2__ sets of keys, __2__ garage door openers, other: _____ n/a _____

12. **DAMAGES TO PREMISES.** If the premises are damaged by fire or from any other cause which renders the premises untenantable, either party will have the right to terminate this Agreement as of the date on which the damage occurs. Written notice of termination will be given to the other party within fifteen (15) days after occurrence of such damage. Should such damage or destruction occur as the result of the negligence of Tenant, or his or her invitees, then only the Owner will have the right to terminate. Should this right be exercised by either Owner or Tenant, rent for the current month will be prorated between the parties as of the date the damage occurred. Any prepaid rent and unused security deposit will be refunded to Tenant. If this Agreement is not terminated, Owner will promptly repair the premises and there will be a proportionate reduction of rent until the premises are repaired and ready for Tenant's occupancy. The proportionate reduction will be based on the extent which repairs interfere with Tenant's reasonable use of the premises.

13. **ENTRY AND INSPECTION.** Owner and owners agents will have the right to enter the premises: (a) in case of emergency; (b) to make necessary or agreed repairs, decorations, alterations, improvements, supply necessary or agreed services, show the premises to prospective or actual purchasers, lenders, tenants, workers, or contractors; (c) when tenant has abandoned or surrendered the premises. Except under (a) and (c), entry may be made only during normal business hours, and with at least 24 hours prior written notice to Tenant including the date, approximate time, and purpose of entry.

    If the purpose of the entry is to exhibit the dwelling unit to prospective or actual purchasers, the notice may be given orally, in person or by telephone, if the owner or his or her agent has notified the tenant in writing within 120 days of the oral notice that the property is for sale. At the time of entry, the Owner or agent shall leave written evidence of the entry inside the unit.

14. **INDEMNIFICATION.** Owner will not be liable for any damage or injury to Tenant, or any other person, or to any property, occurring on the premises, or in common areas, unless such damage is the legal result of the negligence or willful misconduct of Owner, his or her agents, or employees. Tenant agrees to hold Owner harmless from any claims for damages, no matter how caused, except for injury or damages caused by negligence or willful misconduct of Owner, his or her agents or employees.

15. **PHYSICAL POSSESSION.** If Owner is unable to deliver possession of the premises at the commencement date set forth above, Owner will not be liable for any damage caused, nor will this Agreement be void or voidable, but Tenant will not be liable for any rent until possession is delivered. Tenant may terminate this Agreement if possession is not delivered within __7__ days of the commencement of the term in item 1.

16. **DEFAULT.** If Tenant fails to pay rent when due, or perform any provision of this Agreement, after not less than **three (3) days** written notice of such default given in the manner required by law, the Owner, at his or her option, may terminate all rights of Tenant, unless Tenant, within said time, cures such default. If Tenant abandons or vacates the property while in default of the payment of rent, Owner may consider any property left on the premises to be abandoned and may dispose of the same in any manner allowed by law. In the event the Owner reasonably believes that such abandoned property has no value, it may be discarded. All property on the premises will be subject to a lien for the benefit of Owner securing the payment of all sums due, to the maximum extent allowed by law.

    In the event of a default by Tenant, Owner may elect to: (a) continue the lease in effect and enforce all his rights and remedies, including the right to recover the rent as it becomes due, provided that Owner's consent to assignment or subletting by the Tenant will not be unreasonably withheld; or (b) at any time, terminate all of Tenant's rights and recover from Tenant all damages he or she may incur by reason of the breach of the lease, including the cost of recovering the premises, and including the worth at the time of such termination, or at the time of an award if suit be instituted to enforce this provision, of the amount by which the unpaid rent for the balance of the term exceeds the amount of such rental loss which the Tenant proves could be reasonably avoided.

Tenant [ _~TN38~_ ] [ _____ ] [ _____ ] [ _____ ] has read this page.

**CAUTION:** The copyright laws of the United States forbid the unauthorized reproduction of this form by any means including scanning or computerized formats.

Property Address _____[redacted]_____ Palo Alto, CA 94306 _____

**17. SECURITY.** The security deposit will secure the performance of Tenant's obligations. Owner may, but will not be obligated to, apply all portions of said deposit on account of Tenant's obligations. Any balance remaining will be returned to Tenant, together with an accounting of any disbursements, **21 calendar days** after the Tenant has vacated the premises, or earlier if required by law. Tenant will not have the right to apply the security deposit in payment of the last month's rent. No interest will be paid to Tenant on account of the security deposit, unless required by local ordinance.

**18. WAIVER.** Failure of Owner to enforce any provision of this Agreement will not be deemed a waiver. The acceptance of rent by Owner will not waive his or her right to enforce any provision of this Agreement.

**19. NOTICES.** Unless otherwise provided, any notice which either party may give or is required to give, must be in writing, may be given personally or by mailing the same, postage prepaid, to Tenant at the premises or to Owner or Owner's authorized agent at the address shown in the signature block or at such other places as may be designated by the parties from time to time. Notice will be deemed effective three (3) days after mailing, or on personal delivery, or when receipt is acknowledged in writing.

**20. HOLDING OVER.** Any holding over after expiration of this Agreement, with the consent of Owner, will be a month-to-month tenancy at a monthly rent of $_____ payable in advance and otherwise subject to the terms of this Agreement and local ordinance, as applicable, until either party terminates the tenancy by giving the other party thirty (30) days (or longer if required by law) written notice.

**21. TIME.** Time is of the essence of this Agreement.

**22. ATTORNEY'S FEES.** In any action or proceeding involving a dispute between Tenant and Owner arising out of the execution of this Agreement, whether for tort or for breach of contract, and whether or not brought to trial or final judgment, the prevailing party will be entitled to receive from the other party a reasonable attorney fee, expert witness fees, and costs to be determined by the court or arbitrator(s).

**23. SUBROGATION.** Lessor and Lessee waive any and all rights of subrogation against each other which might otherwise exist.

**24. FAIR HOUSING.** Owner and Tenant understand that the state and federal housing laws prohibit discrimination in the sale, rental, appraisal, financing or advertising of housing on the basis of race, color, religion, sex, sexual orientation, marital status, national origin, ancestry, familial status, source of income, age, mental or physical disability, immigration or citizenship status. In addition, California Civil Code §1940.3 prohibits a landlord from making any inquiry regarding the immigration or citizenship status of any tenant or prospective tenant.

**25. ADDITIONAL TERMS AND CONDITIONS.**
1. This is a non-smoking home.
2. Pursuant to section 10, owners insurance does not cover tenant personal belongings and it is recommended that tenant acquire renters insurance.
3. Owner will include and maintain: Stove, oven, microwave, disposal, refrigerator, wine refrigerator, and brand new washer and dryer.

26. ☐ This unit is subject to rent control and the agency responsible to adjudicate claims is: _____

**27. ENTIRE AGREEMENT.** The foregoing constitutes the entire agreement between the parties and may be modified only in writing signed by all parties. This Agreement and any modifications, including any photocopy or facsimile, may be signed in one or more counterparts, each of which will be deemed an original and all of which taken together will constitute one and the same instrument. The following addenda, if checked, have been made a part of this Agreement before the parties' execution:
☐ Addendum _____ : Lead-Based Paint Disclosure (Required by Law for Rental Property Built Prior to 1978)
☐ Addendum _____ : Regarding Mold Contamination and Agreement to Maintain Premises
☐ Addendum _____ : Regarding Asbestos
☐ Addendum _____ : _____

**NOTICE: Pursuant to Section 290.46 of the Penal Code, information about specified registered sex offenders is made available to the public via an Internet Web site maintained by the Department of Justice at http://www.meganslaw.ca.gov. Depending on an offender's criminal history, this information will include either the address at which the offender resides or the community of residence and ZIP Code in which he or she resides.**

Tenant [ ~~signature~~ ] [ _____ ] [ _____ ] [ _____ ] has read this page.

CAUTION: The copyright laws of the United States forbid the unauthorized reproduction of this form by any means including scanning or computerized formats.

Property Address █████████████████ Palo Alto, CA 94306

## CONFIDENTIALITY

If Owner obtains or learns of Tenant's Confidential Information, whether by way of this Agreement, Tenant's use of the premises or otherwise, including but not limited to technology, financial and engineering documents of Tenant or Tenant's company, Owner agrees that the Confidential Information is to be considered confidential and proprietary to Tenant, and Owner shall hold the same in confidence, shall not use the Confidential Information, and shall not disclose, publish or otherwise reveal it to any other party whatsoever. Owner will not make any public statement regarding the relationship contemplated by this Agreement. For the avoidance of doubt, Owner will not disclose the identity of the Tenant(s) to others unless required by law.

Owner acknowledges receipt of a copy of the accepted lease on (date) _____

[_____] [_____] [_____]
              initials

Property Address ____ ▮▮▮▮▮▮ ____ Palo Alto, CA 94306 _____

Tenant: _*MR 3*_ _____        Tenant _____
         (Signature)                                          (Signature)

_Mark Zuckerberg_ _____        _____
         (Please Print Name)                                   (Please Print Name)

Date _2-9-09_ ____ Telephone _650_ ▮▮        Date _____ Telephone _____

Address ____ _Palo Alto, CA 94302_ ▮▮        Address _____

Email _▮▮▮▮▮▮▮▮▮▮_        Email _____

Tenant _____        Tenant _____
         (Signature)                                          (Signature)

_____        _____
         (Please Print Name)                                   (Please Print Name)

Date _____ Telephone _____        Date _____ Telephone _____

Address _____        Address _____

Email _____        Email _____


**The undersigned Owner accepts the foregoing offer and agrees to lease the premises on the terms and conditions set forth above.**

Owner _____        Owner _____
     (Signature of Owner or Authorized Agent)                    (Signature)

____ ▮▮▮▮▮ ____        _____
     (Please Print Name)                                   (Please Print Name)

Date _____        Date _____

Telephone ____ _650-_ ▮▮ ____ Fax _____        Telephone _____ Fax _____

Address ____ ▮▮▮▮ ____ Palo Alto, CA 94306        Address _____

Email ____ ▮▮▮▮▮▮ ____        Email _____


Receipt for deposit acknowledged by _____ ▮▮▮ _____        Date _____


Tenant acknowledges receipt of a copy of the accepted lease on (date) _____

[ _MR 3_ ] [ _____ ] [ _____ ] [ _____ ]
         initials


CAUTION: The copyright laws of the United States forbid the unauthorized reproduction of this form by any means including scanning or computerized formats.