**Earnings Statement**  

FACEBOOK, INC.
1601 S CALIFORNIA AVE
PALO ALTO, CA 94304

Period Beginning:  06/16/2010
Period Ending:     06/30/2010
Pay Date:          06/30/2010

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:
  CA:

MARK E. ZUCKERBERG

PALO ALTO CA 94032

Social Security Number:

**Earnings**   rate   hours   this period   year to date
Regular
Health Club
Imp Ltd
Laundry
Patent Award

Other Benefits and Information   this period   total to date

**Deductions**   Statutory
Federal Income Tax
Medicare Tax
CA State Income Tax
Social Security Tax

Other
Checking 1
Dep Gym
Health Club
Inputed Ltd
Roth
Laundry
Vpdi

Net Pay

Your federal taxable wages this period are

©1998, 2006. ADP, Inc. All Rights Reserved.

▼ TEAR HERE

© 2000 ADP, Inc

---

VERIFY DOCUMENT AUTHENTICITY - COLORED AREA MUST CHANGE IN TONE GRADUALLY AND EVENLY FROM DARK AT TOP TO LIGHTER AT BOTTOM

FACEBOOK, INC.
1601 S CALIFORNIA AVE
PALO ALTO, CA 94304

Advice number:
Pay date:    06/30/2010

Deposited to the account of
MARK E. ZUCKERBERG

account number   transit ABA   amount

THIS IS NOT A CHECK

**NON-NEGOTIABLE**