TO PROPERLY RELEASE YOUR LIABILITY, PLEASE READ AND FOLLOW INSTRUCTIONS ON REVERSE SIDE
SECTIONS A-J MUST BE COMPLETED IN FULL     PRINT IN CAPITAL LETTERS – USE BLACK OR BLUE INK

**NOTICE OF TRANSFER AND RELEASE OF LIABILITY**
*MAIL THIS FORM TO DMV*

DMV DEPARTMENT OF MOTOR VEHICLES USE ONLY

A. NEW OWNER'S *LAST* NAME (OR) COMPANY NAME       FIRST

B. NEW OWNER'S ADDRESS       APT NUMBER       C. ODOMETER READING (NO TENTHS)

D. CITY       STATE       ZIP CODE       E. DATE OF SALE OR LEASE RETURN
MO   DAY   YR

F. SELLER'S OR LESSEE'S *LAST* NAME (OR) COMPANY NAME       FIRST       G. SELLING PRICE (NO CENTS) WHOLE DOLLARS

H. SELLER'S OR LESSEE'S ADDRESS       APT NUMBER       I. SELLER'S OR LESSEE'S SIGNATURE
X

J. CITY       STATE       ZIP CODE

VEHICLE ID NUMBER       YR. MODEL   MAKE       PLATE NUMBER
                       2007

REG 138A (REV. 10/2004)

---

**STATE OF CALIFORNIA**
**CERTIFICATE OF TITLE**       VEHICLE HISTORY

AUTOMOBILE
VEHICLE ID NUMBER       YR MODEL 2007   MAKE       PLATE NUMBER

BODY TYPE MODEL 4D   AX   UNLADEN WEIGHT   FUEL G   TRANSFER DATE   FEES PAID $261   REGISTRATION EXPIRATION DATE 03/28/2008

YR 1ST SOLD 2007   CLASS HY   *YR   MO NR   EQUIPMT/TRUST NUMBER   ISSUE DATE 04/28/07

MOTORCYCLE ENGINE NUMBER       ODOMETER DATE 03/27/2007   ODOMETER READING 15 MI
ACTUAL MILEAGE

REGISTERED OWNER(S)
ZUCKERBERG MARK E

PALO ALTO CA 94301

I certify under penalty of perjury under the laws of the State of California, that **THE SIGNATURE(S) BELOW RELEASES INTEREST IN THE VEHICLE.**
1a. _____ DATE    X _____ SIGNATURE OF REGISTERED OWNER
1b. _____ DATE    X _____ SIGNATURE OF REGISTERED OWNER

Federal and State law requires that you state the mileage upon transfer of ownership. Failure to complete or providing a false statement may result in fines and/or imprisonment.

The odometer now reads ▮▮▮,▮▮▮ (no tenths), miles and to the best of my knowledge reflects the actual mileage unless one of the following statements is checked.

WARNING   ☐ Odometer reading is not the actual mileage.   ☐ Mileage exceeds the odometer mechanical limits.

*I certify under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*

DATE   TRANSFEROR/SELLER SIGNATURE(S) X       DATE   TRANSFEREE/BUYER SIGNATURE(S) X
PRINTED NAME OF AGENT SIGNING FOR A COMPANY       PRINTED NAME OF AGENT SIGNING FOR A COMPANY

**IMPORTANT READ CAREFULLY**
Any change of Lienholder (holder of security interest) must be reported to the Department of Motor Vehicles within 10 days.
LIENHOLDER(S)

2. X _____
Signature releases interest in vehicle. (Company names must be countersigned)
Release Date _____

VOID WITHOUT BEAR WATERMARK. HOLD TO LIGHT TO VIEW.