UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PAUL D. CEGLIA,

        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF APPEARANCE**

Civil Action No. 1:10-cv-00569-RJA

    PLEASE TAKE NOTICE, that Orin Snyder, a member of the law firm GIBSON, DUNN & CRUTCHER, LLP and admitted to practice in the Western District of New York, hereby appears in this action on behalf of defendants, MARK ELLIOT ZUCKERBERG and FACEBOOK, INC., and requests that he be served with copies of all future pleadings and submissions to the Court.

Dated:    New York, New York
             September 21, 2010

                                          Respectfully submitted,

                                          GIBSON, DUNN & CRUTCHER, LLP

                                          /s/ Orin Snyder
                                          Orin Snyder, Esq.
                                          *Attorney for Defendants*
                                          *Mark Elliot Zuckerberg and*
                                          *Facebook, Inc.*
                                          200 Park Avenue, 47th Floor
                                          New York, NY 10166-0193
                                          (212) 351-4000
                                          osnyder@gibsondunn.com