UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>

PAUL D. CEGLIA,

        Plaintiff,

   v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.,

        Defendants.

Civil Action No. 1:10-cv-00569-RJA

**WITHDRAWAL OF NOTICE OF APPEARANCE
AND REQUEST FOR NOTICES**

   Phillips Lytle LLP hereby files this Withdrawal of Notice of Appearance and further requests that the following be removed from the Service List:

**PLEASE REMOVE FROM SERVICE LIST:**

**Michael B. Powers, Esq.
Phillips Lytle LLP
3400 HSBC Center
Buffalo, New York  14203**

**Sean C. McPhee, Esq.
Phillips Lytle LLP
3400 HSBC Center
Buffalo, New York  14203**

Dated: Buffalo, New York
      March 30, 2011

                        PHILLIPS LYTLE LLP

                        By: <u>Michael B. Powers</u>
                             Michael B. Powers
                             Sean C. McPhee
                        3400 HSBC Center
                        Buffalo, New York  14203-2887
                        (716) 847-8400
                        mpowers@phillipslytle.com
                        smcphee@phillipslytle.com

Doc # 01-2453963.1