UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
--------------------------------------- X
                                                      :

PAUL D. CEGLIA,                            :

           Plaintiff,                         :

      -against-                            :        CIVIL ACTION NO. 10-CV-00569(RJA)

MARK ELLIOT ZUCKERBERG and     :        **NOTICE OF SUBSTITUTION OF**
FACEBOOK, INC.,                                        **COUNSEL**
                                                      :

          Defendants.                     :

                                                      :
--------------------------------------- X

      PLEASE TAKE NOTICE that the undersigned hereby stipulate and consent to the substitution of DLA Piper LLP (US), (Christopher P. (Kip) Hall, Esq, Carrie S. Parikh, Esq., Robert W. Brownlie, Esq. (seeking admission), John Allcock, Esq. (seeking admission) and Jerry Trippitelli, Esq. (seeking admission)), for and in place of Connors & Vilardo, LLP (Terrence M. Connors, Esq., Lawrence J. Vilardo, Esq., Randall D. White, Esq. and James W. Grable, Esq., of Counsel), as co-counsel for plaintiff, Paul D. Ceglia, in the above-captioned matter. Plaintiff has knowledge of and is in agreement with the substitution of counsel.

EAST\44490613.1

| | |
|---|---|
| DATED: Buffalo, New York<br>April 11, 2011 | New York, New York<br>April 11, 2011 |
| *[signature]*<br>Terrence M. Connors<br>CONNORS & VILLARDO, LLP<br>1000 Liberty Building<br>424 Main Street<br>Buffalo, New York 14202<br>(716) 852-5533<br>tmc@connors-vilardo.com<br>ljv@connors-vilardo.com<br>rdw@connors-vilardo.com<br>jwg@connors-vilardo.com | *[signature]*<br>Christopher P. (Kip) Hall<br>DLA PIPER LLP(US)<br>1251 Avenue of the Americas<br>New York, New York 10020<br>(212) 335-4500<br>kip.hall@dlapiper.com<br>carrie.parikh@dlapiper.com<br>robert.brownlie@dlapiper.com<br>john.allcock@dlapiper.com<br>jerry.trippitelli@dlapiper.com |

EAST\44490613.1