## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of April, 2011, a copy of a Notice of Substitution of Counsel and Plaintiff, Paul D. Ceglia's, First Amended Complaint were served, via electronic notification (excluding Thomas Dupree) and regular mail, upon the following attorneys for Defendants, Mark Elliot Zuckerberg and Facebook, Inc:

Alexander H. Southwell
Orin S. Snyder
**Gibson, Dunn & Crutcher, LLP**
200 Park Avenue
47th Floor
New York, NY 10166-0193
asouthwell@gibsondunn.com
osnyder@gibsondunn.com

Lisa T. Simpson
**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019
LSimpson@orrick.com

Michael B. Powers
Sean C. McPhee
**Phillips Lytle LLP**
3400 HSBC Center
Buffalo, NY 14203
mpowers@phillipslytle.com
smcphee@phillipslytle.com

Terrance P. Flynn
**Harris Beach LLP**
Larkin at Exchange
726 Exchange Street
Suite 1000
Buffalo, NY 14210

Thomas Dupree
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Ave. NW
Washington, DC 20036
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　*/s/Carrie S. Parikh*
　　　　　　　　　　　　　　　　Carrie S. Parikh
　　　　　　　　　　　　　　　　DLA Piper LLP (US)
　　　　　　　　　　　　　　　　1251 Avenue of the Americas
　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　carrie.parikh@dlapiper.com
　　　　　　　　　　　　　　　　212.335.4872
　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*