UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x
: 
PAUL D. CEGLIA, :
:
Plaintiff, :
: Civil Action No. 1:10-cv-00569-RJA
v. :
:
MARK ELLIOT ZUCKERBERG and :
FACEBOOK, INC., :
:
Defendants. :
------------------------------------- x

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on the 26th day of May, 2011, the Defendants' Answer to Plaintiff's First Amended Complaint was served via electronic notification upon all counsel of record.

Date: New York, New York
       May 27, 2011

/s/ Orin Snyder
Orin Snyder

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 37th Floor
New York, NY 10166-0193
(212) 351-4000

*Attorneys for Defendants*
*Mark Zuckerberg and Facebook, Inc.*