UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

                     Plaintiff,

       v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION FOR
EXPEDITED DISCOVERY**

Civil Action No. 1:10-cv-00569-
RJA

    **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and the

annexed Declarations of Mark Elliot Zuckerberg, Professor Frank J. Romano, Gus R. Lesnevich,

Professor Gerald R. McMenamin, Bryan J. Rose, Michael F. McGowan, Don Henne, and Dr.

Albert Lyter III, and accompanying exhibits, the undersigned will move this Court, at a date and

time to be set by the Court, for expedited discovery under Federal Rule of Civil Procedure

26(d)(1), and an order:

    (1) Compelling immediate production of the original signed version of the purported

contract attached to the Amended Complaint, the native electronic version of that document, and

all copies of the purported contract in electronic or hard-copy form;

    (2) Compelling immediate production of the purported emails described in the Amended

Complaint in their original, native electronic form, as well as all copies of the purported emails

in electronic or hard-copy form;

    (3) Immediately seizing, and permitting Defendants to inspect and image, all computers

and electronic media in Plaintiff's possession, custody, or control; and

    (4) Staying all other discovery until this initial phase of discovery is complete.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule of Procedure 7 of this Court, Defendants request oral argument and state their intention to file and serve reply papers.

Dated:          New York, New York
                June 2, 2011

                                          Respectfully submitted,

                                          /s/ Orin Snyder_____
Thomas H. Dupree, Jr.                     Orin Snyder
GIBSON, DUNN & CRUTCHER LLP               Alexander H. Southwell
1050 Connecticut Avenue, NW               GIBSON, DUNN & CRUTCHER LLP
Washington, DC 20036                      200 Park Avenue, 47th Floor
(202) 955-8500                            New York, NY 10166-0193
                                          (212) 351-4000

Terrance P. Flynn
HARRIS BEACH PLLC
726 Exchange Street
Suite 1000
Buffalo, NY 14210
(716) 200-5120

*Attorneys for Defendants Mark Zuckerberg and Facebook, Inc.*