UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
PAUL D. CEGLIA,                       :
                                      :    **[PROPOSED] ORDER**
            Plaintiff,                :    **GRANTING DEFENDANTS'**
                                      :    **MOTION FOR EXPEDITED**
      v.                              :    **DISCOVERY**
                                      :
MARK ELLIOT ZUCKERBERG and            :    Civil Action No. 1:10-cv-00569-
FACEBOOK, INC.,                       :    RJA
                                      :
            Defendants.               :
------------------------------------- x

      THIS MATTER having come before the Court on Defendants' Motion for Expedited Discovery pursuant to Federal Rule of Civil Procedure 26(d)(1); and the Court having fully considered the briefs and papers pertaining to this matter, and for good cause shown:

      IT IS HEREBY ORDERED that Defendants' Motion for Expedited Discovery is GRANTED; and it is further

      ORDERED that Plaintiff shall immediately produce for inspection by Defendants the original signed version of the purported contract attached to the Amended Complaint, the native electronic version of that document, and all copies of the purported contract in electronic or hard-copy form; and it is further

      ORDERED that Plaintiff shall immediately produce for inspection by Defendants the purported emails described in the Amended Complaint in their original, native electronic form, as well as all copies of the purported emails in electronic or hard-copy form; and it is further

      ORDERED that Plaintiff shall immediately make available to Defendants' counsel and their agents, for inspection and imaging, all computers and electronic media in Plaintiff's possession, custody, or control; and it is further

2

ORDERED that all further discovery shall be stayed until the discovery ordered above is complete.

SO ORDERED this ___ day of _____, 2011.

                                                     _____
                                                   HONORABLE RICHARD J. ARCARA
                                                   UNITED STATES DISTRICT JUDGE