UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

         Plaintiff,

   v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 1:10-cv-00569-RJA

# CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 2nd day of June, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Notice of Motion for Expedited Discovery; Defendants' Memorandum of Law in Support of Their Motion for Expedited Discovery; Declarations of Mark Elliot Zuckerberg, Professor Frank J. Romano, Gus R. Lesnevich, Professor Gerald R. McMenamin, Bryan J. Rose, Michael F. McGowan, Don Henne, and Dr. Albert Lyter III, and accompanying exhibits; and a Proposed Order granting Defendants' Motion.

Dated:    New York, New York
           June 2, 2011

                                      /s/ Orin Snyder
                                      Orin Snyder

                                      GIBSON, DUNN & CRUTCHER LLP
                                      200 Park Avenue, 37th Floor
                                      New York, NY 10166-0193
                                      (212) 351-4000

                                      *Attorneys for Defendants*
                                      *Mark Zuckerberg and Facebook, Inc.*