UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                                 Plaintiff,                    **ORDER**

        v.
                                                              **10-CV-569A(F)**

MARK ELLIOT ZUCKERBERG,
FACEBOOK, INC.,

                                 Defendants.


Oral argument on **Defendants' motion to expedite discovery filed June 2, 2011 (Doc. No. 44)** has been set for:

Place:            Room 310, 68 Court Street, Buffalo, New York

Date and Time:    **June 30, 2011 at 2:00 p.m.**


Plaintiff's response shall be filed not later than **June 17, 2011**.  Defendants' reply, if any, shall be filed not later than **June 24, 2011**. No adjournments shall be permitted except upon showing of good cause.

SO ORDERED.

                                    /s/ *Leslie G. Foschio*
                                    _____
                                      LESLIE G. FOSCHIO
                                      UNITED STATES MAGISTRATE JUDGE

Dated: June 2, 2011
        Buffalo, New York