UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
PAUL D. CEGLIA,                                          :   CIVIL ACTION NO. 10-CV-00569(RJA)
:
                    Plaintiff,                           :
:
        -against-                                        :
:
                                                         :   **DECLARATION OF PAUL**
MARK ELLIOT ZUCKERBERG and                               :   **ARGENTIERI IN OPPOSITION TO**
FACEBOOK, INC.,                                          :   **DEFENDANTS' MOTION FOR**
                                                         :   **EXPEDITED DISCOVERY AND IN**
                    Defendants.                          :   **SUPPORT OF PLAINTIFF'S CROSS-**
                                                         :   **MOTION FOR EXPEDITED**
                                                         :   **DISCOVERY**
-------------------------------------------------------- X

   Paul A. Argentieri, an attorney duly admitted to practice before the courts of the State of New York in good standing, hereby affirms as follows:

   1.   I am counsel for Plaintiff, Paul D. Ceglia. I am a member in good standing of the bar of the State of New York and of the United States District Court for the Western District of New York, and I am licensed to practice law before all courts in the State of New York. I make this Declaration based on personal knowledge.

   2.   This Declaration is submitted in opposition to Defendants' Motion for Expedited Discovery, filed June 2, 2011, and in support of Plaintiff's Cross-Motion for Expedited Discovery.

   3.   The original version of the Work Hire Agreement attached as Exhibit A to Plaintiff's Amended Complaint is currently stored in a secure safe-deposit box at Steuben Trust Company in Hornell, New York.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 17th day of June, 2011.


                                                      By:      */s/ Paul Argentieri*
                                                           Paul A. Argentieri
                                                           188 Main St.
                                                          Hornell, NY 14843
                                                          (607) 324- 3232
                                                          paul.argentieri@gmail.com
                                                          *Attorneys for Plaintiff*