## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 17th day of June, 2011, a copy of:

- the Notice of Cross-Motion for Mutual Expedited Discovery,

- the Proposed Order,

- Plaintiff's Memorandum of Law in Opposition to Defendants' Motion for One-Sided Expedited Discovery and in Support of Plaintiff's Cross-Motion for Mutual Expedited Discovery,

- the Declaration of Christopher P. ("Kip") Hall in Opposition to Defendants' Motion for Expedited Discovery and in Support of Plaintiff's Cross-Motion for Mutual Expedited Discovery,

- the Declaration of Carrie S. Parikh in Opposition to Defendants' Motion for Expedited Discovery and in Support of Plaintiff's Cross-Motion for Mutual Expedited Discovery,

- the Declaration of John Paul Osborn in Support of Plaintiff's Opposition to Defendants' Motion for Expedited Discovery and in Support of Plaintiff's Cross-Motion for Mutual Expedited Discovery,

- the Declaration of Valery N. Aginsky, Ph.D., in Support of Plaintiff's Opposition to Defendants' Motion for Expedited Discovery and in Support of Plaintiff's Cross-Motion for Mutual Expedited Discovery,

- the Declaration of John H. Evans in Support of Plaintiff's Opposition to Defendants' Motion for Expedited Discovery and in Support of Plaintiff's Cross-Motion for Mutual Expedited Discovery,

- the Declaration of Paul A. Argentieri in Support of Plaintiff's Opposition to Defendants' Motion for Expedited Discovery and in Support of Plaintiff's Cross-Motion for Mutual Expedited Discovery,

- the Declaration of Paul D. Ceglia in Support of Plaintiff's Opposition to Defendants' Motion for Expedited Discovery and in Support of Plaintiff's Cross-Motion for Mutual Expedited Discovery,

- and the Declaration of Michael Pliszka in Support of Plaintiff's Opposition to Defendants' Motion for Expedited Discovery and in Support of Plaintiff's Cross-Motion for Mutual Expedited Discovery

were served, via electronic notification (excluding Thomas Dupree) and regular mail, upon the

following attorneys for Defendants, Mark Elliot Zuckerberg and Facebook, Inc:

Alexander H. Southwell
Orin S. Snyder
**Gibson, Dunn & Crutcher, LLP**
200 Park Avenue
47th Floor
New York, NY 10166-0193
asouthwell@gibsondunn.com
osnyder@gibsondunn.com

Lisa T. Simpson
**Orrick, Herrington & Sutcliffe LLP**
51 West 52nd Street
New York, NY 10019
LSimpson@orrick.com

Michael B. Powers
Sean C. McPhee
**Phillips Lytle LLP**
3400 HSBC Center
Buffalo, NY 14203
mpowers@phillipslytle.com
smcphee@phillipslytle.com

Terrance P. Flynn
**Harris Beach LLP**
Larkin at Exchange
726 Exchange Street
Suite 1000
Buffalo, NY 14210

Thomas Dupree
**Gibson, Dunn & Crutcher LLP**
1050 Connecticut Ave. NW
Washington, DC 20036
PRO HAC VICE
ATTORNEY TO BE NOTICED

       */s/Carrie S. Parikh*
       Carrie S. Parikh
       DLA Piper LLP (US)
       1251 Avenue of the Americas
       New York, New York 10020
       carrie.parikh@dlapiper.com
       212.335.4872
       *Attorneys for Plaintiff*