UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- X
PAUL D. CEGLIA, an individual, :

       Plaintiff, : CIVIL ACTION NO. 10-569(RJA)

  -against- : ***EX PARTE* MOTION FOR EXPEDITED HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S CROSS-MOTION FOR MUTUAL EXPEDITED DISCOVERY**

MARK ELLIOTT ZUCKERBERG, an individual, and FACEBOOK, INC., formerly known as TheFaceBook, Inc., a Delaware corporation, :

       Defendants. :

:
------------------------------------- X

*[FILED STAMP: UNITED STATES DISTRICT COURT, JUN 17 2011, MICHAEL J. ROEMER, CLERK, WESTERN DISTRICT OF NY]*

PLEASE TAKE NOTICE THAT upon the Declaration of ~~Carrie S. Parikh~~ Richard M. Scherer, Jr, plaintiff Paul D. Ceglia hereby moves the Court *ex parte* for an order allowing an expedited hearing and briefing schedule on his cross-motion for mutual expedited discovery, which was filed on June 17, 2011. Plaintiff asks that the Court hear his cross-motion on June 30, 2011 at the time set for Defendants' motion for one-way expedited discovery. Plaintiff further asks that the Court order Defendants to file and serve any opposition they may have on or before June 24, 2011 and that the Court permit Plaintiff to file and serve a reply on or before June 28, 2011.

This motion is made pursuant to Rule 7(d)(1) of the Local Civil Rules of Procedure on the grounds that Plaintiff's cross-motion for mutual expedited discovery and Defendants' motion for one-way expedited discovery are inextricably interrelated

and hearing the motions at the same time is in the interest of justice and judicial economy.

Dated: New York, New York.
      June 17, 2011

                              Respectfully submitted,

                              DLA PIPER LLP (US)
                              John Allcock
                              Robert W. Brownlie
                              Gerard A. Trippitelli

                              By: _____
                                  Carrie S. Parikh
                                  carrie.parikh@dlapiper.com
                              Christopher ("Kip") P. Hall
                              1251 Avenue of the Americas
                              New York, NY 10020-1104
                              212.335.4500
                              *Attorneys for Plaintiff Paul D. Ceglia*

                              LIPPES MATHIAS WEXLER
                              FRIEDMAN LLP
                              Dennis C. Vacco (co-counsel)
                              dvacco@lippes.com
                              Kevin J. Cross (co-counsel)
                              kcross@lippes.com
                              Richard M. Scherer, Jr. (co-counsel)
                              rscherer@lippes.com
                              665 Main Street, Suite 300
                              Buffalo, NY 14203
                              716.853.5100

                              Paul Argentieri (co-counsel)
                              paul.argentieri@gmail.com
                              188 Main St.
                              Hornell, NY 14843
                              607.324.3232