UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- X
PAUL D. CEGLIA, an individual,                :

        Plaintiff,                                        :     CIVIL ACTION NO. 10-569(RJA)

    -against-                                            :     DECLARATION OF ~~CARRIE S.~~
                                                                        :     Richard M. Scherer, Jr.
                                                                             ~~PARIKH~~ IN SUPPORT OF *EX PARTE*
MARK ELLIOTT ZUCKERBERG, an            :     MOTION FOR EXPEDITED HEARING
individual, and FACEBOOK, INC., formerly       AND BRIEFING SCHEDULE ON
known as TheFaceBook, Inc., a Delaware    :     PLAINTIFF'S CROSS-MOTION FOR
corporation,                                              MUTUAL EXPEDITED DISCOVERY
                                                         :
        Defendants.                                    :



------------------------------------- X

I, ~~Carrie S. Parikh~~, Richard M. Scherer, Jr., declare and state as follows:

1.     I am an attorney licensed to practice before the courts of the State of New York and in the United States District Court for the Western District of New York. I am an associate in the firm of ~~DLA Piper LLP (US)~~ Lippes Mathias Wexler Friedman LLP, co-counsel for Plaintiff in the above-captioned matter.

2.     I have personal knowledge of the matters set forth in this Declaration.

3.     The Court has set for hearing on June 30, 2011, Defendants' motion for one-way expedited discovery.

4.     Plaintiff's response to Defendants' motion is due on June 17, 2011. Plaintiff's response consists of an opposition to Defendants' request for one-way expedited discovery and a cross-motion for mutual expedited discovery. Plaintiff's opposition to Defendants' motion and cross-motion are supported by the same memorandum of law and declarations.

5.      Without an order expediting the hearing and briefing on Plaintiffs' cross-motion, Plaintiff's cross-motion cannot be heard on June 30, 2011 with Defendants' motion. Therefore, Plaintiff's ex parte motion for an expedited hearing and briefing schedule is required to allow the two interrelated motions to be heard at the same time.

I declare under the penalty of perjury that the foregoing is true and correct. Executed in New York, New York on June 17, 2011.

_____
~~CARRIE S. PARIKH~~

_____
Richard M. Scherer, Jr.