UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----------------------------------------- x
: 
PAUL D. CEGLIA, :
:
Plaintiff, :
:
v. : Civil Action No. 1:10-cv-00569-RJA
:
MARK ELLIOT ZUCKERBERG and :
FACEBOOK, INC., :
:
Defendants. :
----------------------------------------- x

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 24th day of June, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case:  Defendants' Reply in Support of Their Motion for Expedited Discovery and in Opposition to Plaintiff's Cross-Motion for "Mutual" Expedited Discovery; and the Supplemental Declaration of Bryan J. Rose in Support of Defendants' Motion for Expedited Discovery.

Dated:   New York, New York
         June 24, 2011

/s/ Orin Snyder
Orin Snyder

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 37th Floor
New York, NY 10166-0193
(212) 351-4000

*Attorneys for Defendants*
*Mark Zuckerberg and Facebook, Inc.*