UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------- X
PAUL D. CEGLIA,

       Plaintiff,

   -against-                       CIVIL ACTION NO. 10-CV-00569(RJA)

MARK ELLIOT ZUCKERBERG and       **NOTICE OF SUBSTITUTION OF**
FACEBOOK, INC.,                                  **COUNSEL**

       Defendants.

------------------------------------- X

       PLEASE TAKE NOTICE that the undersigned hereby stipulate and consent to the substitution of Lake APC (Jeffrey A. Lake, Esq.) for and in place of DLA Piper LLP (US) (Christopher P. (Kip) Hall, Esq., Carrie S. Parikh, Esq., Robert W. Brownlie, Esq., John Allcock, Esq. and Gerard A. Trippitelli, Esq.) and Lippes Mathias Wexler Friedman LLP (Dennis C. Vacco, Esq., Kevin J. Cross, Esq. and Richard M. Scherer, Jr., Esq.), as co-counsel for plaintiff, Paul D. Ceglia, in the above-captioned matter. Plaintiff has knowledge of and is in agreement with the substitution of counsel.

WEST\223809956.1

DATED: San Diego, California  
        June 28, 2011

*/s/ Jeffrey A. Lake*

Jeffrey A. Lake  
LAKE APC  
835 5th Ave., Suite 200A  
San Diego, California  
(619) 795-6460  
jlake@lakeapc.com

New York, New York  
June 28, 2011

*/s/ Christopher P. Hall*

Christopher P. (Kip) Hall  
DLA PIPER LLP (US)  
1251 Avenue of the Americas  
New York, New York 10020  
(212) 335-4500  
kip.hall@dlapiper.com  
carrie.parikh@dlapiper.com  
robert.brownlie@dlapiper.com  
john.allcock@dlapiper.com  
jerry.trippitelli@dlapiper.com

DATED: Buffalo, New York  
        June 28, 2011

*/s/ Dennis C. Vacco*

Dennis C. Vacco  
LIPPES MATHIAS WEXLER FRIEDMAN LLP  
665 Main Street, Suite 300  
Buffalo, New York 14203  
(716) 853-5100  
dvacco@lippes.com  
kcross@lippes.com  
rscherer@lippes.com