UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**HARD-COPY DOCUMENT INSPECTION PROTOCOL**

Civil Action No. 1:10-cv-00569-RJA

WHEREAS, on June 30, 2011, the Court ordered Plaintiff to produce by July 15, 2011, the following hard-copy documents: (1) all original signed versions of the purported contract attached to the Amended Complaint ("purported original contract"); (2) all copies of the purported contract in hard-copy form, created on or before June 30, 2010; and (3) all copies of the purported emails described in the Amended Complaint in hard-copy form (collectively, "Hard-Copy Documents");

IT IS HEREBY ORDERED that the following protocol shall apply to Plaintiff's production and Defendants' examination of the Hard-Copy Documents:

1.    Plaintiff shall produce the Hard-Copy Documents at the offices of Harris Beach LLC, Larkin at Exchange, 726 Exchange Street, Suite 1000, Buffalo, New York, at 9:00 a.m. on July 13 or 14, 2011, if possible, but in any event no later than 9:00 a.m. on July 15, 2011. The examination shall continue on each day at 9:00 a.m. through July 19, 2011, including weekends. At the completion of Defendants' examination each day, the Hard-Copy Documents shall be secured in an appropriate facility as agreed by both parties. The Hard-Copy Documents shall be returned to Plaintiff's custody at the completion of Defendants' examination.

2. Defendants' examination may be observed by Plaintiff's counsel of record and not more than three (3) additional designated representatives of Plaintiff.

3. By 12:00 p.m. on July 12, 2011, Defendants shall provide notice to Plaintiff of Defendants' experts' specific testing of the Hard-Copy Documents, subject to modification upon examination.

4. Any testing requiring extraction of a physical sample from the Hard-Copy documents shall be performed in the presence of both parties' representatives.

5. An audiovisual recording may be made of Defendants' examination of the purported original contract.

6. All parties shall bear their own fees and costs associated with the production and examination of the Hard-Copy Documents.

SO ORDERED this 1st day of July 2011.

_____
HONORABLE LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE