UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x
PAUL D. CEGLIA,

             Plaintiff,

v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

             Defendants.
------------------------------------- x

**DECLARATION OF JEFFREY A. LAKE**

Civil Action No. 1:10-cv-00569-RJA

     Jeffrey A. Lake, being over the age of 21, and pursuant to this Court's order dated July 1, 2011, hereby declares under penalty of perjury:

     1.    I am counsel of record for Plaintiff Paul Ceglia ("Plaintiff") in the above captioned matter and make this declaration pursuant to this Court's order dated July 1, 2011.

     2.    All computers and electronic media in Plaintiff's possession, custody or control, including without limitation the electronic assets listed in Paragraph 6 of the Declaration of John H. Evans, dated June 17, 2011 have been identified.

     3.    I hereby certify that all such computers and electronic media are being produced for inspection to Defendants and that such computers and electronic media contain all communications Plaintiff claims to have had with Defendants.

I hereby certify and declare under penalty of perjury that the foregoing is true and accurate.

**DATED: July 14, 2011**

                                      /s/ Jeffrey A. Lake__
                                      Jeffrey A. Lake, Esq.