**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---

| | |
|---|---|
| **PAUL D. CEGLIA,** | |
| **Plaintiff,** | **CERTIFICATE OF SERVICE** |
| vs. | **CIVIL ACTION NO. 1:10-CV-00569-RJA** |
| **MARK ELLIOT ZUCKERBURG and FACEBOOK, INC.,** | |
| **Defendants.** | |

---

I hereby certify that on July 14, 2011 I caused to be filed with the Clerk of the United States District Court for the Western District of New York the document entitled "Declaration of Jeffrey A. Lake," which caused a Notice of Electronic Filing to be served electronically on all counsel of record in this case.

Dated: San Diego, California
July 22, 2011

Respectfully submitted,

JEFFREY A. LAKE, A.P.C.

/s/ Jeffrey A. Lake
Jeffrey A. Lake, Esq.
Attorneys for Plaintiff Paul D. Ceglia
835 5th Avenue, Suite 200A
San Diego, CA 92101
(619) 795-6460
jlake@lakeapc.com