UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

|  |  |
|---|---|
| **PAUL D. CEGLIA,** | x <br> : <br> : |
| **Plaintiff,** | : <br> : |
| vs. | :     **CERTIFICATE OF SERVICE** <br> : |
| **MARK ELLIOT ZUCKERBURG and FACEBOOK, INC.,** | :     **CIVIL ACTION NO. 1:10-CV-00569-RJA** <br> : <br> : <br> : |
| **Defendants.** | : <br> x |

I hereby certify that on July 15, 2011 I caused to be filed with the Clerk of the United States District Court for the Western District of New York the document entitled "Declaration of Paul D. Ceglia," which caused a Notice of Electronic Filing to be served electronically on all counsel of record in this case.

Dated: San Diego, California
July 22, 2011

                                              Respectfully submitted,

                                              JEFFREY A. LAKE, A.P.C.

                                              /s/ Jeffrey A. Lake
                                              Jeffrey A. Lake, Esq.
                                              Attorneys for Plaintiff Paul D. Ceglia
                                              835 5th Avenue, Suite 200A
                                              San Diego, CA 92101
                                              (619) 795-6460
                                              jlake@lakeapc.com