# Exhibit "A"

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

              **Plaintiff,**

    v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

             **Defendants.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**DECLARATION OF**
**JEFFREY A. LAKE**

**Civil Action No. 1:10-cv-00569-**
**RJA**

      Jeffrey A. Lake, being over the age of 21, and pursuant to this Court's order dated July 1,

2011, hereby declares under penalty of perjury:

      1.      I am counsel of record for Plaintiff Paul Ceglia ("Plaintiff") in the above

captioned matter and make this declaration pursuant to this Court's order dated July 1, 2011.

      2.      All computers and electronic media in Plaintiff's possession, custody or control,

including without limitation the electronic assets listed in Paragraph 6 of the Declaration

of John H. Evans, dated June 17, 2011 have been identified.

      3.      I hereby certify that all such computers and electronic media are being produced

for inspection to Defendants and that such computers and electronic media contain all

communications Plaintiff claims to have had with Defendants.

I hereby certify and declare under penalty of perjury that the foregoing is true and accurate.

**DATED: July 14, 2011**

                      /s/ Jeffrey A. Lake____
                      Jeffrey A. Lake, Esq.