UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
PAUL D. CEGLIA, :
: 
        Plaintiff, : **[PROPOSED] ORDER**
: **GRANTING PLAINTIFF'S**
  v. : **MOTION TO COMPEL**
: 
MARK ELLIOT ZUCKERBERG and : Civil Action No. 1:10-cv-00569-
FACEBOOK, INC., : RJA
: 
        Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

THIS MATTER having come before the Court on Plaintiff's Motion to Compel Defendant Zuckerberg's Compliance with the Court's Order of July 1, 2011 pursuant to F. R. Civ. P. 37 and L.R. Civ. P. 7; and the Court having fully considered the briefs and papers pertaining to this matter, and for good cause shown:

IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Defendant Zuckerberg's Compliance with the Court's Order of July 1, 2011 be and hereby is GRANTED, and it is further

ORDERED that by _____, 2011 Defendants shall produce the emails described in this Court's July 1, 2011 Order, and it is further

ORDERED that by _____, 2011 Defendant Mark Zuckerberg shall provide his certificate of good-faith efforts as required by the Court's July 1, 2011 Order.

SO ORDERED this ____ day of _____, 2011.

                                                                           _____

                                                                           Honorable Leslie G. Foschio
                                                                           United States Magistrate Judge