UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x
:
PAUL D. CEGLIA,                                  :
:
            Plaintiff,         :
:
   v.                                            :   Civil Action No. 1:10-cv-00569-RJA
:
MARK ELLIOT ZUCKERBERG and       :
FACEBOOK, INC.,                              :
:
            Defendants.       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  x

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 4th day of August, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Notice of Cross-Motion to Compel; Defendants' Redacted Memorandum of Law in Support of Their Cross-Motion to Compel and for Other Relief, and in Opposition to Ceglia's Motion to Compel; the Redacted Declaration of Alexander H. Southwell, Esq.; the Declarations of Terrance Flynn, Esq., and Dr. Albert Lyter III; and accompanying exhibits.

Dated:   New York, New York
            August 4, 2011

                                              /s/ Orin Snyder
                                              Orin Snyder

                                              GIBSON, DUNN & CRUTCHER LLP
                                              200 Park Avenue, 37th Floor
                                              New York, NY 10166-0193
                                              (212) 351-4000

                                              *Attorneys for Defendants*
                                              *Mark Zuckerberg and Facebook, Inc.*