UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

           Plaintiff,

  v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION AND MOTION TO SUBSTITUTE REDACTED DOCUMENT**

Civil Action No. 1:10-cv-00569-RJA

     **PLEASE TAKE NOTICE** that Defendants Mark Elliot Zuckerberg and Facebook, Inc. submit this Motion to Substitute a Redacted Document for Defendants' Notice of Cross-Motion (Doc. No. 95). Out of an abundance of caution not necessarily required by the Joint Stipulated Protective Order (the "Protective Order") (Doc. No. 86), Defendants intended to file a Notice of Cross-Motion that redacted four words which may reflect information that Plaintiff has designated as confidential under the Protective Order. Declaration of Alexander H. Southwell ("Southwell Declaration"), ¶ 5. Instead, counsel inadvertently filed an unredacted Notice of Cross-Motion on the CM/ECF system. *Id.*, ¶ 2. After discovering this error, counsel called the ECF Help Desk and the Clerk's Office, and secured a full temporary lock on the inadvertently filed document, in order to ensure that the document is not publicly accessible. *Id.*, ¶¶ 3-4.

     Plaintiff's blanket confidentiality designations are abusive and improper, and Defendants have moved to overrule them. However, out of an abundance of caution, Defendants have endeavored to redact any text that might reflect information designated as confidential by Plaintiff. Accordingly, Defendants respectfully request that the Clerk's Office substitute the redacted Notice of Cross-Motion (attached as Exhibit A to the accompanying Southwell

2

Declaration) for the inadvertently filed unredacted Notice of Cross-Motion (Doc. No. 95) on the

CM/ECF system.

Dated:    New York, New York
          August 5, 2011

                                              Respectfully submitted,

                                              /s/ Alexander H. Southwell
Thomas H. Dupree, Jr.                         Orin Snyder
GIBSON, DUNN & CRUTCHER LLP                   Alexander H. Southwell
1050 Connecticut Avenue, NW                   GIBSON, DUNN & CRUTCHER LLP
Washington, DC 20036                          200 Park Avenue, 47th Floor
(202) 955-8500                                New York, NY 10166-0193
                                              (212) 351-4000

Terrance P. Flynn
HARRIS BEACH PLLC
726 Exchange Street
Suite 1000
Buffalo, NY 14210
(716) 200-5120

*Attorneys for Defendants Mark Zuckerberg and Facebook, Inc.*