UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PAUL D. CEGLIA, | |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| vs. | CIVIL ACTION NO. 1:10-CV-00569-RJA |
| MARK ELLIOT ZUCKERBURG and FACEBOOK, INC., | |
| Defendants. | |

---

I hereby certify that on August 15, 2011 I caused to be filed with the Clerk of the United States District Court for the Western District of New York the letter to Judge Foschio dated August 15, 2011, which caused a Notice of Electronic Filing to be served electronically on all counsel of record in this case.

**Dated: August 15, 2011**

                                                  Respectfully submitted,

                                                  s/ Jeffrey A. Lake
                                                  Attorney for Plaintiff
                                                  835 5th Avenue, Suite 200A
                                                  San Diego, CA 92101
                                                  (619) 795-6460
                                                  jlake@lakeapc.com