# EXHIBIT B

# THIS DOCUMENT HAS BEEN REDACTED DUE TO CEGLIA'S IMPROPER CONFIDENTIALITY DESIGNATIONS