# EXHIBIT C

deduction for each day the project is delayed beyond that point.
   The agreed upon project due date ifor the StreetFax software is May 31, 2003. *[handwritten: Providing web design is given by May 29, 2003]* The agreed upon completion for the expanded project with working title "The Face Book" shall be Janruary 1 2004 and an additional 1% interest in



The signatures below will execute this contract.

Buyer – Paul Ceglia, StreetFax

_____   4/28/03

Seller – Mark Zuckerberg

*[signature: M. Zuby  04.28.03]*
_____