UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

----

PAUL D. CEGLIA,

        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.

----

Civil Action No. 1:10-cv-00569-RJA

## **CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 15th day of August, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Reply in Support of Their Cross-Motion to Compel and For Other Relief; the Declaration of Alexander H. Southwell and accompanying exhibit; and the Declaration of Dr. Albert Lyter III and accompanying exhibits.

Dated:    New York, New York
            August 15, 2011

                                           /s/ Orin Snyder
                                           Orin Snyder

                                           GIBSON, DUNN & CRUTCHER LLP
                                           200 Park Avenue, 37th Floor
                                           New York, NY 10166-0193
                                           (212) 351-4000

                                           *Attorneys for Defendants*
                                           *Mark Zuckerberg and Facebook, Inc.*