UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL D. CEGLIA,

        Plaintiff,

  v.

MARK ELLIOT ZUCKERBERG and FACEBOOK, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No. 1:10-cv-00569-RJA

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 24th day of August, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Opposition to Plaintiff's Motion to Stay.

Dated:    New York, New York
             August 24, 2011

                                              /s/ Orin Snyder
                                              Orin Snyder

                                              GIBSON, DUNN & CRUTCHER LLP
                                              200 Park Avenue, 37th Floor
                                              New York, NY 10166-0193
                                              (212) 351-4000

                                              *Attorneys for Defendants*
                                              *Mark Zuckerberg and Facebook, Inc.*