UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
PAUL D. CEGLIA, :
:
               Plaintiff, : **NOTICE OF ACCELERATED**
: **MOTION TO COMPEL**
   v. :
: Civil Action No. 1:10-cv-00569-
MARK ELLIOT ZUCKERBERG and : RJA
FACEBOOK, INC., :
:
               Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the annexed Declaration of Alexander H. Southwell, Esq., and accompanying exhibits, the undersigned will move this Court, as soon as the motion may be heard by this Court, to compel Plaintiff's compliance with this Court's August 18, 2011 Order under Federal Rule of Civil Procedure 37, and for an order directing Ceglia to comply with paragraph 5 of the Order by furnishing forthwith his unqualified consent on the form provided by Stroz Friedberg.

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule of Procedure 7 of this Court, Defendants request oral argument and state their intention to file and serve reply papers.

Dated:  New York, New York
        September 1, 2011

                                                Respectfully submitted,

                                                /s/ Orin Snyder

Thomas H. Dupree, Jr.                Orin Snyder
GIBSON, DUNN & CRUTCHER LLP    Alexander H. Southwell
1050 Connecticut Avenue, NW        GIBSON, DUNN & CRUTCHER LLP
Washington, DC 20036               200 Park Avenue, 47th Floor
(202) 955-8500                       New York, NY 10166-0193
                                                (212) 351-4000

Terrance P. Flynn
HARRIS BEACH PLLC
726 Exchange Street
Suite 1000
Buffalo, NY 14210
(716) 200-5120

*Attorneys for Defendants Mark Zuckerberg and Facebook, Inc.*