UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PAUL D. CEGLIA,

        Plaintiff,

   v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Civil Action No. 1:10-cv-00569-RJA

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 1st day of September, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Notice of Accelerated Motion to Compel; Defendants' Memorandum of Law in Support of Their Accelerated Motion to Compel Compliance with Paragraph 5 of the August 18 Order; the Declaration of Alexander H. Southwell, Esq.; and accompanying exhibits.

Dated:   New York, New York
           September 1, 2011

                                            /s/ Orin Snyder
                                            Orin Snyder

                                            GIBSON, DUNN & CRUTCHER LLP
                                            200 Park Avenue, 37th Floor
                                            New York, NY 10166-0193
                                            (212) 351-4000

                                            *Attorneys for Defendants*
                                            *Mark Zuckerberg and Facebook, Inc.*