UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x
:
PAUL D. CEGLIA, :
:
             Plaintiff, :
:
  v. : Civil Action No. 1:10-cv-00569-RJA
:
MARK ELLIOT ZUCKERBERG and :
FACEBOOK, INC., :
:
             Defendants. :
------------------------------------- x

### PLAINTIFF'S MOTION AND NOTICE OF MOTION TO SET DELAYED BRIEFING SCHEDULE

**PLEASE TAKE NOTICE** that Plaintiff Paul Ceglia will and hereby does move the Honorable Leslie G. Foschio for an order setting a delayed briefing schedule for Defendants' Accelerated Motion to Compel Compliance with Paragraph 5 of the August 18 Order (Doc. No. 128) (Motion to Compel).  Such an order would preserve judicial resources because District Judge Arcara's rulings on Plaintiff's Objections to the Court's August 18, 2011 Order (Doc. No. 131) (Objections) may render Defendants' Motion to Compel moot.  Additionally, Defendants are in no position to oppose this request given their recent egregious conduct.

Pursuant to L.R. Civ. P. 7(a)(1), Plaintiff hereby states his intention to file and serve reply papers.

///

///

///

WHEREFORE, Plaintiff respectfully requests that the Court grant this Motion and enter an order setting a delayed briefing schedule for Defendants' Motion to Compel.

**Dated: September 2, 2011**

                                                                            Respectfully submitted,

| s/ Jeffrey A. Lake | s/ Paul Argentieri |
|---|---|
| Attorney for Plaintiff | Attorney for Plaintiff |
| 835 Fifth Avenue, Suite 200A | 188 Main Street |
| San Diego, CA 92101 | Hornell, NY 14843 |
| (619) 795-6460 | (323) 919-4513 |
| jlake@lakeapc.com | paul.argentieri@gmail.com |