UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------ x

PAUL D. CEGLIA,

        Plaintiff,

  v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.

------------------------------------ x

Civil Action No. 1:10-cv-00569-RJA

## **DECLARATION OF JEFFREY A. LAKE**

    I, Jeffrey A. Lake, Esq. submit this Declaration in support of Plaintiff's Motion to Set Delayed Briefing Schedule and hereby declare:

    1.    I am an attorney licensed to practice law in the State of California and the District Court for the Western District of New York.  I am counsel of record for Plaintiff Paul D. Ceglia in the above-captioned matter.  I make this declaration based upon personal knowledge.

    2.    On September 1, 2011, at approximately 11:30 p.m. EST, 8:30 p.m. local time, I listened to a voicemail from Alexander H. Southwell, Esq., counsel of record for Defendants.  At the time, I did not understand the message, and I was unable to respond because I was grieving with my family at the wake for my wife's late uncle.

I hereby certify and declare under penalty of perjury that the foregoing is true and accurate.

**DATED: September 2, 2011**

                                                      s/ Jeffrey A. Lake
                                                      Jeffrey A. Lake