UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

          Plaintiff,

   v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 1:10-cv-00569-RJA

## DECLARATION OF PAUL A. ARGENTIERI

I, Paul A. Argentieri, Esq. submit this Declaration in support of Plaintiff's Motion to Set Delayed Briefing Schedule and hereby declare:

1. I am an attorney licensed to practice law in the State of New York and the District Court for the Western District of New York. I am counsel of record for Plaintiff Paul D. Ceglia in the above-captioned matter. I make this declaration based upon personal knowledge.

2. On September 2, 2011 at approximately 10:35 a.m. EST I used my cellular phone to send a text message to Paul Ceglia informing him that he needed to change his email passwords immediately.

3. At approximately 11:00 a.m. EST, Mr. Ceglia responded that he had changed his passwords.

I hereby certify and declare under penalty of perjury that the foregoing is true and accurate.

**DATED: September 2, 2011**

                                  s/ Paul Argentieri
                                  Paul A. Argentieri