# Nathan Shaman

| | |
|---|---|
| **From:** | Nathan Shaman <nshaman@lakeapc.com> |
| **Sent:** | Monday, August 29, 2011 7:44 PM |
| **To:** | 'Bryan Rose' |
| **Cc:** | jlake@lakeapc.com; |
| **Subject:** | RE: Ceglia v. Zuckerberg - Consent Form |
| **Attachments:** | Letter from Shaman to Southwell 082911.pdf; Webmail Consent Form Gmail.pdf; Webmail Consent Form MSN.pdf; Webmail Consent Form Tmail.pdf |

Dear Mr. Rose,

Attached please find Mr. Ceglia's consent forms for his Gmail, MSN, and Tmail accounts. Additionally, please view the attached letter to Alexander Southwell, Esq.

Regards,

Nathan Shaman

---

**From:** Bryan Rose [mailto:BRose@StrozFriedberg.com]
**Sent:** Monday, August 29, 2011 10:07 AM
**To:** 'Nathan Shaman'
**Cc:** 'jlake@lakeapc.com'; 'Paul Argentieri'
**Subject:** RE: Ceglia v. Zuckerberg - Consent Form

Mr. Shaman,

Please find attached a webmail consent form, as provided for in the Court's August 28, 2011 order. Mr. Ceglia should complete and sign a separate consent form for each of his webmail accounts.

Very truly yours,

Bryan

---

**From:** Nathan Shaman [mailto:nshaman@lakeapc.com]
**Sent:** Sunday, August 28, 2011 8:37 PM
**To:** Bryan Rose
**Cc:** jlake@lakeapc.com; Paul Argentieri
**Subject:** Ceglia v. Zuckerberg - Consent Form

Mr. Rose,

Please email directly to me the consent form you are to provide pursuant to the Court's August 18, 2011 Order as soon as possible.

Very Truly Yours,

Nathan A. Shaman, Esq.
835 5th Ave., Ste. 200A
San Diego, CA 92101
Tel: (619) 795-6460

1

Fax: (619) 795-6478
nshaman@lakeapc.com



*WARNING: This e-mail is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521. It contains information from the law firm of Jeffrey A. Lake, A.P.C. which may be privileged, confidential and exempt from disclosure under applicable law. Dissemination or copying of this e-mail and/or any attachments by anyone other than the addressee or the addressee's agent is strictly prohibited. If this electronic transmission is received in error, please notify Jeffrey A. Lake A.P.C. immediately at (619) 795-6460. Thank you.*