# Nathan Shaman

| | |
|---|---|
| **From:** | Southwell, Alexander <ASouthwell@gibsondunn.com> |
| **Sent:** | Friday, September 02, 2011 3:47 AM |
| **To:** | Nathan Shaman |
| **Subject:** | RE: |

Nathan, in case Jeff somehow doesn't pick up his message given his situation, the issue we raised is that you didn't designate your consents as confidential in any way and because we moved for an order compelling an unqualified consent, we had to attach those.  After we filed, we thought that we should call this to your attention.  We don't know whether the passwords you provided on the consents are live and anyone who would try to use them outside of our court-ordered process would be breaking the law, but we thought you might want to access the account to change the password until this issue of our access is resolved, in order to prevent any unlawful access by anyone who happens to find the password at the back of the filing (however remote that risk might be).

Please call or email me to confirm that you got this and have taken whatever action you feel is appropriate.

Thanks
Alex