**From:** Nathan Shaman <nshaman@lakeapc.com>
**To:** Paul Ceglia
**Cc:** Jlake <jlake@lakeapc.com>, Paul Argentieri <paul.argentieri@gmail.com>
**Date:** Friday, September 02, 2011 10:12 am
**Subject:** Your email passwords

Paul,

Please change your gmail and msn passwords IMMEDIATELY. Gibson Dunn attached your email consent forms to the motion to compel they filed last night and put your information in the public domain. You need to change these passwords right now. Please confirm with me as soon as you do this.

-Nate

**Attachments:**