UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
::::::::::::
PAUL D. CEGLIA,

        Plaintiff,

  v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 1:10-cv-00569-RJA

    I hereby certify that on September 2, 2011 I caused to be filed with the Clerk of the United States District Court for the Western District of New York the document entitled "Plaintiff's Motion to Set Delayed Briefing Schedule" along with supporting documents, which caused a Notice of Electronic Filing to be served electronically on all counsel of record in this case.

**Dated: September 2, 2011**

                                      Respectfully submitted,

                                      s/ Jeffrey A. Lake
                                      Attorney for Plaintiff
                                      835 5th Avenue, Suite 200A
                                      San Diego, CA 92101
                                      (619) 795-6460
                                      jlake@lakeapc.com