# EXHIBIT A



August 29, 2011

Alexander H. Southwell, Esq.
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166-0193

### ** BY ELECTRONIC MAIL **

**Re:**    **Paul Ceglia v. Mark Zuckerberg et al.**
           **Lake, APC Matter No.: 2500.082911.001**

Dear Mr. Southwell,

Enclosed with this letter you will find declarations from Paul Ceglia, Paul Argentieri, and myself in compliance with the Court's August 18, 2011 Order (Order) in addition to all non-privileged files resulting from our searches. You will also find enclosed our Privilege Log. Additionally, please be advised that we have no new electronic assets to produce. Finally, at this time Mr. Ceglia has provided electronic signatures. Given Mr. Ceglia's current location, coordination has been difficult and all documents were finalized at 3:30 a.m. local time in Ireland. As such, given that Mr. Ceglia does not have a scanner, he is not able to provide us with original signatures at this time. All originals will be provided as soon as possible.

Please be advised that we have filed a motion to stay paragraph 5 of the Order. As such, although we will provide Mr. Ceglia's email account information to Stroz Friedberg, the consent form has been modified to forbid access to Mr. Ceglia's accounts until resolution of the motion and subsequent objections.

If you have any questions regarding any of the aforementioned, kindly contact me at any time.

Very truly yours,

Nathan Shaman, Esq.
JEFFREY A. LAKE, A.P.C.

NAS/tms
Encl: Declarations, Files, Privilege Log
CC: Matthew Benjamin, Esq.