UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x
PAUL D. CEGLIA,

        Plaintiff,

  v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.
------------------------------------- x

Civil Action No. 1:10-cv-00569-RJA

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 12th day of September, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Response to Ceglia's Objections to Judge Foschio's August 18, 2011 Order.

Dated:    New York, New York
            September 12, 2011

                                /s/ Orin Snyder
                                Orin Snyder

                                GIBSON, DUNN & CRUTCHER LLP
                                200 Park Avenue, 37th Floor
                                New York, NY 10166-0193
                                (212) 351-4000

                                *Attorneys for Defendants*
                                *Mark Zuckerberg and Facebook, Inc.*