UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x
: 
PAUL D. CEGLIA, :
:
          Plaintiff, :
:
   v. : Civil Action No. 1:10-cv-00569-RJA
:
MARK ELLIOT ZUCKERBERG and :
FACEBOOK, INC., :
:
          Defendants. :
------------------------------------- x

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 27th day of September, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Reply in Support of Their Accelerated Motion to Compel Compliance with Paragraph 5 of the August 18 Order, and the Declaration of Amanda M. Aycock and accompanying exhibit.

Dated:   New York, New York
           September 27, 2011

                                       /s/ Orin Snyder
                                       Orin Snyder

                                       GIBSON, DUNN & CRUTCHER LLP
                                       200 Park Avenue, 37th Floor
                                       New York, NY 10166-0193
                                       (212) 351-4000

                                       *Attorneys for Defendants*
                                       *Mark Zuckerberg and Facebook, Inc.*