# EXHIBIT B

**Connors & Vilardo, LLP**

| Description of Document | Type of Document | Privilege Claimed |
|---|---|---|
| Street Fax List of Products and Services | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |
| Street Fax List of Products and Services; Street Fax Sales Representative Potential Customers for Region | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |
| Photograph Additions to Street Fax "Photobase" in Florida | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |
| Street Fax Confidential Private Placement Memorandum | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |
| Street Fax List of Products | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |
| Scan of printed email between mzuckerb@fas.harvard.edu and kpmonsterus@yahoo.com, dated September 22, 2003 | PDF | Cumulative/Equally Available to Defendants |
| Scan of printed email between mzuckerb@fas.harvard.edu and kpmonsterus@yahoo.com, dated September 2, 2003 | PDF | Cumulative/Equally Available to Defendants |
| Scan of printed email between mzuckerb@fas.harvard.edu and kpmonsterus@yahoo.com, dated December 19, 2003 | PDF | Cumulative/Equally Available to Defendants |
| Scan of printed email between mzuckerb@fas.harvard.edu and kpmonsterus@yahoo.com, dated February 16, 2004 | PDF | Cumulative/Equally Available to Defendants |

| | | |
|---|---|---|
| Scan of printed email between mzuckerb@fas.harvard.edu and kpmonsterus@yahoo.com, dated August 29, 2003 | PDF | Cumulative/Equally Available to Defendants |
| Scan of printed email between mzuckerb@fas.harvard.edu and kpmonsterus@yahoo.com, dated August 28, 2003 | PDF | Cumulative/Equally Available to Defendants |
| Scan of printed email between mzuckerb@fas.harvard.edu and paulceglia@msn.com, dated June 19, 2003 | PDF | Cumulative/Equally Available to Defendants |
| Scan of printed email between mzuckerb@fas.harvard.edu and kpmonsterus@yahoo.com, dated September 22, 2003 | PDF | Cumulative/Equally Available to Defendants |
| Unexecuted Unanimous Written Consent in Lieu of First Meeting of the Board of Directors of US Data Basics, Inc. | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |
| Action by Written Consent of the Incorporator of US Data Basics, Inc., signed by Jack Berberian, dated June 5, 2002 | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |
| Unexecuted StreetDelivery.com, Inc. Promissory Note | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |
| Unexecuted StreetDelivery.com Loan Agreement | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |
| Memorandum of Understanding from *StreetDelivery.com, Inc. v. U.S. Data Basics, Inc. and Paul Ceglia et al.* (Civ. No. 03-10590, D. Mass. 2003) | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |
| StreetDelivery.com, Inc. Independent Contractor Agreement with no indication of execution | PDF | Irrelevant/Outside Scope of August 18, 2011 Order/Trade Secret |

**Kasowitz, Benson, Torres & Firedman LLP**

| Description of Document | Type of Document | Privilege Claimed |
|---|---|---|
| Portion of Lawsuit Overview | PDF | Work Product Privilege/Attorney-client Privilege (N.Y. C.P.L.R. 4503)/Outside Scope of August 18, 2011 Order |

**Edelson McGuire, LLP**

| Description of Document | Type of Document | Privilege Claimed |
|---|---|---|
| Multiple enhanced scans of portions of "'Work for Hire' Contract" executed by Paul Ceglia and Mark Zuckerberg, dated April 28, 2003 | PDF | Work Product Privilege |
| Multiple Powerpoints of portions of "'Work for Hire' Contract" executed by Paul Ceglia and Mark Zuckerberg, dated April 28, 2003 | Powerpoint | Work Product Privilege |

**Speckin Forensic Laboratories**

| Description of Document | Type of Document | Privilege Claimed |
|---|---|---|
| Multiple enhanced scans of portions of "'Work for Hire' Contract" executed by Paul Ceglia and Mark Zuckerberg, dated April 28, 2003 | PDF | Work Product Privilege |

**Stewart Forensic Consultants, LLC**

| Description of Document | Type of Document | Privilege Claimed |
|---|---|---|
| Multiple enhanced scans of portions of "'Work for Hire' Contract" executed by Paul Ceglia and Mark Zuckerberg, dated April 28, 2003 | TIFF | Work Product Privilege |