# EXHIBIT D

## Gibson Dunn (Facebook)

### Relevant Materials Log - October 6, 2011

| # | Description of Relevant Materials | Source File Path | Folder Containing Item | Privilege Log | Confidential Log |
|---|---|---|---|---|---|
| 319 | June 30, 2011 email from Jessica Ceglia to Paul Ceglia with five attachments. | PaulCeglia@gmail.com\Inbox\... | 319 | Outside Scope of Expedited Discovery Orders | |
| 320 | First attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\...\DSC 01010.JPG | 320 | Outside Scope of Expedited Discovery Orders | |
| 321 | Second attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\...\DSC 01011.JPG | 321 | Outside Scope of Expedited Discovery Orders | |
| 322 | Redacted | | 322 | Attorney-client privileged pursuant to N.Y. C.P.L.R. 4503; Outside Scope of Expedited Discovery Orders | Confidential |
| 323 | Fourth attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\...\DSC 01013.JPG | 323 | Outside Scope of Expedited Discovery Orders | |
| 324 | Redacted | | 324 | | Confidential |
| 325 | June 30, 2011 email from Jessica Ceglia to Paul Ceglia with five attachments. | PaulCeglia@gmail.com\Inbox\still more... | 325 | Outside Scope of Expedited Discovery Orders | |

## Gibson Dunn (Facebook)

### Relevant Materials Log - October 6, 2011

| # | Description of Relevant Materials | Source File Path | Folder Containing Item | Privilege Log | Confidential Log |
|---|---|---|---|---|---|
| 326 | First attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\still more…\DSC01005.JPG | 326 | Outside Scope of Expedited Discovery Orders | |
| 327 | Second attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\still more…\DSC01006.JPG | 327 | Outside Scope of Expedited Discovery Orders | |
| 328 | Third attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\still more…\DSC01007.JPG | 328 | Outside Scope of Expedited Discovery Orders | |
| 329 | Redacted | | 329 | Attorney-client privileged pursuant to N.Y. C.P.L.R. 4503 | Confidential |
| 330 | Fifth attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\still more…\DSC01009.JPG | 330 | Outside Scope of Expedited Discovery Orders | |