**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------------------------------------

|  |  |  |
|---|---|---|
| | **x** | |
| **PAUL D. CEGLIA,** | **:** | |
| | **:** | |
| **Plaintiff,** | **:** | |
| | **:** | **CERTIFICATE OF SERVICE** |
| **vs.** | **:** | |
| | **:** | **CIVIL ACTION NO. 1:10-CV-00569-RJA** |
| **MARK ELLIOT ZUCKERBURG and** | **:** | |
| **FACEBOOK, INC.,** | **:** | |
| | **:** | |
| **Defendants.** | **:** | |
| | **x** | |

---------------------------------------------------------------------------------------------

   I hereby certify that on October 7, 2011 I caused to be filed with the Clerk of the United

States District Court for the Western District of New York the document entitled "Memorandum

of Points and Authorities in Opposition to the Issuance of Sanctions" and supporting documents,

which caused a Notice of Electronic Filing to be served electronically on all counsel of record in

this case.


Dated: San Diego, California
October 14, 2011

                                        Respectfully submitted,

                                        JEFFREY A. LAKE, A.P.C.

                                        /s/ Jeffrey A. Lake_____
                                        Jeffrey A. Lake, Esq.
                                        Attorneys for Plaintiff Paul D. Ceglia
                                        835 5th Avenue, Suite 200A
                                        San Diego, CA 92101
                                        (619) 795-6460
                                        jlake@lakeapc.com