UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x
PAUL D. CEGLIA,  :
  :
        Plaintiff,  :
  :
  v.  :  Civil Action No. 1:10-cv-00569-RJA
  :
MARK ELLIOT ZUCKERBERG and  :
FACEBOOK, INC.,  :
  :
        Defendants.  :
------------------------------------- x

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 14th day of October, 2011, I caused the following document to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case:  Defendants' Response in Support of Sanctions.

Dated:    New York, New York
           October 14, 2011

                          /s/ Orin Snyder
                          Orin Snyder

                          GIBSON, DUNN & CRUTCHER LLP
                          200 Park Avenue, 37th Floor
                          New York, NY 10166-0193
                          (212) 351-4000

                          *Attorneys for Defendants*
                          *Mark Zuckerberg and Facebook, Inc.*