UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PAUL D. CEGLIA, | x<br>:<br>: |
| Plaintiff, | :<br>: |
| vs. | : CERTIFICATE OF SERVICE<br>: |
| MARK ELLIOT ZUCKERBURG and FACEBOOK, INC., | : CIVIL ACTION NO. 1:10-CV-00569-RJA<br>:<br>:<br>: |
| Defendants. | :<br>x |

    I hereby certify that on October 17, 2011 I caused to be filed with the Clerk of the United States District Court for the Western District of New York the document entitled "Plaintiff's Motion to Stay Proceedings Temporarily" and supporting documents, which caused a Notice of Electronic Filing to be served electronically on all counsel of record in this case.

Dated: San Diego, California
October 17, 2011

                                                  Respectfully submitted,

                                                  JEFFREY A. LAKE, A.P.C.

                                                  /s/ Jeffrey A. Lake
                                                  Jeffrey A. Lake, Esq.
                                                  Attorneys for Plaintiff Paul D. Ceglia
                                                  835 5th Avenue, Suite 200A
                                                  San Diego, CA 92101
                                                  (619) 795-6460
                                                  jlake@lakeapc.com