UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------x
PAUL D. CEGLIA,                  :
                                 :
        Plaintiff,               :
                                 :   CIVIL ACTION NO. 10-CV-00569(RJA)
vs.                              :
                                 :   **NOTICE OF WITHDRAWAL**
MARK ELLIOT ZUCKERBURG and       :
FACEBOOK, INC.,                  :
                                 :
        Defendants.              :
---------------------------------x

PLEASE TAKE NOTICE that the undersigned hereby stipulate and consent to the

withdrawal of Jeffrey A. Lake, Esq., counsel of record for Plaintiff Paul D. Ceglia, pursuant to

L.R. Civ. P. 83.2(d)(2).

Jeffrey A. Lake, Esq.
Jeffrey A. Lake, A.P.C.
835 5th Avenue, Suite 200A
San Diego, CA 92101
(619) 795-6460
jlake@lakeapc.com

Paul D. Ceglia

Paul A. Argentieri, Esq.
Paul Argentieri & Associates
188 Main Street
Hornell, New York 14843
(323) 919-4513
paul.argentieri@gmail.com