UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

        Plaintiff,

  v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 1:10-cv-00569-RJA

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 20th day of October, 2011, I caused the following document to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case:  Defendants' Opposition to Ceglia's Motion to Stay Proceedings.

Dated:    New York, New York
            October 20, 2011

        /s/ Orin Snyder
        Orin Snyder

        GIBSON, DUNN & CRUTCHER LLP
        200 Park Avenue, 37th Floor
        New York, NY 10166-0193
        (212) 351-4000

*Attorneys for Defendants*
*Mark Zuckerberg and Facebook, Inc.*