UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                          Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                          Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**NOTICE OF APPEARANCE**

Please take notice that DEAN BOLAND, hereby appears in this action on behalf of Plaintiff, Paul D. Ceglia and requests that he be served with copies of all future pleadings, discovery and other submissions to the Court

            Respectfully Submitted,

            /s/ Dean Boland

Dean Boland 65693
Boland Legal, LLC
18123 Sloane Avenue
Lakewood, Ohio 44107
216-236-8080 Phone
866-455-1267 Fax
dean@bolandlegal.com