UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL D. CEGLIA,

      Plaintiff,

vs.

MARK ELLIOT ZUCKERBURG and
FACEBOOK, INC.,

      Defendants.

CIVIL ACTION NO. 10-CV-00569(RJA)

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that the undersigned hereby stipulate and consent to the substitution of Boland Legal, LLC (Dean Boland, Esq.) for and in place of Jeffrey A. Lake, A.P.C. (Jeffrey A. Lake, Esq.) as co-counsel of record for Plaintiff Paul D. Ceglia in the above-captioned matter. Plaintiff has knowledge of and is in agreement with this substitution of counsel.

| | |
|---|---|
| _/s/ Jeffrey A. Lake_ | _/s/ Dean Boland_ |
| Jeffrey A. Lake, Esq. | Dean Boland, Esq. |
| Jeffrey A. Lake, A.P.C. | Boland Legal, LLC |
| 11650 Iberia Place, Suite 216 | 18123 Sloane Avenue |
| San Diego, CA 92128 | Lakewood, Ohio 44107 |
| (858) 737-5123 | (216) 236-8080 |
| jlake@lakeapc.com | dean@bolandlegal.com |