## Gibson Dunn (Facebook)

### Relevant Materials Log - October 6, 2011

| # | Description of Relevant Materials | Source File Path | Folder Containing Item | Privilege Log | Confidential Log |
|---|---|---|---|---|---|
| 319 | June 30, 2011 email from Jessica Ceglia to Paul Ceglia with five attachments. | PaulCeglia@gmail.com\Inbox\... | 319 | None | None |
| 320 | First attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\...\DSC01010.JPG | 320 | None | None |
| 321 | Second attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\...\DSC01011.JPG | 321 | None | None |
| 322 | Third attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\...\DSC01012.JPG | 322 | None | None |
| 323 | Fourth attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\...\DSC01013.JPG | 323 | None | None |
| 324 | Fifth attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia.  Photo of printed March 3, 2004 email from Karin Petersen to James Kole. | PaulCeglia@gmail.com\Inbox\...\DSC01014.JPG | 324 | None | None |
| 325 | June 30, 2011 email from Jessica Ceglia to Paul Ceglia with five attachments. | PaulCeglia@gmail.com\Inbox\still more... | 325 | None | None |
| 326 | First attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\still more...\DSC01005.JPG | 326 | None | None |
| 327 | Second attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\still more...\DSC01006.JPG | 327 | None | None |
| 328 | Third attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\still more...\DSC01007.JPG | 328 | None | None |
| 329 | Fourth attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia.  Photo of printed March 5, 2004 email from Paul Ceglia to James Kole. | PaulCeglia@gmail.com\Inbox\still more...\DSC01008.JPG | 329 | Privileged. (Please see below) | Privileged. (Please see below) |
| 330 | Fifth attachment to June 30, 2011 email from Jessica Ceglia to Paul Ceglia. | PaulCeglia@gmail.com\Inbox\still more...\DSC01009.JPG | 330 | None | None |

Pursuant Fed.R.Civ.P. 26(b)(5)(A)(ii) and Fed.R.Civ.P. 26(e)(1)(A) the description of this document for which a privilege is asserted above is as follows:  329 is an attachment to an email which is the image captured of a one page communication between Mr. Ceglia and an attorney.  The nature of the communication is that Mr. Ceglia is seeking legal advice from that attorney.  This supplements the other reasons supporting the assertion of privilege that are provided in Plaintiff's memorandum that was served on Defendants and filed with the court on October 26, 2011.

All items marked "None" in the Confidential Log column can be disclosed to Defendants and this privilege log supersedes the log designated as Doc. No. 156-4.