UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PAUL D. CEGLIA, | x<br>:<br>: |
| Plaintiff, | :<br>: |
| v. | : Civil Action No. 1:10-cv-00569-RJA |
| MARK ELLIOT ZUCKERBERG and FACEBOOK, INC., | :<br>:<br>: |
| Defendants. | :<br>x |

---

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 27th day of October, 2011, I caused the following document to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case:  Defendants' Opposition to Ceglia's Memorandum Regarding Authority for Privilege Claim as to Two Documents.

Dated:   New York, New York
        October 27, 2011

/s/ Orin Snyder
Orin Snyder

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 37th Floor
New York, NY 10166-0193
(212) 351-4000

*Attorneys for Defendants
Mark Zuckerberg and Facebook, Inc.*