UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                  Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                  Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. 1746, that on the 24th day of October, 2011, I caused the following document to be filed with the Clerk of the District Court for the Western District of New York using its Case Management/Electronic Case Filing System which would then electronically notify all counsel of record in this case:

1. Response in Opposition re: Doc. No. 154 Third Motion to Compel *and for Other Relief*

DATED: October 27, 2011

                  /s/Dean Boland

                  Dean Boland
                  18123 Sloane Avenue
                  Lakewood, Ohio 44107
                  216-236-8080 phone
                  866-455-1267 fax
                  dean@bolandlegal.com
                  ATTORNEY FOR PAUL D. CEGLIA