UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

          Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

          Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**CERTIFICATE OF SERVICE**

  I hereby certify, under penalty of perjury pursuant to 28 U.S.C. 1746, that on the 26th day of October, 2011, I caused the following documents to be filed with the Clerk of the District Court for the Western District of New York using its Case Management/Electronic Case Filing System which would then electronically notify all counsel of record in this case:

1. Memorandum in Opposition re Doc. No. 154 Third Motion to Compel *and for Other Relief regarding assertion of privilege.*

2. Affidavit in Support re Doc. No. 154 Third Motion to Compel *and for Other Relief clarifying to court portions of document for which privilege is claimed.*

3. Declaration signed by Dean Boland re Doc. No. 176 Response in Opposition to Motion.

4. Amended Document, Amendment to Doc. No. 179 Declaration - *Corrected Exhibit B.*

DATED:  October 27, 2011

                                                /s/Dean Boland

Dean Boland
18123 Sloane Avenue
Lakewood, Ohio 44107
216-236-8080 phone
866-455-1267 fax
dean@bolandlegal.com
ATTORNEY FOR PAUL D. CEGLIA