UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------ x
PAUL D. CEGLIA,

        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.
------------------------------------ x

Civil Action No. 1:10-cv-00569-RJA

# **CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 31st day of October, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Reply Memorandum in Support of Their Third Motion to Compel and for Other Relief, and the Declaration of Alexander H. Southwell and accompanying exhibit.

Dated:   New York, New York
           October 31, 2011

         /s/ Orin Snyder
         Orin Snyder

         GIBSON, DUNN & CRUTCHER LLP
         200 Park Avenue, 37th Floor
         New York, NY 10166-0193
         (212) 351-4000

         *Attorneys for Defendants*
         *Mark Zuckerberg and Facebook, Inc.*