

EXHIBIT A