UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                          Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                          Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. 1746, that on the 1st day of November, 2011, I caused the following documents to be filed with the Clerk of the District Court for the Western District of New York using its Case Management/Electronic Case Filing System which would then electronically notify all counsel of record in this case:

1. Correct PDF containing Memorandum of Law in support of motion for order vacating Doc. No. 83 which granted Defendants' motion for one-sided expedited discovery.

DATED: November 2, 2011

                                              /s/Dean Boland

/s/ Dean Boland

Dean Boland
18123 Sloane Avenue
Lakewood, Ohio 44107
216-236-8080 phone
866-455-1267 fax
dean@bolandlegal.com
ATTORNEY FOR PAUL D. CEGLIA