THE FACEBOOK CONTRACT IS PLACED ON THE
HOT DESKTOP COMPUTER AT APPROXIMATELY 3:04 PM
IT STAYS IN THAT POSITION FOR NEARLY AN HOUR
UNTIL 3:52PM WHEN IT IS IMMEDIATELY
REMOVED FROM ON TOP OF THE DESKTOP COMPUTER
AND INSERTED INTO A NEARBY MACHINE,
THE VSC MACHINE, WHICH SUBJECTS IT, AGAIN,
TO HIGH INTENSITY UV LIGHT.



EXHIBIT A