UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

              Plaintiff,

    v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF MOTION TO STRIKE AND FOR SANCTIONS**

Civil Action No. 1:10-cv-00569-RJA

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, the annexed Declarations of Robert Gianadda, Terrance P. Flynn, Esq., Alexander H. Southwell, Esq., and accompanying exhibit, the undersigned will move this Court, as soon as the motion may be heard by this Court, to sanction Plaintiff's attorney Dean Boland for misconduct, and to strike from the record the declaration (Doc. No. 212) procured through this misconduct.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule of Procedure 7 of this Court, Defendants request oral argument and state their intention to file and serve reply papers.

Dated:     New York, New York
            November 15, 2011

                                        Respectfully submitted,

                                        /s/ Orin Snyder

Thomas H. Dupree, Jr.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, NW
Washington, DC 20036
(202) 955-8500

Terrance P. Flynn
HARRIS BEACH PLLC
726 Exchange Street
Suite 1000
Buffalo, NY 14210
(716) 200-5120

Orin Snyder
Alexander H. Southwell
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, NY 10166-0193
(212) 351-4000

*Attorneys for Defendants Mark Zuckerberg and Facebook, Inc.*