UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x
PAUL D. CEGLIA,

        Plaintiff,

  v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.
------------------------------------- x

Civil Action No. 1:10-cv-00569-RJA

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 15th day of November, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Notice of Motion to Strike and for Sanctions, Defendants' Memorandum of Law in Support of Their Motion to Strike and for Sanctions, and the Declarations of Robert Gianadda, Terrance P. Flynn, Esq., Alexander H. Southwell, Esq., and accompanying exhibit.

Dated:   New York, New York
           November 15, 2011

                                              /s/ Orin Snyder
                                              Orin Snyder

                                              GIBSON, DUNN & CRUTCHER LLP
                                              200 Park Avenue, 37th Floor
                                              New York, NY 10166-0193
                                              (212) 351-4000

                                              *Attorneys for Defendants*
                                              *Mark Zuckerberg and Facebook, Inc.*