UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                       Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                       Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**NOTICE OF MOTION FOR ORDER PROHIBITING DEFENDANTS FROM RELIANCE ON ARGUMENT THAT EMAIL EXCHANGES BETWEEN CEGLIA AND ZUCKERBERG ARE FRAUDS**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Mr. Ceglia will move this Court, at a date and time to be set by the Court, for an order:

1. Prohibiting Defendants from reliance on any argument in any dispositive motion filed before or at the end of Expedited Discovery that email exchanges between Ceglia and Zuckerberg referenced in any complaint are frauds.

2. Permitting Ceglia to retain his own computer forensics expert to fully examine the complete email record of Defendant Zuckerberg including records sealed in other lawsuits in which Defendant Zuckerberg or Facebook, Inc. was or is a party.

Pursuant to Local Civil Rule of Procedure 7 of this Court, Plaintiff requests an oral argument and states his intention to file and serve a reply to Defendants' response to this motion.

1

Respectfully submitted,

/s/Dean Boland

| | |
|---|---|
| Paul A. Argentieri | Dean Boland |
| 188 Main Street | 18123 Sloane Avenue |
| Hornell, NY 14843 | Lakewood, Ohio 44107 |
| 607-324-3232 phone | 216-236-8080 phone |
| 607-324-6188 | 866-455-1267 fax |
| paul.argentieri@gmail.com | dean@bolandlegal.com |