**Date:** Fri, 29 Aug 2003 10:55:02 -0700 (PDT) **From:** "KP Monsterus"
<kpmonsterus@yahoo.com> **Subject:** feedback about the back end **To:** "Mark Elliot Zuckerberg"
<mzuckerb@fas.harvard.edu>

```
hey mark  thanks for getting the intersection search up. its a good start,
but its still not to code. here are the changes that need to happen:  1. the
result i need once i click "search" is for the photos of the entire intersec-
tion to show up in a grid format, where i can see at least four photographs
without having to scroll down. and a button to modify/delete each photo un-
derneath each photo, under the name of hte file. but the spreadsheet that now
returns results is also useful. with this in mind, what i'd like would be to
have two buttons inplace of the one search button that is currently there-
the first button saying- "list results" and the second saying "show photos".
another option would be to put it all on the same page- the spreadsheet and
the photos.  2. edit a single image results are too large- the photos should
appear in a size where once can see the entire photo without having to scroll
down. when there are more than one result that is shown, it should minimize
the size of hte photo so that 4 can fit on one screen page.  3. the layout of
the entire modify delete page is too long vertically. if you could switch
those search boxes to lay horizontally instead of vertically, or cut down on
some of hte space between each line, so that the entire page would be visible
without having to scroll down to see everything.   As well, it would be great
if that toolbar that appears on every page was condensed vertically, as well
as the title of the page.  it takes up a third of the page. it would be ideal
for all the links to be individual buttons.
```

_____

**Date:** Fri, 29 Aug 2003 10:55:02 -0700 (PDT) **From:** "KP Monsterus"
<kpmonsterus@yahoo.com> **Subject:** feedback about the back end **To:** "Mark Elliot Zucker-
berg" <mzuckerb@fas.harvard.edu>

```
hey mark, i seem to be having a bit of difficulty communicating with jeff. we
contracted with you and i'd like to just deal with you from now on. as well,
jeff claims to be not available during the week to do any work, and blames
the lag of this project on the fact that we haven't handed over important
info, not on the fact that he has not been in communicatino each work day.
paul and i both were under the impression that you have the ability to go in
and track all of our interactions with the site. we've been having some major
difficulties with uploading and i asked jeff to explain what has happened and
he says he doesn't know, it must be on our end. We're unsatisfied with this
uploading system. Why is it that we have to go onto the back end and upload
photos after we've already uploaded it to the server? i thought that would be
an automated process. that seems to be where most of the errors are happen-
ing. not in the actual uploading to the server, but when we go onto the back-
end it seems to either not recognize the files or not detect them altogether.
we will never upload files to the server that we don't want uploaded to the
site, and if we think of a convention in the future where we want that to
happen, couldn't we just create a seperate directory that would behave in an-
other way? as well, why can't we name the photos.zip a name that makes sense
for our operations? like the file name it actually represents? we'll have no
way of trackign what files we've uploaded and what one's we haven't once
they're on our computers ready to upload. after its all said and done we have
a ton of photos.zip, and no larger way to track the files other than teh town
they're in. it would make much more sense to be able to name them a file name
like "fla15.zip" this is an actual code for the cd that contains all those
files. then i would know that fla15 has been uploaded to the site. its file
name would be in the server. i unfortunatley don't know or understand all the
restraints you are dealing with in this situation but we need a more reliable
uploading system, at the very least. a system that once its been uploaded we
```

automatically get a confirmation that X amount of photos have been added to
fort lauderdale, for example. jeff claims that these errors are due to our
isp. i would be more ammenable to investigating that if he actually went in
and tracked the events to make sure they are not happening because of a
glitch in the script, which has happened several times already. i will down-
load new ftp software, incase it is that that is creating the errors. thanks
karin

---

**Date:** Thu, 28 Aug 2003 08:48:09 -0700 (PDT) Top of Form 1 **& From:** "KP Monsterus"
<kpmonsterus@yahoo.com> **Subject:** i received no phone call Bottom of Form 1 **To:** "Mark Elliot
Zuckerberg" <mzuckerb@fas.harvard.edu>

hey mark, i just called your cell phone for hte third time this morning. i
didn't receive a call last night on the hill. i made the error of not bring-
ing your phone number up there wiht me, but i called down to 1831 and asked
them to forward you to hill, and they did, and i received no phone call at
6:30. i was waiting wiht the phone in my hand. i went thru the spec thor-
oughly this morning and found 2 very clarifying pieces of info:  1. In the
non technical explanation: Under #4. Adjuster Preference Scripts We hand
wrote the following phrase as "e."- "A script that allows Back End Adminis-
trators to view and edit all intersections within a given city through a drop
down menu bar." and there is your initials and pauls. this clearly states
"intersections," not individual photographs. This is precisely why I was pre-
sent at this meeting. Why I traveled 10 hours to be present at the spec sign-
ing. Because I needed to ensure that the Back End Cleanup was included in the
design. I can not clean the back end without an intersection search. It was
I, if you recall, who suggested the idea that "e" was included in the spec.
And on our copy it is in my handwriting. So I believe this completely re-
solves the issue of whether or not you are responsible to include an inter-
section search in the back end. Paul had emailed you a copy of the document
that I wrote yesterday that included a detailed explanation of how that needs
to behave.  2. In the actual contract itself, under #3 Payment Terms, states:
"Late fees are agreed to be a 5% deducation for the seller if project is not
completed by due date and an additional 1% deducatin for each day the project
is late thereafter." You had two weeks after Andy Reed submitted his work to
you to complete the project. Yes, there are 2 pieces of info on our end that
were missing that would stop you from completing the project in its finality.
However, those 2 pieces are inconsequential to getting the uploading system
ready and functional and getting the intersection search created. From re-
viewing our email history with paul it is clear that days would pass before
you would respond to his emails, and days would pass between your communica-
tion wiht your teammates, so clearly the delay in this project is on your
end. You don't need the verisign info to complete the essential parts of the
database.  And as is stated under payment terms you have far exceeded your
deadline. The info we are missing on our end is out of our control and Paul
specifically wrote you in email that we have to forgo it until we get the
info. So each day that passes beyond the deadline is a deduction on your fi-
nal payment.  I read your email where you asked for a new deadline to be set.
This extension is due to your poor communication, not due to not having the
email package and the verisign.  I recognize that other than this tremendous
lag over your due date and your poor response time to our inquiries, you've
done a great job on the database. I would like to see this resolved. I want
an uploading system that I can rely on and at the very least the outline of
the Back End that I have asked for. I expect a date to be set as to when I
will see the intersection search, as I've specified, up and running on
streetfax.com    I have employees that are out of work Mark, people who have
to make a living and feed their children.  I need to know when this will be
running. If you decide to take vacation and not put your full energy into the

project that decision will be reflected in your final pay.  As for uploading, we have sent two seperate files to upload from two different computers and followed jeffs instructions and they have both failed. This obviously must be remedied. I will be communicating with jeff about this issue since it is clearly his dept.  HERE IS THE EMAIL THAT PAUL MAILED YOU LAST NIGHT THAT OUTLINES WHAT OUR NEEDS ARE ON THE BACK END, AS WELL AS ADDRESSING OTHER CONCERNS THAT MUST BE IRONED OUT.  1. speed limits are not appearing as they should.  2. Rejecting already uploaded photos.   a concern that i have about uploading is that when a photo is uploaded that has the same file name as another photo that already exists on the database, i noticed that the database will replace it, and call it updated. this is a big problem. our previous database would reject the photo and say it already existed, and hte only way it could be entered is by changing the file name, or deleting hte old photo on the database and uploading the new one. so this feature of "updating" the photo is useful for that purpose, but it eliminates our only safeguard of ensuring that errors on the photographers or labelers end are detected. oftentimes two different photos will receive the same file name, due to error. so i need some way of detecting that.  the ideal scenario would be for the duplicates to be placed into a seperate folder on the database where the back end team could go thru them and rename them if need be, then reupload them? 3. When one is on the back end, on "search database for photos", and selects a result to open, we are kicked back to the home page. This needs to be changed.  4. BACK END MODIFICATIONS As I understand it, there was no detailed description in the spec clarifying how the back end cleanup tools would behave, which infers that the customers would determine how it has to work, and that the final product needs to actually be able to perform the function of doing cleanup. I'd be more than happy to be educated on how I could possibly perform cleanup and varification of photos and intersections when there is no scrolling bar of intersections.    The ideal setup for the modify/delete photos link would be that both searches on the page would bring you to the full intersection and give you the option of modifying or deleting a photo. my thoughts about "edit image photobase" link are that the scrolling menu would be a great tool if there were no directions and only the 2nd and 3rd fields listed, as we had spoken about. And they were done so in alphabetical order. so 10th street would be listed with every street that intersects it. this is a great tool in scrolling thru to find spelling errors or intersections that have only one photo in it.  So the scrolling menu needs to have the number of photos listed next to each street intersection. when you selected that intersection all the photos would show up in the results and next to each photo there would be an option to modify or delete it. It would appear as is demonstrated below: main=n miami blvd   5 main=tutor str    4 main=ugly blvd   1 monroe blvd=elm str  3 monroe blvd=evergreen way 4  and so on  As well, another important function is to be able to view all the photos, or at least four at a time, on one page when one is cleaning up the back end. Oftentimes we are going through making sure that all the photos match up. We need to look at one photo and compare it to the next. The best setup would be a tic tac toe setup.   The manage photos link should list all the photos as it does, each direction, but have all the ones belonging to an intersection lumped together. It should behave also with the capability to modify/delete. in essence i'd like the manage photos link to be the same as the "search the database for photos" link with the additional feature of being able to modify/delete.   One more important modification is that on the scrolling bar, when one selects a city and then scrolls thru the lists of photos, if I choose another city and need to review that citie's photos, whatever city is on the top of the list remains as the highlighted city. This is very confusing when a back end teammember has 5 windows open and is trying to go between towns to compare intersections or photos. The town needs to be highlighted that is actually present. It's easy to loose track of what town is actually

listed there. _____ 5. Informational question when i'm
cleaning up the back end, can i upload photos that are labeled as such m=sw
34th str=sw 4th ave=dce the dce part is what i'm referring to. those are in-
ternal abbreviations for problem photos. paul wasn't sure what the program
would do with random letters it didn't identify in the the 4th field.
--- Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu wrote: > Karin, > >
Were we supposed to speak at 6:30 this evening?  I > tried giving you a call
> on the number you've used to call me and no one > answered.  Then I called
> back and someone answered and said you were up the > hill and gave me a >
number which I tried which was also not answered.  I > am going out tonight >
at 8:30 so please give me a call before then if you > get this message.  I >
am going away with my family early Friday morning > and I am going to need >
to spend most of tomorrow cleaning the apartment I > stayed in for the > sum-
mer here in Boston, so it would really be best if > we spoke this > evening.
I won't be able to communicate with you > while I am away with my > family,
but I should be able to do work, so as long > as we speak about what > needs
to be done before I go away, those days will > not be completely lost. > >
Mark

From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
To: paul ceglia <paulceglia@msn.com>
Subject: Re:
Date: Sun, 30 Nov 2003 11:03:27 -0400

Your probably right about just letting them make fools of themselves, I just can't resist the opportunity, it's just too in my lap to pass up. I'm going to just one more time stall them with promises of writing for them and that will be that, I'll only work on our site of course but at least we will know we will be the first ones out.

Mark


>From: paul ceglia <paulceglia@msn.com>
>To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>Subject: Re:
>Date: Sat, 29 Nov 2003 10:36:49 -0400
>Well it is certainly aligned with the heavens that these guys came to you Mark, that story you told on the phone
>the other evening was really funny. I'd just say be careful, I'd like to know what they have under the hood too,
>but  at the same time we can't go too far. I'm not sure if corporate espionage is illegal, as fun as it sounds, but I
>had my run in with the law years ago Mark and believe me you don't want that.   My thought is if they are just a
>couple of dumb jocks then why even concern ourselves over them, I'd say our energy is better spent building
>our own site, which clearly is going to have so much more functionality than theirs that we will be displaying
>their intellect to them in good time.
>
>
> > From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
> > To: paul ceglia <paulceglia@msn.com>
> > Subject:
> > Date: Fri, 28 Nov 2003 18:47:06 -0400
> > I've been using some of Jeffs old code for different parts of the site, I'm hoping he will be able to write
> > something for us. I'm not sure what course of action I should take regarding the upperclassmen. they have
> > given me a bunch  of their code to read and it is really an amateur attempt at best, though there is some
> > functionality I think I'll borrow. I don't think database functionality has even crossed their underdeveloped
> > minds.  I feel like they are my two dumb ox and I will steer them where ever I please. Since they trust me
> > (and think I'm so grateful to them for including me) I am sure that I can delay them beyond our own sites
> > release. I'm questioning if I should just pull their plug and hack the code I want or just stall them and see how
> > far I can lead them along. Best,
> >
> > Mark


From: paul ceglia <paulceglia@msn.com>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
Subject: Re: Urgent! Lets talk
Date: Sat, 22 Nov 2003 17:08:42 -0400
Mark, Sounds as though we are up against it, Do these guys know about our plan? They couldn't possbily have our quality of software.  Still the early bird does catch the worm, I'll fedex you a check overnight so you can get going. Sounds like you are really going to have to push it, call me when you get it, I'd like to figure out how we can stay ahead of the pack. Has Jeff been helping out?

>From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>To: paul ceglia <paulceglia@msn.com>
>Subject: Urgent! Lets Talk
>Date: Sat, 22 Nov 2003 12:36:55 -0400
>
>Paul,
>I have recently met with a couple of upperclassmen here at Harvard that are planning to launch a site very

>similar to ours. If we don't make a move soon, I think we will lose the advantage we would have if we release
>before them. I've stalled them for the time being and with a break if you could send another $1000 for the
>facebook project it would allow me to pay my roommate or Jeff to help integrate the search code and get the
>site live before them.  Please give me a call so that we can talk more about this. Best,
>Mark

From:  paul ceglia <paulceglia@msn.com>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
Subject: Re: Thoughts
Date: Tue, 2 Sep 2003 16:10:24 -0400

Mark,

I like your thinking about funding expansion, I'm not sure a monthly fee is the way to go though, we are having a
hard time getting adjusters to pay it and it's their business.  I'd be concerned that we wouldnt get enough people
on there to keep anyone interested. Maybe we could make it free until it was popular and then start charging?

I wouldn't worry too much about a name if they are both already gone, are any of them due to expire? It took us
ages to   find Streetfax.com and the minute I did I just knew that is what I was waiting for. Let's  talk about it on
the phone, call me tonight if you get this in time. I suggest we look into a licencing agreement with harvard, I had
one once with Syracuse University and it was pretty easy, then we could have a store on the site and sell
sweatshirts, mugs, t shirts and stuff to alumni and have some money coming in right away.

>From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>To: paul ceglia <paulceglia@msn.com>
>Subject: Thoughts
>Date: Tue, 2 Sep 2003 13:00:36 -0400
>
>Paul,
>I have been away for a few days without internet, during that time I revised the business plan for the Harvard
>site. I would like to talk to you on the phone about it in detail. As you mentioned last week, the issue we must
>resolve is how to produce a revenue stream from the users.  My conclusion this past week is to charge Alumni
>$29.95 a month. With this in mind,  considering just 300 people, and the projection of a $9000 monthly
>revenue, we could, as you suggested, rapidly expand to other colleges. Further, since the plan involves more
>than one college, the name can't have Harvard in it and remains unresolved.  Additionally, both original names
>facebook.com and pagebook.com are unavailable, so there is no actual domain name either. thefacebook.com
>and thepagebook.com are both available but are clearly not a premium quality domain as they are much harder
>to remember.
>
>Mark

>---------- Forwarded message ---------- Date: Wed, 30 Jul 2003 18:27:11 -0400
>From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>To: paul ceglia <paulceglia@msn.com>
>Subject: Re: admin page
>
>The possibility of working in the Carribean coding for you is something to consider, though I would prefer that it
>was in the winter. That said, I've been tweaking the search engine today and I'm pleased with its results. I'd like
>to use it for the Harvard site, I think it will really help people find each other, even if they spell names
incorrectly. >Would it be agreeable with you if I adapt the source code? Thanks!
>Mark

> > ---------- Forwarded message ---------- > Date: Wed, 30 Jul 2003 14:55:49 -0400
> > From: paul ceglia <paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulceglia@msn.com&msg=MSG1059604341.35&start=928150&len=7531&src=&type=x>>
> > To: mzuckerb@fas.harvard.edu </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=mzuckerb@fas.harvard.edu&msg=MSG1059604341.35&start=928150&len=7531&src=&type=x>
> > Subject: Re: admin page >
> > Mark, I have enterd the test adjusters and test photographers for the
> > testing. Unfortunately due to the zip code issue we can go no further. I
> > think the zip code is a really great idea, i just dont think it is realistic
> > unless the computer automatically assignes the zip code through some
> > software. asking adjusters to defferentiate zips is a real pain in the ass
> > for them and we have three different maps and all of them seem to have
> > variations in the lines, if you can see them. I see the great benifit of
> > having it by zip in the cities and it also makes good organizational sense.
> > Especially if we could track pictures or amounts seperately by them. Unless
> > there is some really handy software we can integrate to give us the zip I
> > think we should continue on with the town name idea of assigning. If it
> > means that during our growth that at some point 2 people needed to be
> > emailed for a city like miami(which seems very unlikely, or at least if we
> > had the market share needed to have to do that , somewhere around 80% ,we
> > would have more money than we knew what to do with and could pay you to take
> > six months off in the carribean to re write that coding.) My thoughts are
> > that we should have a default email that the dispatcher could check so that
> > if a town is missspelled or missing that the computer would know that if it
> > is not on the list for any of the photographers then on to the catchall
> > email.  let me know what you think.
> > On the email issue, does this mean that we get no emails with this server
> > package? or jsut a few, if we dont get any please send me the link to buy
> > the software. thanks Paul
> >

From: paul ceglia <paulceglia@msn.com>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
Subject: Grow up.
Date: Sat, 7 Feb 2004 11:37:13 -0400


Mark, all I can think is your parents have handed you everything your entire life and after all this time and energy and MONEY that you think in your head that an Ok way to act is to just say- oh I've changed my mind I don't think it's cool to make money and that that should be that. Then you have the nerve to suggest that I should pay you more money if I get you right, so that you dont have to try to make money on the site we've built??  It's one thing to say you don't want to sell coffee mugs but I don't see why since the margins are excellent and with minimal effort we could generate some decent revenue for us while keeping the site free to students. It's one thing to say "I'd like to discuss with you other ways we could produce revenue for the site, like advertising, we could sell ads locally I am sure and to places that already sell alumni stuff(but we will be losing the margins) angel investors are just con men and until we have some decent revenue we aren't going to get a dime from them without giving up the whole thing and anyway at this point it's just a freaking harvard thing. I need to be able to get on the actual site and see where we can place some ads and we need to get some bike couriers to go around promoting the site so we can get some people using it FIRST! But we need to get some advertising on the site right away if you like that route better so alumni are used to seeing some ads from the beginning. Isn't there a way to count how many people click to their site from ours?



From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
To: paul ceglia <paulceglia@msn.com>
Subject: The site.
Date: Fri, 6 Feb 2004 22:12:51 -0400

Paul,

Sorry it's taken me a few days to respond, Now that the sites live I feel I must take creative control and I just can not risk injuring my sites reputation by cheapening it with your idea of selling college junk, nor do I wish to spend my time shipping out coffee mugs to rich alumni. The site is cool as it is and I don't care about making any money on it right now, I just want to see if people will use it. If I had the rest of the money I was owed by you for all that extra work I did I wouldn't even need to make money at all on this site. That is money I am entitled to and is rightfully mine.



From:  paul ceglia <paulceglia@msn.com>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
Subject: Re: The site is online!
Date: Wed, 4 Feb 2004 10:30:16 -0400

Congrats Mark! The site looks great, Just wondering if we might think of another title for it without the the, but plenty of time for that, I'll try and think of some names, I looked for weeks to finally find streetfax.com and that is how I named it, backwards from the availability, I'm sure you checked to see if just facebook.com was available?  you know another thing i've been thinking of that I perfected in Streetfax is going city to city, If you went city to cityh with this I think it would be far easier than just trying to open it up to all ivy league schools at once, actually get on the ground in each place, we send a half dozen guys into the city on bikes and within a few weeks we have photos of every intersection in the place, so the same thing could be done onlyh putting up flyers to promote the site, just brainstorming some ideas on how we can start making some money.

>From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>To: paul ceglia <paulceglia@msn.com>
>Subject: The site is online!
>Date: Wed, 4 Feb 2004 08:27:39 -0400
>
>
>Paul,
>"thefacebook.com" opened for students today, when you get a chance take a look at it.  I'll let you know how it >goes.
>

From: paul ceglia <paulceglia@msn.com>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
Subject: Re: Going live
Date: Tues, 3 Feb 2004 07:56:01 -0400

OK fine Mark 50/50  just as long as we start making some money from this thing. I'm looking forward to hearing how it goes but I am so busy right now with a few other projects that my time is very thin.. Let's get it live and open up the store. Have you had a chance to inquire about getting a merchandizing license? We really will need that soon so we can start bringing in some money, everyone buys t shirts and mugs, especially the parents.. they deserve bragging rights at home with the tuition they have to pay. Also what about putting in something like a Christian corner? I've only been to Harvard a few times but the idea of being able to find other christians online without having to do the un PC thing of asking someone face to face sounds to me like it would have some real value, if only the spiritual kind. :-) and the other thing is links to hotlines, why couldnt we have the rape crisis hotline, the suicide hotline, drug rehab and so on right there so when someone really needs something they could link over to the site they wanted? Same thing for local pizza and chinese or whatever, that way it could really be a resource that a person could use.
>From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>To: paul ceglia <paulceglia@msn.com>
>Subject: Going live
>Date: Mon, 2 Feb 2004 09:18:25 -0400
>
>Paul, I have a rather serious issue to discuss with you, according to our contract I owe you over 30% more of >the business in late penalties which would give you over 80% of the company. First I want to say that I think >that is completely unfair because I did so much extra work for you on your site that caused those delays in the >first place and second I don't even think it is legal to charge such a huge penalty. Mostly though I just won't >even bother putting the site live if you are going to insist on such a large percentage. I'd like to suggest that you >drop the penalty completely and that we officially return to 50/50 ownership
.

From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
To:  paul ceglia <paulceglia@msn.com>
Subject: Re: the database
Date: Fri, 16 Jan 2004 23:46:53 -0400

I'll check into it and see how easily we could modify the script, I think you are right though and that it could manage people just as well as it manages street interactions. I tried your idea and found a similar result can't get the spelling right for an estimated 30% of my names. I also

checked out Myspace and you are correct they do not have any programming to account for mis-spelled names, you simply can't find them!

>From: paul ceglia <paulceglia@msn.com>
>To:   Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>Subject: the database
>Date: Tues, 13 Jan 2004 08:07:28 -0400
>
>Mark, I got to thinking, seems like a fantastic idea to use the database we built already, there is really no way >you could rebuild something that could work as well. Think about it and try this, write down on a piece of paper >20 people you remember from high school and try to spell their names correctly. I tried it and at least half of >them I am wondering if I have the spelling right, I'll have to get out my yearbook sometime to prove it. My point >is, what could be better as an engine than my search engine? I just checked out myspace and if you are even >one letter off, guess what? No result, so we have a search engine even better than theirs! Just seems like if we >modify the script a bit we could easily search for peoples names just as we do for street intersections and >return the highest ranking results using the same algorythm and save us some time!

From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
To:  paul ceglia <paulceglia@msn.com>
Subject: Re: an accounting
Date: Tues, 6 Jan 2004 16:14:33 -0400

Threats to call my parents are uncalled for and unprofessional and you would be seriously violating our trust by doing so, I have done what I can with the small amount of money you have invested and I will have something live for you to view soon. Again I want to state that under no circumstances do you have my permission to contact my parents as they have nothing to do with my business and just because I am young doesnt mean I'm afraid of my parents response. Please do not contact them about this issue, they would probably just laugh you off anyway.

>From: paul ceglia <paulceglia@msn.com>
>To:   Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>Subject: an accounting
>Date: Mon, 5 Jan 2004 09:25:48 -0400
>
>Mark,  It is well past January 1ˢᵗ and to my knowledge you don't have a single thing done for the site, I gave you >an extra $1k in November so we could rush it ahead of these other guys and as far as I know you don't even >have a domain name or a home page built, let alone the actual database. For now I suggest you use my search >engine and we work out the details. I'm starting to think you just blew that money Mark. You know perfectly well >that you can't just take a persons investment and then spend it on women and beer or whatever you do up >there in Harvard. I've been stalled long enough on this thing and if I don't see something soon I'll have no >choice but to contact the school and perhaps your parents in Dobbs Ferry and let them know whats been going >on.
>

From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
To: paul ceglia <paulceglia@msn.com>

Subject: Re: Update
Date: Thurs, 1 Jan 2004 17:42:31 -0400

Paul,

I'll just get this site online as quickly as I can...


>From: paul ceglia <paulceglia@msn.com>
>To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>Subject: Re: Update
>Date: Thurs, 1 Jan 2004 16:26:14 -0400
>
>Mark, Thanks I'll look forward to reviewing the details, just  a quick question, we seem to be having an issue >with the backend that has really been causing us some grief, I know that you're position is that you,ve done all >the work in the contract and then some, I guess I am somewhat torn as on one hand in your interest you want >me to consider not enforcing my contract while also then making it clear that more money is owed to you for >things that weren't a part of yours, does that make sense to me.. I am wondering if you see >where I am coming from here? You can't have it both ways Mark.
>
>
> > From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
> > To: paul ceglia <paulceglia@msn.com>
> > Subject: Re: Update
> > Date: Thurs, 1 Jan 2004 15:02:43 -0400
> >
> > Paul,
> > I can scan it when I get home this weekend, Harvard's system has not been working properly this week and > > it would be  easier if I could wait until then. Thanks!
> > Mark
> >
> > >From: paul ceglia <paulceglia@msn.com>
> > >To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
> > >Subject: Re: Update
> > >Date: Thurs, 1 Jan 2004 14:21:50 -0400
> > >
> > >Mark, Happy New year to you as well, I think it is going to be a FANTASTIC year for us both. Things are
> > >really looking  great for Streetfax and I just believe it that this is our year! Glad to hear about the server      > > >side, not really sure what you are talking about in regards to the extra points, I'm down in Florida right now > > >and the contract is back in NY. Do you  have a copy of it you can send digitally?                      > > >
> > >
> > > >From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
> > > >To: paul ceglia <paulceglia@msn.com>
> > > >Subject: Update
> > > >Date: Thurs, 1 Jan 2004 11:55:08 -0400
> > > >Paul,
> > > >I just wanted to extend to you a Happy New Year and tell you that all individual parts for the back end of  > > > >the site have been  completed. The extra $1000 really helped get us further ahead and if there is any   > > > >way you can send some additional funding  I believe we will be online in a few weeks. I think it is          > > > >unnecessary at this point, with all of the extra work I have done for you, to hold me to the original             > > > >completion date. I should not be penalized for delays that were out of my control, namely that there have > > >>been so many unspecified requests from the Streetfax project that you wanted to be placed as a priority,  > > >>thereby delaying my start on our second project. Thus, I am requesting a written

waiver on your part        > > >>exempting me from the obligation to give you additional ownership
in the project that is outlined in our      > > >>original contract.
> > >>Mark

>From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>To: paul ceglia <paulceglia@msn.com>
>Subject:
>Date: Thurs, 22 July 2004 09:22:36 -0700
>
>Paul,
>I am guessing that you don't want to talk to me but I wanted to say happy birthday and that I hope to resolve >our differences. I see that what I did was wrong and I am really sorry that I behaved as I did. Please give me >your address and Iwill mail you back the $2000 for your trouble, more if it will repair our business relationship. >Another summer is here and I still don't have any time to build our site, I understand that I promised I would, but >other things have come up and I am out in California working during break.  I just don't want the obligation of >having to answer to you for not following through and I won't be able to. Best,
>Mark


From:  paul ceglia <paulceglia@msn.com>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
Subject: Re:
Date: Tue, 6 April 2004 18:13:41 -0400

Mark,

You've got some nerve talking about me owing you with the CRIMINAL stunts you've pulled Reasonable people go to  court to resolve their differences they don't go stealing things dude,you stole code, not once, not twice but THREE TIMES!  Do you have any idea the damage you've done???  Grow up, take a fucking ethics class,  choke yourself with that silver spoon of yours.
>From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu >
>To: paul ceglia <paulceglia@msn.com>
>Subject:
>Date: Tue, 6 April 2004 15:44:19 -0400
>
>Paul, I have become too busy to deal with the site and no one wants to pay for it, so I am thinking of just        >taking the server down. My parents have a fund that I can tap into for my college expenses and I would just        >like to give you your two thousand dollars back and call it even on the rest of the money you owe me for the        >extra work. At this point I won't even really be able to work on the facebook until Summer.  Best,                        >
>Mark

Date: Tue, 2 Sep 2003 12:11:16 -0400 (EDT)
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | This is spam | Add to Address
Book
To: "KP Monsterus" <kpmonsterus@yahoo.com>
Subject: Re: feedback

Karin,

So it turns out I didn't have Internet while I was away -- half the
time
we didn't even have power.  But I got back late last night and had a
chance to look at everything you sent, and I'll work on fixing some of
the
things you've mentioned throughout the day.  Here are my responses to
your
comments...

1.  The information on the backend is not supposed to be the same as
the
information on the frontend.  If you type in an intersection on the
frontend, you will either get an exact match if there is one, or a list
of
the ten intersections which look most like what you entered.  When you
type an intersection into the backend, you get a list of all
photographs
that contain both the first street and the second street you entered
somewhere in either the 2nd, 3rd, or 4th parameters.  There is another
page in the backend to do searches like those in the frontend, and it
seemed like this was the type of search you wanted if you want, for
example, to bring up all photographs matching specific streets.  If you
want the search the other way, I can do that, but this really seems
like
the best way to implement this script.

2.  That's easy -- I just entered the wrong thing.

3.  I haven't put that part of the sentence generator into use yet
(although I have written the code).  Could you please send me the list
anyway so I can make sure I'm covering everything?  I'd like to get
this
stuff with the backend sorted out before implementing new things that
we're also going to have to tweak.

4.  I think the image count only takes into account images  that match
the
photo in the 2nd and 3rd parameters, not the 4th.  I can alter the
search
if you want so that it doesn't look in th 4th parameter when it's
searching.  That will solve this problem and and some of the issues you
are having with #1.

5.  Paul did explain that to me, but if I have something wrong, just send
me the text you want there instead and I'll fix it.

6.  I realized that after I made it but didn't have a chance to fix it
before leaving.  I'll take care of that.

7.  I'll ask Jeff and pass his responses along to you.

8.  I'll add that.

9.  This is the same issue as #1.

10. Could you elaborate on what you're saying here.  I'm not sure I
understand it.

11. I think this is the same thing as #6, but I'll look into it.

Mark

On Mon, 1 Sep 2003, KP Monsterus wrote:

> hello mark
>
> i have tried to do some cleanup on the backend despite
> the fact that the images don't appear as they should.
> Here are the concerns I need addressed:
>
> 1. there seems to be a discrepancy between the info on
> the back end and the info on the front end. when i
> looked up a speed limit on the front end that appeared
> on the back end i rec'd no results.
> ne 32nd street, (sl 25)
> ne 33rd street, (sl 15)
> this needs to obviously be remedied.
>
> as well, i searched the database on the front end for
> manor lane=sw 78th ter
> manor lane=sw 66th ave
> sw 51st str=sw 67th ave
> and they were listed in s miami, and didn't appear on
> teh front end database search.
>
> 2. the speed limit search says "street sign search"
> when it queries. it should obviously say speed limit
> search.
>
> 3. The fourth field info is still not getting spelled
> out. the speed limits are listed as "sl", not "speed
> limit".  the same goes for all the acronyms. the 4th
> field should behave like the 2nd and 3rd field in this
> application.
>

> 4. the # of images that is listed in the scrolling
> intersection bar (on the modify/delete page) is most
> often not correct. when i select an intersection the
> correct number of images is listed at the top of the
> results. we certainly need the number in the scroll to
> be correct.
> eg. s miami  sw 67th ave= us 1 (1)
> there are actually 11 images that appear.
>
> 5. I don't know if paul has ever explained this but
> there is a certain phrase that should show up with
> certain intersections. if you have not rec'd a list of
> these please let me know and i will get it to you
> asap. for example, speed limits should read- "facing
> east on elm street and 15 mph speed limit, 200 feet
> before sw 3rd street."
>
> 6. when i am cleaning up on the modify/delete page and
> i have searched under the scrolling intersection, and
> have changed a photo, or have gone back and forth
> looking thru different photos on the spreedsheet, the
> intersection scroll will no longer display on the page
> when i select a result. throughout the entire process
> that should always refresh and appear on that page.
> whenever there is a select a city there should also be
> the intersection scroll. as i said in the friday
> email, i would like for those boxes to all be laid out
> horizontally. and the town that is being searched
> should just default to the last town that was
> selected, or none if none was selected.
>
> 7. i haven't heard any response to my concerns about
> the rejection of photographs that are already
> uploaded. we're moving into uploading a hefty amount
> of data and i need to know what is happening to
> duplicate photos? if they are just being replaced then
> i am loosing photos. i need to know ASAP what steps
> you are going to take to remedy this problem.
>
> 8. The intersection scroll needs to behave as follows:
> each street listed needs to list all the streets that
> intersect it. this will create duplicates in the list,
> but is the only way we can really check for spelling
> errors. so you need to be sorting by field 2 and 3. so
> here is an example...
> 1st str, adam str
> 1st str, main...
> main and 1st str
> main and 4th str
> main and 10th ave...
>
> in this example main and 1st str appear 2 times. that
> is what will happen throughout the list.
>

> 9. there is a another strange thing happening in the
> intersction scroll.  in s miami,
> blockbuster=us 1 contains 9 results
> us 1=blockbuster e= 2 results
> us 1=blockbuster w= 2 results
> Now the interesting thing is that the 2 results from
> Blockbuster e and w are the same photos that are in
> the 9 results.
> the same thing happens with
> us 1=hgwy 878 offramp  and
> sw 68th ct=sw 72nd str
>
> 10. in the intersection scroll the numbers don't
> always appear in the correct order.
>
> 11. i was cleaning under oakland park and was at it
> for about 20 minutes, and then i had to reselect
> oakland park as the city to get the intersection
> scroll back up and a new set of photos showed up. i
> did some investigation and it turned out to be s
> miami. i couldn't recreate the results, but i've very
> very sure that the heading on the intersction scroll
> read oakland park. we absolutely can not have photos
> adrift like this. there is a small possibility that i
> was actually looking at s miami, but i'd like you to
> look into it.
>
> please respond to these questions asap. you can call
> me this eve if you're back in the states at 585 593
> 7869.
> karin
>

**Date:** Mon, 22 Sep 2003 04:18:20 -0400 (EDT)

**From:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **Add to Address Book**

**To:** kpmonsterus@yahoo.com

**Subject:** status update

Karin,

I spent most of the weekend working on the points we discussed and I got
almost everything finished except for the two points dealing with sentence
generation.  Those are the manual overrides for the generation and the
additional fields that need to be added to the sentence generator.
Aside from those and the sample pages which you still need to send me
(I'll put my address below), everything else we discussed should be done.
I put the photocount on the city selection scrollbar, the billing page is:
http://www.streetfax.com/photographers/billing.php, I cleared up all the
bugs with the modify and delete page, added global comments, added image
popups to the modify and delete page, and made a bunch of other
corrections.  I also spent a lot of time trying to optimize the modify and
delete page and this is what I came up with: it's a cross between what you
mentioned before and what we have now.  It basically loads the city that
you're working on into memory so it only has to do the intersection
processing once, but then as soon as you select another city, it loads the
new city into memory.  The effect here is that the first time you load a
city it will be a bit slow, perhaps even a bit slower than when you were
loading before, but not by much.  Each time after that will be
significantly faster, if not instantaneous.  I figured that this was the
best way to optimize it since it seems like you'll be doing a lot of
changes in each city without switching between cities often.  And
everything should still be realtime, so you don't need to logout before
changes are made.  Tell me how it performs now and we can decide what to
do with it from here.

My mailing address here is:
Mark Zuckerberg
249 Kirkland Mail Center
Cambridge, MA 02138

I am pretty busy tomorrow, but I expect to have the sentence generation
stuff tested and uploaded by Tuesday evening.  You probably have plenty of
new stuff to look at between now and then anyway with all the changes I
just made.  And as the project will be more or less complete when I submit
the sentence generation scripts, can I expect to see another check
sometime soon?  I know that you probably won't want to complete the
payment until the e-commerce section is finished, so we should agree on an
amount that you will pay now upon completion of as much of the project as
we can do until the stuff comes in from the government.  I think that

**Date:**     Mon, 22 Sep 2003 20:46:44 -0400 (EDT)

**From:**     "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **Add to Address Book**

**To:**       "KP Monsterus" <kpmonsterus@yahoo.com>

**Subject:** Re: status update

Karin,

I have completed the sentence generation component and included all of the
new modifications you sent over in your most recent document except for
the convention of using the numbers 1 and 2 in the fourth field.  This
simply does not work as a convention.  How is the computer supposed to
know when a 1 is supposed to be signalling information about the first
street and when a 1 is part of the actual information provided?  Even in
the example you provided there was an ambiguity since the street you chose
was 1st street.  I definitely never confirmed that this convention would
work and there is really no easy fix to make it work.

Aside from this, everything is done that can be done so far.  Before I
turn it all over to you, I want to make sure we have everything set with
the payment.  As far as I see it, there are no grounds for deducting our
pay.  Sure, the project went a little over schedule, but this is as much
your fault as it is ours, and therefore we should not be blamed for it.
And even the stuff that isn't your fault, like the government taking
forever to get the ecommerce stuff to you, for example, also is not our
fault and we should not be penalized for it.  We have done more than was
necessary based on the specification, and we have spent much more time
programming extra scripts for you and corresponding with you than we
needed to for this project, so for you to threaten to deduct our pay seems
almost ridiculous.  And further, your deduction will not hold up legally.
The contract was not for a part of the project; it was for the whole
project.  Thus, you cannot say that we delivered a part of the project
late.  The contract was not to deliver a part of the project, it was to
deliver the whole thing.  So your claim that we're running late when you
haven't even gotten the ecommerce bit to us will not stand up based on the
contract.  If anything, according to the contract, you should have to pay
us penalties for having this project and its payment take longer that
scheduled, not to mention all the extra functionality we have thrown in
for you.  I'm not going to ask for more money, but I do want to get this
resolved, so please give me a call and we'll figure it out.

When we have resolved this issue, I'll post the rest of the project and
we'll be done until you get the ecommerce bit in from the government.

Mark

On Mon, 22 Sep 2003, KP Monsterus wrote:

> well mark its looking like we're finaly coming to a
> close with this project.
> the modify delete page- it seems that the changes that

**Date:**   Mon, 29 Sep 2003 07:17:27 -0400

**From:**   kazen@optonline.net | **Add to Address Book**

**Subject:** Re: uploading issue

**To:**    "KP Monsterus" <kpmonsterus@yahoo.com>

**CC:**    "mark zuckerburg" <mzuckerb@fas.harvard.edu>, "jeff kazen" <kazen@post.harvard.edu>


I've been away all weekend -- I will resolve this tonight when I get
home from work.  It seems like I'm not checking the fourth field when I
am determining if the file is unique or not.

I will also update the error checking on corrupt filenames, as it seems
to be malfunctioning.

Is this an exhaustive list of what can be in the direction part of the
file:
a
n
ne
e
se
s
sw
w
nw

or are there other possible directions in the filename before the first
equals sign?

-Jeff


**Date:**   Tue, 7 Oct 2003 04:14:10 -0400 (EDT)

**From:**   "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **Add to Address Book**

**To:**    "KP Monsterus" <kpmonsterus@yahoo.com>

**Subject:** Re: is the uploading complete?

I haven't heard anything otherwise from Jeff so far, so I assume it's been
fixed without a problem.  Let me know if there's anything else that needs
to be changed.

Mark

On Thu, 2 Oct 2003, KP Monsterus wrote:

> hi mark.
> i haven't rec'd any response to my email about
> uploading. did you upload the changes? did jeff solve
> the unzipping problem? when you do it let me know so i
> can unzip if you and jeff don't do it.
> thanks
> karin
>

**Date:**    Fri, 10 Oct 2003 05:32:00 -0400 (EDT)
**From:**    "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **Add to Address Book**
**To:**      kpmonsterus@yahoo.com
**Subject:** update

Karin,

Sorry I haven't been able to get on the phone with you guys to chat. I've
been in the lab working on problem sets for basically the last 30 hours
straight and I've only now, at 5:30am, finished everything I needed to
do.
I'll have a chance to look over everything with the unzipping and chat
with Jeff about what's going on with that tomorrow.  I'll also give you
guys a call to discuss the payment arrangement we're going to go for.
I
understand the stress you're going through with this being the last
week
before sales start, so I'll really try to be there for you guys and be
accessible over the weekend so we can fix all the outstanding issues
asap.
We'll chat tomorrow.

Mark

**Date:**    Sat, 11 Oct 2003 06:53:03 -0400 (EDT)
**From:**    "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **Add to Address Book**
**To:**      kpmonsterus@yahoo.com
**Subject:** 4th field stuff

Karin,

There's one programming issue I still need to resolve with the fourth
field module before I can upload it to the release site, but it's almost
7am and I need to get some rest.  So I'm thinking it won't be up by noon
tomorrow, but instead it will be ready by noon on Sunday.

Mark


**Date:**     Sun, 12 Oct 2003 05:07:11 -0400 (EDT)
**From:**     "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **Add to Address Book**
**To:**       kpmonsterus@yahoo.com
**Subject:** upload delay


Karin,

There's something going on with the server tonight and I haven't been able
to upload files for an hour or two now.  It might just be a short outage
while the providers patch software on the server, but if it's still out
tomorrow I'll give tech support a call and see what's going on.  It's
pretty late and I need to get some sleep, but I'll try again in the
morning.  I'll let you know when everything's uploaded and ready to go,
which should be some time tomorrow afternoon.

Mark


**Date:**     Mon, 13 Oct 2003 05:43:30 -0400 (EDT)
**From:**     "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **Add to Address Book**
**To:**       kpmonsterus@yahoo.com
**Subject:** got it...

Karin,

I spoke with Jeff and he said he did the necessary work on the page and that it was all set to go.  Just to make sure that things go smoothly tomorrow, I took the responsibility of going over the code myself for a couple of hours.  Everything seemed okay, but I found a small but around
5am that might have been messing some stuff up, although I really doubt it.  My guess is that the errors you received before were just because you
were trying to upload stuff just as he was working on it, and maybe he didn't follow the protocol of only uploading final scripts to the live site since he didn't think anyone would be using it at 10pm.

As for the other stuff, the new sentence generating script has been uploaded and is now serving fourth field sentences and fragments as I interpreted it should from your document.  Let me know if anything is wrong there and I'll fix it immediately.

I looked at the home link item and came up with a different workaround this time, and I think it will work this time, although different browsers
may behave differently.

I checked out the email settings Jeff sent you and they seem to work on my
computer.  I can send you an email from david's account to confirm this for you, and I'll do that in a moment.  If you're having problems configuring, give me a call and I'll try to figure out what's going wrong.

Good luck tomorrow.

Mark


**Date:**     Mon, 13 Oct 2003 07:16:49 -0400 (EDT)
**From:**     "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **Add to Address Book**
**To:**       kpmonsterus@yahoo.com
**Subject:** more

Karin,

I wasn't really satisfied with the whole "the home link should be fixed"
status that I had before so I looked through all the design code Andy
submitted and sure enough the bug that has been causing all this trouble
was in there.  I guess that explains why I couldn't figure out a way to
fix it before.  But it's all better now.

Anyhow, it's 7:15am and I'm really tired.  Since you haven't called, I'm
going to assume that you've been uploading and unzipping as planned for
the last hour and that it's okay to go to sleep.  Let me know if there's
anything else you need and I'll take care of it later today.

Mark

---

This message is not flagged. [ Flag Message - Mark as Unread ]

**Date:**     Fri, 17 Oct 2003 05:11:04 -0400 (EDT)
**From:**     "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **Add to Address Book**
**To:**       kpmonsterus@yahoo.com
**Subject:** update

Karin,

I just updated the script so it looks for "sl" or "sl xx" in the second
field instead of just "sl", and it seems to be getting more results.  I
didn't get a chance to look at the other stuff tonight but I'll check that
out tomorrow.

Mark

## EMAILS I'VE WRITTEN TO MARK

**Date:**     Tue, 29 Jul 2003 07:47:50 -0700 (PDT)
**From:**     "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**
**Subject:** streetfax
**To:**       mzuckerb@fas.harvard.edu

hi mark
its karin
just have a question for ya.
when i'm cleaning up the back end, can i upload photos
that are labeled as such
m=sw 34th str=sw 4th ave=dce
the dce part is what i'm referring to. those are
internal abbreviations for problem photos. paul wasn't
sure what the program would do with random letters it
didn't identify in the the 4th field.
thanks
karin


hey mark
i haven't received a reply back yet from you on the
matter as to why all the photos are being mishmashed
on the database.
today i went on to see if hte miami pics are having
problems as well and found similar results . below are
the search results, which i did 2 times today to
varify, to n miami avenue and ne 82nd street.

Street sign on North Miami Avenue and Northeast 82nd
Street
Street sign on North Miami Avenue and Northeast 82nd
Street
Street sign on East 10th Avenue and East 13th Street
Facing east on Northeast 82nd Street and North Miami
Avenue
Facing east on East 36th Street and East 9th Court
Facing north on North Miami Avenue and Northeast 82nd
Street
Facing south on East 9th Court and Sl 15
Facing south on North Miami Avenue and Northeast 82nd
Street
Facing west on Northeast 82nd Street and North Miami
Avenue


as you can see there were 2 of the same exact photos(a
street sign), adn another street sign alltogether,
which has no association altogether with the query.

i'd like to resolve this issue before i start
uploading onto the ftp server that jeff provided. i
have another question regarding that as well. can we
be uploading to the server in several different
locations at the same time? is there a maximum file
size that the server can receive?
thanks
karin


thanks mark.
i checked out hte back end and here are a few of my
thoughts.
When I log onto the backend thru
/photographers/upload, when i clicked on "search

database for photos" i would enter a search querry,
get results, and when i clicked on a result to get the
photos it would bounce me to the home page sign in. i
tried 5 times and on the 5th try i was able to access
the phtoos without getting bounced to the home page.

my thoughts about "edit image photobase" link are that
the scrolling menu would be a great tool if there were
no directions and only the 2nd and 3rd fields listed,
as we had spoken about.
and they were done so in alphabetical order. so 10th
street would be listed with every street that
intersects it. this is a great tool in scrolling thru
to find spelling errors or intersections that have
only one photo in it. so the best situation for the
back end that i can see right now would be for that
scrolling menu to have the number of photos listed
next to each intersection, and when you selected that
intersection all the photos would show up and next to
each photo there would be an option to modify or
delete it.

as i understand all the back end features, it seems
like all of their features should be combined into two
options.
if the manage photos link would list all the photos as
it does, each direction, but have all the ones
belonging to an intersection lump together, that would
be superb, and if once you selected a photo if it gave
you the option to modify/delete it would be a great
tool. so in essence i'd like the manage photos link to
be the same as the search the database for photos link
wiht the additional feature of being able to
modify/delete.
and if the scrolling option was broken down by
intersection as i've mentioned above and had the
number of photos appearing next to it that would be
ideal. as far as how this would be listed, i imagine a
list like this:
main=n miami blvd
main=tutor str
main=ugly blvd
monroe blvd=elm str
monroe blvd=evergreen way
and so on

i'll spend some more time thinking about this all. i
wanted to share my preliminary thoughts so we can hash
this out.
thanks
karin


--- Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
wrote:
> Karin,
>
> I just got off the phone and I tried your number but

```
> it was busy.  If you
> have any questions you can feel free to give me a
> call, or I'll email you
> as soon as Jeff and I have a better idea of what's
> going on with the
> problem.  Hopefully that will be within the next
> hour or so but I am going
> to need to wait until he gets out of work and
> returns my phone call.  I'll
> keep you posted.
>
> Mark
>
```

hey mark
thats good news. so this means i can't upload until
sunday?
i do need more clarification on the directions. i
don't have the email jeff sent paul wiht the
directions but what he wrote was confusing.
he said there were two options on what to do with the
files. they didn't make much sense to me. what made
sense to me was to upload the file in the location
that you see pompano beach in. in the root folder of
fl. but how do i upload another file that also
contains pictures of pompano beach. i called the next
file we uploaded "pompano beach 1" because i couldn't
have the same file name on my computer.
i also need to have my questions regarding uploading
answered. is there a max file size that we can upload
to the server? can i upload from more than one
location at the same time?
another note is that as far as i can see on the server
hialeah is still in the wrong locale.
i've uploaded to the server from 3 different computers
in 3 different locations and the max speed i have been
able to reach is 15k, which is ridiculous. i then
tested the uploading speed of the computers online and
they were tremendously faster. does this indicate that
the slowdown is related to the server?
have you tried to upload onto this server?
from now on just email to this email address, not to
paul's. he's been absorbed by sales and marketing.
thanks
karin


please email to let me know when i can resume
uploading.


--- Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
wrote:
> Karin,
>
> Jeff and I checked out the uploading section some
> more and we feel that
> the results you obtained could really only be
```

```
> recreated by not following
> the ftp directions exactly.  Once the duplicate
> entries were in the
> database, the search script found multiple entries
> and returned those as
> different results.
>
> We will be cleaning out the database tomorrow and
> removing all duplicate
> entries.  Once this is done, the searching should be
> back to normal and
> you should be ready to resume uploading as per our
> directions.  If you
> need any clarification on any part of the
> directions, please feel free to
> contact either Jeff or myself.
>
> Mark
>
```

Mark,
its monday morning and i haven't heard any word from
you as to whether or not i can begin to start
uploading. this is very disappointing. you say you
want to complete the project but an entire work day
has flown by for me and i haven't heard whether or not
i can begin the long process of uploading.
karin

**Date:**    Mon, 25 Aug 2003 04:49:39 -0700 (PDT)
**From:**    "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**
**Subject:** Re: questions
**To:**      "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>

hi jeff
this is karin again.
please mail to this address from now on concerning all
dealings with streetfax. paul has become consumed with
another project and i will be picking up the pieces to
the close of this project.

thanks for the info on how to properly upload. here is
what you sent us:

now, login as follows using your favorite ftp program:

server: ftp.streetfax.com
login: streetfax
password: longfax3
Then move to the following directory:

httpdocs/images/upload
Then, you can do one of two things:
1) You can name each zip as: state=city.zip, such as
miami=fl.zip
2) You can create directories for each city, and then
upload a zip (of any name) to that directory the
format should be: state/city/, such as FL/miami
Either one is fine, and this is only temporary. Once I
get login access to the server again, I will set up an
account that only has access to the upload directory.


instruction #1 didn't make any sense because you wrote
state= city and then used city=state as an example. so
we went with #2 and clearly didn't really understand
your directions.
so by looking at pompano beach and how you've entered
it it becomes clear how to properly upload.
in your last email you explained that the file name of
hte upload must be "photos.zip". this was not
mentioned in your first email. to clarify here, every
file that gets uploaded has the name photos.zip  I am
still waiting for answers to my questions, which are,
again
1. can i upload onto the server from several different
locales at the same time
2. on the same computer can i set several files to
upload simulataneously
3. why are we moving at 15 k uploading when on all
other tests we are returning results of moving at 115
k? this indicates that there is something slow about
the server. what are your thoughts here?
4. when i'm uploading another file to pompano beach,
do i open up pompano beach's folder and put photos.zip
inside the folder? i suppose this is a very basic
question that will clarify for me where to put the
file photos.zip  common sense would dictate to me to
open the folder of the town and place photos.zip
inside of it.


in regards to deleting all photos, i'd like to do that
asap. if everything but pompano beach and hialeah
could be deleted that would be wonderful. if the only
way to do it would be to delete everything at once
that's ok as well. i'll just reupload those files.


i still haven't heard a word from mark about whether
or not i can upload. he informed me that you'd both be
working on saturday to remove the double photos.
but still no word.
i understand that you have a job and the semester is
gong to be starting soon for mark. i'd really like to
rap this up asap. i am expecting you to be checking
your email every day or phoning me so we can move thru
this process swiftly. is this realistic on your end?
thanks
karin
if you need to reach me by phone try
585 593 7869 or

585 593 1831

**Date:**    Tue, 26 Aug 2003 07:51:13 -0700 (PDT)

**From:**    "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** Re: streetfax

**To:**      "Jeff Kazen" <kazen@post.harvard.edu>


well i'm overjoyed to get this kind of response jeff.
i'm confident that we'll hammer everything out in the
next week.

a concern that i have about uploading is that when a
photo is uploaded that has the same file name as
another photo that already exists on the database, i
noticed that the database will replace it, and call it
updated. this is a big problem. our previous database
would reject the photo and say it already existed, and
hte only way it could be entered is by changing the
file name, or deleting hte old photo on the database
and uploading the new one. so this feature of
"updating" the photo is useful for that purpose, but
it eliminates our only safeguard of ensuring that
errors on the photographers or labelers end are
detected. oftentimes two different photos will receive
the same file name, due to error. so i need some way
of detecting that.
the ideal scenario would be for the duplicates to be
placed into a seperate folder on the database where
the back end team could go thru them and rename them
if need be, then reupload them?


**Date:**    Thu, 28 Aug 2003 08:48:09 -0700 (PDT)

**From:**    "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** i received no phone call

**To:**      "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>

hey mark,
i just called your cell phone for hte third time this
morning. i didn't receive a call last night on the
hill. i made the error of not bringing your phone
number up there wiht me, but i called down to 1831 and
asked them to forward you to hill, and they did, and i
received no phone call at 6:30. i was waiting wiht the
phone in my hand.
i went thru the spec thoroughly this morning and found
2 very clarifying pieces of info:

1. In the non technical explanation:
Under #4. Adjuster Preference Scripts
We hand wrote the following phrase as "e."-
"A script that allows Back End Administrators to view
and edit all intersections within a given city through
a drop down menu bar."
and there is your initials and pauls.
this clearly states "intersections," not individual
photographs. This is precisely why I was present at
this meeting. Why I traveled 10 hours to be present at
the spec signing. Because I needed to ensure that the
Back End Cleanup was included in the design. I can not
clean the back end without an intersection search. It
was I, if you recall, who suggested the idea that "e"
was included in the spec. And on our copy it is in my
handwriting. So I believe this completely resolves the
issue of whether or not you are responsible to include
an intersection search in the back end. Paul had
emailed you a copy of the document that I wrote
yesterday that included a detailed explanation of how
that needs to behave.

2. In the actual contract itself, under #3 Payment
Terms, states:
"Late fees are agreed to be a 5% deducation for the
seller if project is not completed by due date and an
additional 1% deducatin for each day the project is
late thereafter."
You had two weeks after Andy Reed submitted his work
to you to complete the project. Yes, there are 2
pieces of info on our end that were missing that would
stop you from completing the project in its finality.
However, those 2 pieces are inconsequential to getting
the uploading system ready and functional and getting
the intersection search created. From reviewing our
email history with paul it is clear that days would
pass before you would respond to his emails, and days
would pass between your communication wiht your
teammates, so clearly the delay in this project is on
your end. You don't need the verisign info to complete
the essential parts of the database.
And as is stated under payment terms you have far
exceeded your deadline. The info we are missing on our
end is out of our control and Paul specifically wrote
you in email that we have to forgo it until we get the
info. So each day that passes beyond the deadline is a
deduction on your final payment.
I read your email where you asked for a new deadline

**Date:**     Sat, 27 Sep 2003 16:24:19 -0700 (PDT)

**From:**     "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** rejecting photos from the database

**To:**       "mark zuckerburg" <mzuckerb@fas.harvard.edu>

hi mark
since you've instrumented the rejecting of photos from
teh database, we've run into some problems. i've
traveled down to nyc and have been uploading here for
the last week. i started uploading before you made the
change. because i only have liimited time on this t1,
i didn't unzip the files and just continued to uplaod
them. so these files have m photos in them, which, in
teh fourth field, have back end codes, like too dark.
so when i go to unzip these files, there may be 100
m's in there that the program rejects, and places
unzipped into the directory. this is ok. although i
don't understand why it would reject fourth field
info. i would think that it would just accept it. but
thats another discussion.
the problem is that when it rejects teh m's it also
rejects all the photos that sequentially fall behind
the m's, such as the north, south and west photos. so
then i have 5000 photos in the directory, unzipped,
that i need to upload.
something that i found that has worked is that i
delete the m's, then unzip a file that has no m's in
it. it will then upload some of those photos that were
unzipped. but in the case of hialeah, there were 5572
photos unzipped in the directory, and i uploaded a non
corrupt file of 179 photos, and the result was that it
added 3389 photos to the database. now i have 1885
remaining photos in hialeah.
i see two solutions. you work your magic and unzip all
those files that are in the directory that are
corrupt- and i can give you the list of them- not all
of them are. i caught on to this pattern and started
removing the m's 3/4 of the way thru the process.
the other suggestion is to change the program to
accept any info in teh fourth field, and just to print
it out at the end of the sentance structure if it is
not recognized as a code. this makes more sense to me,
and would helpful to us. but not absolutely necessary.


the most important feature of this program's ability
to reject photos is that it would reject photos that
have the same file name as another photo that's
alerady on the database. one of the problems with the
current rejection of photos is that there's no
distinguishing between what photos have already been
uploaded and what ones are being rejected because of a
corrupt file name.  it would be great if there was
some way it would distinguish this.
another thougth i have is that it seems that if the
database rejects photos it would be great if it kept
them in a file. once they're unzipped how are we to
re-upload them? if there's alot it would be really
laborious to go one by one thru them. what are your
thoughts here?
thanks
karin

hi. just wanted to give you an example of hte error
messages i'm receiving. the file names seem
acceptable.

Errors from unzipping fla64


Warning: Unable to open
'/home/httpd/vhosts/streetfax.com/httpdocs/images/upload/FL/boca+raton/
e=saint
andrews school=jog rd=aso woodfield hunt club.JPG' for
reading: No such file or directory in
/home/httpd/vhosts/streetfax.com/httpdocs/photographers/upload.inc
on line 57
Error processing e=saint andrews school=jog rd=aso
woodfield hunt club.JPG during added to database

Warning: Unable to open
SHORTENED, more of the same….


**Date:**    Tue, 30 Sep 2003 06:28:23 -0700 (PDT)

**From:**    "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** unzipping the files that are already in teh server

**To:**      "mark zuckerburg" <mzuckerb@fas.harvard.edu>, "jeff kazen" <kazen@post.harvard.edu>

hi
i know have several thousand photos that are unzipped
in miami and hialeah.all of those photos need to go
into the database.
in hialeah,i've tried to unzip all the files. i didn't
delete the zipped files once i unzipped them, because
i didn't know if it was working. but from the numbers
that i rec'd it looks like once the loose photos in
the directory are added to the database that will all
be square.
miami on the other hand has some zipped files that
were added and the i stopped because they were causing
errors. but all the zip files are still present in the
directory. so this is more complex. perhaps the best
thing to do is to delete everything in the miami
directory and fix the zipping problem and then unzip
them. this process is all dependent on how you set up
the unzipping procedure. the majority of the zipped
files in miami contain m's with fourth field info that
is not codes. and then i realised this was causing
some problems, so i started to remove the m's before i
uploaded. i was able to get all the fla58s unzipped
yesterday with fair results. so i'm not sure what we
should do with miami. my ideal would be that you
unzipped them yourself and gave me the results- how
many were unzipped for each file.
here's what i've unzipped already:
everything in hialeah
miami:
fla4
fla34a
fla58a-e
fla61a, b, c    c produced 0 results

i unzipped all of boca raton with relative success
(meaning the results were close to, but not exactly,
what was in teh file)
as well as all of miami beach, hallandale, west miami

n miami- fla28abc produced 0 results


AS WELL, it would be of great assitance to my efforts
if i rec'd communication when you've changed
something, so i know what i have to do, and
communication about what you've decided upon as the
way it works and a dumbed down mini manual on how to
use it, how if functions, how it deals with errors,
what messages i will receive when errors occur and
what they mean.

thanks fellows.

**Date:**   Thu, 2 Oct 2003 19:08:43 -0700 (PDT)

**From:**   "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** is the uploading complete?

**To:**   mzuckerb@fas.harvard.edu


```
hi mark.
i haven't rec'd any response to my email about
uploading. did you upload the changes? did jeff solve
the unzipping problem? when you do it let me know so i
can unzip if you and jeff don't do it.
thanks
karin
```


**Date:**   Tue, 7 Oct 2003 17:48:10 -0700 (PDT)

**From:**   "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** home link not working

**To:**   mzuckerb@harvard.edu


```
hey mark
the home page link is still not working.
can you fix that?
karin
```


**Date:**   Sat, 11 Oct 2003 09:26:55 -0700 (PDT)

**From:**   "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** Re: 4th field stuff

**To:**   "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>


**Date:**   Sun, 12 Oct 2003 13:29:41 -0700 (PDT)

**From:**   "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** files are not unzipping

**To:**   "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>, "jeff kazen" <kazen@post.harvard.edu>

thats great
did you set up the [david@streetfax.com](david@streetfax.com) email acct?

and whats the story with the unzipping of those files.
still no word from jeff. i need those files up there
tom'w, monday. and i can't do it under the current
situation.
the unzipping program needs to accept anything in the
fourth field, and also m's.
eg
m=alpha ave=andover str=tde
i have files like that on there and they are getting
rejected and the entire zipped file isn't uploading.

please get back to me asap on this unzipping issue.
thanks
karin

**Date:**   Sun, 12 Oct 2003 20:27:02 -0700 (PDT)
**From:**   "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**
**Subject:** unzipping not working
**To:**   mzuckerb@harvard.edu

hey mark
it worked for a few files and then i got one error
message after the next. the page wouldn't load and it
would say it couldn't find the server or i'd get error
messages. so i stopped unzipping. hopefully you and
jeff can remedy this tonight.
thanks
karin

**Date:**   Sun, 12 Oct 2003 20:27:49 -0700 (PDT)
**From:**   "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**
**Subject:** email not working
**To:**   mzuckerb@harvard.edu

the email is not yet working. i still can't send
anything, after hte last suggestions jeff made.

**Date:**    Sun, 12 Oct 2003 20:30:25 -0700 (PDT)

**From:**    "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** email not working, unzipping not working

**To:**      mzuckerb@fas.harvard.edu


the email is not yet working. i still can't send
anything, after hte last suggestions jeff made.
as well, the unzIpping worked for a few fiels and hten
i kept getting error messages. the page would also
change and an error page would come up. so i'm hoping
you and jeff work it out tonight.
thanks
karin
i guess i'll be up at 6 am to try uploading again,
hopefully with more success



**Subject:**
thanks mark

**Date:**    Mon, 13 Oct 2003 06:43:44 -0700 (PDT)

**Subject:**
thanks mark

**From:**    "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

hey mark
thanks for all your work

the unzipping is working. for some reason this
particular file won't unzip, so i'll delete it and try
re-uploading it. perhaps its corrupt.

i have a few questions/thoughts for you.

i uploaded fla48 to the wrong town, and then it was
unzipped to that town. is there anything i can do
about this other than delete the entire town?
i uploaded it to west miami and it  belongs to norht
miami. it wouldn't be a huge deal to just delete north
miami altogether. there's only one other file there.

as well, we need to know how to delete a front end
account. we have the page to add new ones, but it
doesn't give one the option of changing them or
deleting them. perhaps this will be incorporated into
the biling page that you buy the software for.
obviously umbrellas would be included there as well.
another thought we had about this add new users page
is that it has no security. anyone on the front end
can access it and add new accounts. is there anyway it
could be put onto the backend with a password required
to get in?

as far as the unzipping process goes, when a file is
unzipping there's nothing to indicate where it is in
the process. when its complete script will come up
that says how many files have been added. but if hte
last result was 0 and this new result is zero i can't
tell if its done unzipping or if its actually 0. so if
there could be a message that says what its doing like
you put on the backend modify delete page that would
be super.

thanks mark..


**Date:**    Tue, 14 Oct 2003 15:29:13 -0700 (PDT)
**From:**    "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**
**Subject:** Re: more
**To:**      "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>

hi mark
well, things aren't looking so bright on the search
engine end of hte database.
we searched for some speed limits in boca raton to run
some tests, and found none. nothing would show up.
when we searched for boca raton and nothing else no
speed limits in boca raton would show.
then we went under teh intersection search and
searched for photos in boca raton and we got results,
which included speed limits in boca raton.
here's a list of what i did in detail:
1. under sl search: ocean blvd in boca raton. no
results inside boca raton.
2. int search- ocean blvd. results- south ocean blvd
and sl . as well, ocean drive and speed limit. neither
of these came up under the sl search. there is
obviously a kink in the query.
3. searched int search for federal highway. got
results in boca raton for speed limits. when searching
under sl search, nothing shows up in boca raton.
4. searched nw 4th str and nw 5th ave- got 3 results,
all different intersections in different towns, but
the town is not listed in teh results like it usually
is. i don't know why this is but its very problematic
becasue this is the time when you need ot know what
town it is.


We ran many other searches as well and can't really
make sense of how this search engine is working. i
believe i've queried you about it in the past, but it
still doesn't make sense. this example makes it all
very clear. we searched for Loretto st and cordonia.
results-
1st result- norton ave and barnett st
5th result- garnett st and cardnell lane
6th result- loretto ave and blue road
why would loreetto ave, the only one that matches so
far, be in the 6th result shown? why would it be after
all these other results that aren't even close?


There are several other problems that realy need to be
resolved asap. We have possible customers checking out
the site now, and will go into actual sales oct 25th.
so obviously these problems with the search engine
need to be worked out asap.

other problems include:
1. i keep getting kicked off the front end. i seemed
to get kicked off every 10 minutes. it sends me to the
login page.


2. the search results on the front end are reallly
hard to read. would it be possible to put bullets next
to each one and have a space between each result?


3. the display settings haven't been changed yet. the
options should be:
- 2 images per page
- 1 image per page

**Date:**    Fri, 17 Oct 2003 14:07:26 -0700 (PDT)

**From:**    "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** Re: update

**To:**      "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>


```
hi mark
some weird thing is going on with the website. first
we couldn't get the billing page up. and now we can't
get onto the website at all. says "can't find
www.streetfax.com"
i'll call the server company if its not up soon.
i'll call you this eve after 8. i hope you have a
great time wiht your folks.
karin
```

**Date:**    Mon, 20 Oct 2003 15:42:45 -0700 (PDT)

**From:**    "KP Monsterus" <kpmonsterus@yahoo.com> | **Add to Address Book**

**Subject:** whats up?

**To:**      mzuckerb@fas.harvard.edu


```
hi mark
i don't seem able to reach you
are you working on the remaining small details?
i really need to get these settled.
thanks
karin
```

**Date:**

Fri, 22 Aug 2003 12:57:51 -0400 (EDT)

**From:**

"Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **This is spam** | **Add to Address Book**

**To:**

"KP Monsterus" <kpmonsterus@yahoo.com>

**Subject:**

Re: streetfax

Karin,

The whole computer network in this apartment complex was done yesterday so
I actually just got your email.  I did get to speak with Jeff though and
he informed me of the problem.  He spent a bunch of time looking through
the database for the multiple photos because we want to make sure the
duplication is actually occuring there and that what you're experiencing
isn't just a small bug in the search script that makes single images
appear multiple times and appear as if there are copies in different
cities.  I'll look into that today now that my Internet is back, and I'll
be sure to sync up with Jeff as to the final verdict of his search through
the database to pinpoint exactly where the problem is.  Thanks for the
addition info you sent us about the search also -- that will probably help
out.  I'll get back to you once I know what's going on.  If it turns out
that it's a problem with the search script and not the uploading, then you
can begin uploading files and I can fix the search script after that's
done.  I'll let you know once we have a better idea.

Mark

Karin,

I just got off the phone and I tried your number but it was busy.  If you
have any questions you can feel free to give me a call, or I'll email you
as soon as Jeff and I have a better idea of what's going on with the
problem.  Hopefully that will be within the next hour or so but I am going
to need to wait until he gets out of work and returns my phone call.  I'll
keep you posted.

Mark

**Date:** Sat, 23 Aug 2003 05:23:41 -0400 (EDT)

**From:** "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **This is spam** | **Add to Address Book**

**To:** "KP Monsterus" <kpmonsterus@yahoo.com>

**Subject:** Re: questions

Karin,

Jeff and I checked out the uploading section some more and we feel that
the results you obtained could really only be recreated by not following
the ftp directions exactly.  Once the duplicate entries were in the
database, the search script found multiple entries and returned those as
different results.

We will be cleaning out the database tomorrow and removing all duplicate
entries.  Once this is done, the searching should be back to normal and
you should be ready to resume uploading as per our directions.  If you
need any clarification on any part of the directions, please feel free to
contact either Jeff or myself.

Mark

Please see my comments below.

-Jeff
----- Original Message -----
From: "KP Monsterus" <kpmonsterus@yahoo.com>
To: <kazen@post.harvard.edu>
Sent: Monday, August 25, 2003 12:43 PM
Subject: streetfax


> hi jeff
> this is karin again.
> please mail to this address from now on concerning all
> dealings with streetfax. paul has become consumed with
> another project and i will be picking up the pieces to
> the close of this project.
>
> thanks for the info on how to properly upload. here is
> what you sent us:
>

The original info was before I set up the script, and was just so you could
get some uploading done while I was working on the script.  The format was
just so it was easy for you and easy for me to know where to put the files
and what city/state.  I sent an intermediate e-mail which didn't seem to get
all the way to you, which I copied in my last e-mail fully detailing the new
steps, which overwrite the original steps.  Sorry for any confusion.


> now, login as follows using your favorite ftp program:
>
> server: ftp.streetfax.com
> login: streetfax
> password: longfax3
> Then move to the following directory:
> httpdocs/images/upload
> Then, you can do one of two things:
> 1) You can name each zip as: state=city.zip, such as
> miami=fl.zip
> 2) You can create directories for each city, and then
> upload a zip (of any name) to that directory the
> format should be: state/city/, such as FL/miami
> Either one is fine, and this is only temporary. Once I
> get login access to the server again, I will set up an
> account that only has access to the upload directory.
>
> instruction #1 didn't make any sense because you wrote
> state= city and then used city=state as an example. so
> we went with #2 and clearly didn't really understand
> your directions.
> so by looking at pompano beach and how you've entered
> it it becomes clear how to properly upload.
> in your last email you explained that the file name of
> hte upload must be "photos.zip". this was not
> mentioned in your first email. to clarify here, every
> file that gets uploaded has the name photos.zip  I am
> still waiting for answers to my questions, which are,
> again


> 1. can i upload onto the server from several different
> locales at the same time

This shouldn't be a problem.  Let me know if you are having any issues doing
this -- the server should be set up to allow multiple ftp connections per
user, but if it isn't, I can make those changes.

> 2. on the same computer can i set several files to
> upload simulataneously

This should work as well, although depending on your ISP it may slow down or
speed up the overall transfer rate.  I would take a look at your overall
transfer rate one at a time and several, and see which works best.


> 3. why are we moving at 15 k uploading when on all
> other tests we are returning results of moving at 115
> k? this indicates that there is something slow about
> the server. what are your thoughts here?

I'm not having any problems uploading -- I often reach speeds in excess of
200kB/s.  The server is located on the west coast, so make sure the sites
you are uploading to are also based in the west coast.  It is possible that
your ISP does not have a very good connection to the west coast.  Also, was
that 115kB/s download or upload speed?  Some ISP's severely limit your
upload speeds to give better download bandwidth.


Once again, if you want to burn the photos on CD's and send them to me, I
can upload from my computer.  Let me know if you'd like to do this.


> 4. when i'm uploading another file to pompano beach,
> do i open up pompano beach's folder and put photos.zip
> inside the folder? i suppose this is a very basic
> question that will clarify for me where to put the
> file photos.zip  common sense would dictate to me to
> open the folder of the town and place photos.zip
> inside of it.
>

Once you have uploaded the file and ran the script to move it into the
database, you can safely delete photos.zip in that directory, or overwrite
it with a new photos.zip that has new files.  I have automatic deletion of
photos.zip off right now to ensure that an error doesn't erase the hours of
uploading that you have done.


> in regards to deleting all photos, i'd like to do that
> asap. if everything but pompano beach and hialeah
> could be deleted that would be wonderful. if the only
> way to do it would be to delete everything at once
> that's ok as well. i'll just reupload those files.
>

Pompano beach and hialeah are on the server in zip form still.  I have
cleared the database and installed these two cities.

Hialeah only had 117 photos in it, while pompano beach had 1496 photos.
I

see that Fort Lauderdale is still uploading.

> i still haven't heard a word from mark about whether
> or not i can upload. he informed me that you'd both be
> working on saturday to remove the double photos.
> but still no word.

I believe the double photos were a problem on the search end, because a
quick check of the database revealed no duplicate entries.  It is my
understanding that Mark took care of this problem, but I will double
check
with him.

> i understand that you have a job and the semester is
> gong to be starting soon for mark. i'd really like to
> rap this up asap. i am expecting you to be checking
> your email every day or phoning me so we can move thru
> this process swiftly. is this realistic on your end?

This should be realistic now.  I have settled into work, purchased my
new
car, and have gotten time to do stuff after work.  If you have anything
urgent, you can call me on my cell phone at (631)786-8177.  I will try
to
get back to you ASAP.

I won't be able to check my e-mail daily until around 8pm when I get
home,
because the systems at work block me from checking outside e-mail.


> thanks
> karin
> if you need to reach me by phone try
> 585 593 7869 or
> 585 593 1831
>


Date:

Wed, 27 Aug 2003 07:29:34 -0400

From:

kazen@optonline.net | **This is spam** | **Add to Address Book**

Subject:

Re: streetfax

To:

"KP Monsterus" <kpmonsterus@yahoo.com>


I haven't had the chance to go over your e-mail below -- I will do that
when I get home from work tonight.  As for the Fort Lauderdale issue,
the file on the server right now is not a valid zip file, so you will

have to upload again.  You can either upload the whole thing as one zip,
or, as I said on the phone:

1) upload photos.zip
2) upload photos2.zip, photos3.zip, etc.
3) Run the upload_ftp.php webpage for photos.zip
4) rename photos.zip to photos1.zip
5) rename photos2.zip to photos.zip
6) run upload_ftp.php, and repeat for all other files.

How you do it is up to you.

-Jeff

----- Original Message -----
From: KP Monsterus <kpmonsterus@yahoo.com>
Date: Tuesday, August 26, 2003 10:51 am
Subject: Re: streetfax

> well i'm overjoyed to get this kind of response jeff.
> i'm confident that we'll hammer everything out in the
> next week.
>
> a concern that i have about uploading is that when a
> photo is uploaded that has the same file name as
> another photo that already exists on the database, i
> noticed that the database will replace it, and call it
> updated. this is a big problem. our previous database
> would reject the photo and say it already existed, and
> hte only way it could be entered is by changing the
> file name, or deleting hte old photo on the database
> and uploading the new one. so this feature of
> "updating" the photo is useful for that purpose, but
> it eliminates our only safeguard of ensuring that
> errors on the photographers or labelers end are
> detected. oftentimes two different photos will receive
> the same file name, due to error. so i need some way
> of detecting that.
> the ideal scenario would be for the duplicates to be
> placed into a seperate folder on the database where
> the back end team could go thru them and rename them
> if need be, then reupload them?
>
>
> here are my responses:
>
> > I'm not having any problems uploading -- I often
> > reach speeds in excess of
> > 200kB/s.  The server is located on the west coast,
> > so make sure the sites
> > you are uploading to are also based in the west
> > coast.  It is possible that
> > your ISP does not have a very good connection to the
> > west coast. Also, was
> > that 115kB/s download or upload speed?  Some ISP's
> > severely limit your

```
> > upload speeds to give better download bandwidth.
>
> i think that we should speak on the phone regarding
> the above manner. i'm not sure exactly what youre
> saying. when you say "make sure hte sites you are
> uploading to"- are you refering to our test sites? how
> would i know if my isp doesn't have a very good
> connectino to the west coast?
> the 115 kb/s was upload speed. and hte strange this is
> we tried this on 3 different computers in the area,
> all that use adelphia cable.
>
> >
> > Once again, if you want to burn the photos on CD's
> > and send them to me, I
> > can upload from my computer.  Let me know if you'd
> > like to do this.
> >
> to be honest i would love to hand over hte uploading
> to you but i have to go thru each file and combine all
> the files, remove the m's, track photo counts, and
> then zip the file, so it makes the most sense to then
> just upload it from the computer its on.
>
> > > 4. when i'm uploading another file to pompano
> > beach,
> > > do i open up pompano beach's folder and put
> > photos.zip
> > > inside the folder? i suppose this is a very basic
> > > question that will clarify for me where to put the
> > > file photos.zip  common sense would dictate to me
> > to
> > > open the folder of the town and place photos.zip
> > > inside of it.
> > >
> >
> > Once you have uploaded the file and ran the script
> > to move it into the
> > database, you can safely delete photos.zip in that
> > directory, or overwrite
> > it with a new photos.zip that has new files.  I have
> > automatic deletion of
> > photos.zip off right now to ensure that an error
> > doesn't erase the hours of
> > uploading that you have done.
>
> what about when i have 2 seperate files of the same
> town to upload? i currently have 2 files that are
> around 420 mb each. i could just combine them i
> suppose. is there a limit on how many mb i can upload?
>
> i obviously can not upload multiple photos.zip to ft
> lauderdale at a time. yesterday i uploaded 3
> photos.zip to ft. lauderdale, and it didn't ask me to
> replace the file. today i see only 278 mb file in
> there. the three files were way over that size. where
> do i find the number of photos or the file size of
```

```
> htat town?
>
> thanks jeff
> karin
```

<div align="right">Date:</div>

Wed, 27 Aug 2003 19:03:04 -0400 (EDT)

<div align="right">From:</div>

"Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **This is spam** | **Add to Address Book**

<div align="right">To:</div>

"KP Monsterus" <kpmonsterus@yahoo.com>

<div align="right">Subject:</div>

Re: questions


Karin,

Were we supposed to speak at 6:30 this evening?  I tried giving you a call
on the number you've used to call me and no one answered.  Then I called
back and someone answered and said you were up the hill and gave me a
number which I tried which was also not answered.  I am going out tonight
at 8:30 so please give me a call before then if you get this message.  I
am going away with my family early Friday morning and I am going to need
to spend most of tomorrow cleaning the apartment I stayed in for the
summer here in Boston, so it would really be best if we spoke this
evening.  I won't be able to communicate with you while I am away with my
family, but I should be able to do work, so as long as we speak about what
needs to be done before I go away, those days will not be completely
lost.

Mark


<div align="right">Date:</div>

Thu, 28 Aug 2003 20:46:18 -0400

<div align="right">From:</div>

"Jeff Kazen" <kazen@optonline.net> | **This is spam** | **Add to Address Book**

<div align="right">Subject:</div>

Re: failed

<div align="right">To:</div>

"KP Monsterus" <kpmonsterus@yahoo.com>

----- Original Message -----
From: "KP Monsterus" <kpmonsterus@yahoo.com>
To: <kazen@optonline.net>
Sent: Thursday, August 28, 2003 11:54 AM
Subject: failed


> jeff.
> i still have not received a reply to my email that you
> said you would reply to. I will not be moving at the
> snail's pace that this team has moved at all along
> this project. You sometimes take days to reply to an
> email. This is absolutely unacceptable.
>

I have not taken more than one day to reply to an e-mail.  There are
some
days when I get home from work VERY late, and do not have the time nor
the
energy to respond to e-mails.  I can only handle limited bug fixing
during
the week, because I simply do not have the time to work on the site.  I
really only have my weekends available to do work on StreetFax.

What is absolutely unacceptable is that this project was supposed to be
completed by June, and here, at the end of August, we still have not
gotten
a good portion of the information necessary to complete the site.  The
more
time that passes will mean the less time I have available to work on
the
site, as I get more involved in my day job.  We have also now entered
into
where Mark will be returning to school.

> I need more clarifiication on why my file failed to
> upload. It was named photos.zip, and there was only
> one file that I uploaded. I selected to overwrite the
> previous photos.zip that was under fort lauderdale.
> the same thing happened to another person on the
> backend team. her file failed. she did the same thing
> i did. after her file failed, she went in and then
> deleted the photos.zip that was already there, under
> pompano beach, and then uploaded her photos.zip, and
> then it was successful. so she suggested that the
> photos.zip needs to be deleted altoghether and not
> just overwritten.

I have had no trouble overwriting files with the three FTP clients I
have
tested.  If you are having troubles with yours, then I suggest deleting
the
existing file from the server before uploading a new file of the same

name.

> we absolutely need to resolve this issue asap.
> i have no time to wait for you responses. you agreed
> to be in communication every day, and already you have
> missed a day. each day that goes by i have employees
> out of work, waiting for an uploading system that
> works and is reliable.
>

I said I would do my best to be in contact each day, but there are some days
where I will just be unable to contact you.

> i will not be home this eve to talk on the phone but
> will check my email. i will try to call you during the
> day today.
> i hope this is resolved quickly
> karin
>

Once again, I am absolutely sure that there are no problems server-side for
the uploading process.  The problem is on your end, and the only thing I can
do to help is to offer to upload the files myself, since I have no problem
uploading them.  If you had overnighted me the CD's of photos we could have
been done with the uploading a week ago.  I'll destroy the CD's of the
photos after I upload them if you're worried about that, or just hire
someone in the area who has a good connection to the internet to upload the
photos.

There is no reason this should be taking so long.

-Jeff

**Date:**

Thu, 28 Aug 2003 20:53:48 -0400

**From:**

"Jeff Kazen" <kazen@optonline.net> | **This is spam** | **Add to Address Book**

**Subject:**

Re: message from karin

**To:**

"paul ceglia" <paulceglia@msn.com>, kazen@post.harvard.edu, mzuckerb@fas.harvard.edu

**CC:**

"KP Monsterus" <kpmonsterus@yahoo.com>

I've replied to the ones I can answer.
Also, what's the status on the license for the e-mails?  It seems our
control panel trial license has expired, which is making updates that
use
the database take much longer, as I have to do them by hand now,
instead of
using automated tools.

>
> 2. Rejecting already uploaded photos.
> a concern that i have about uploading is that when a
> photo is uploaded that has the same file name as
> another photo that already exists on the database, i
> noticed that the database will replace it, and call it
> updated. this is a big problem. our previous database
> would reject the photo and say it already existed, and
> hte only way it could be entered is by changing the
> file name, or deleting hte old photo on the database
> and uploading the new one. so this feature of
> "updating" the photo is useful for that purpose, but
> it eliminates our only safeguard of ensuring that
> errors on the photographers or labelers end are
> detected. oftentimes two different photos will receive
> the same file name, due to error. so i need some way
> of detecting that.
> the ideal scenario would be for the duplicates to be
> placed into a seperate folder on the database where
> the back end team could go thru them and rename them
> if need be, then reupload them?
>

I will add this feature early sometime this weekend, when I have a
chance to
make the necessary changes.

> 3. When one is on the back end, on "search database for photos", and
selects
> a result to open, we are kicked back to the home page. This needs to
be
> changed.

I will look into this as well.

>
> 4. BACK END MODIFICATIONS
> As I understand it, there was no detailed description in the spec
clarifying
> how the back end cleanup tools would behave, which infers that the
customers
> would determine how it has to work, and that the final product needs
to
> actually be able to perform the function of doing cleanup. I'd be
more
than
> happy to be educated on how I could possibly perform cleanup and
> varification of photos and intersections when there is no scrolling

bar of
> intersections.
>
> The ideal setup for the modify/delete photos link would be that both
> searches on the page would bring you to the full intersection and
give you
> the option of modifying or deleting a photo.
> my thoughts about "edit image photobase" link are that
> the scrolling menu would be a great tool if there were
> no directions and only the 2nd and 3rd fields listed,
> as we had spoken about. And they were done so in alphabetical order.
so
10th
> street would be listed with every street that
> intersects it. this is a great tool in scrolling thru
> to find spelling errors or intersections that have
> only one photo in it.
>
> So the scrolling menu needs to have the number of photos listed
> next to each street intersection. when you selected that
> intersection all the photos would show up in the results and next to
> each photo there would be an option to modify or
> delete it. It would appear as is demonstrated below:
> main=n miami blvd 5
> main=tutor str 4
> main=ugly blvd 1
> monroe blvd=elm str 3
> monroe blvd=evergreen way 4
> and so on
>
> As well, another important function is to be able to view all the
photos,
or
> at least four at a time, on one page when one is cleaning up the back
end.
> Oftentimes we are going through making sure that all the photos match
up.
We
> need to look at one photo and compare it to the next. The best setup
would
> be a tic tac toe setup.
>
> The manage photos link should list all the photos as
> it does, each direction, but have all the ones
> belonging to an intersection lumped together. It should behave also
with
the
> capability to modify/delete. in essence i'd like the manage photos
link to
> be the same as the "search the database for photos" link
> with the additional feature of being able to modify/delete.
>
> One more important modification is that on the scrolling bar, when
one
> selects a city and then scrolls thru the lists of photos, if I choose
> another city and need to review that citie's photos, whatever city is
on

the
> top of the list remains as the highlighted city. This is very confusing
when
> a back end teammember has 5 windows open and is trying to go between
towns
> to compare intersections or photos. The town needs to be highlighted
that
is
> actually present. It's easy to loose track of what town is actually
listed
> there.
>

I will work on all these back-end modifications this weekend.  I should
be
able to complete most, if not all of these, by the end of the long
weekend.

>
> _____
>
> 5. Informational question
> when i'm cleaning up the back end, can i upload photos
> that are labeled as such
> m=sw 34th str=sw 4th ave=dce
> the dce part is what i'm referring to. those are
> internal abbreviations for problem photos. paul wasn't
> sure what the program would do with random letters it
> didn't identify in the the 4th field.
>

The program will allow any input for the fourth (or any) field -- it
just
will not be able to format it into a sentence structure when you are
viewing
it in the search engine.

Date:

Fri, 29 Aug 2003 05:21:15 -0400 (EDT)

From:

"Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **This is spam** | **Add to Address Book**

To:

"KP Monsterus" <kpmonsterus@yahoo.com>

Subject:

Re: reminder

Karin,

The new backend search script is in place and it implements the two

things
we discussed yesterday, namely the intersection search and the fix for
the
ug that was preventing items from showing up in alphabetical order.
I'm
catching a flight in an hour, but shoot me an email to let me know if
you
have any questions of comments about the functionality of the script I
have written.

Mark

On Thu, 28 Aug 2003, KP Monsterus wrote:

> hello mark
> i am emailing to remind you of what we discussed on
> the phone.
>
> when we enter multiple files onto the server for hte
> same town, the results in the modify/delete page don't
> integrate and run one ontop of the other.
> it goes tthru all the a's to all the w's of one upload
> and then as you scroll thru goes again to the a's all
> hte way to the w's of the second upload.
> they obviously need to integrate.
>
> again, we agreed on the phone that by tom'w, friday,
> at noon, the intersection search will be complete and
> online.
>
> karin
>
> _____
> Do you Yahoo!?
> Yahoo! SiteBuilder - Free, easy-to-use web site design software
> http://sitebuilder.yahoo.com


**Date:**

Mon, 01 Sep 2003 23:26:48 -0400

**From:**

"Jeff Kazen" <kazen@optonline.net> | **This is spam** | **Add to Address Book**

**Subject:**

Re: streetfax

**To:**

"KP Monsterus" <kpmonsterus@yahoo.com>


I have thoroughly tested uploading, and I have had no problems
completing
the uploads.  Just for background info, what zipping utility are you
using,
and what settings are you using?  What program/version of FTP client

have
you tried using?  I'm convinced that the reason behind the uploading not
working is that the zip files are bad either from the start (because of an
old version of winzip or some abnormal setting) or during the upload, due to
bad connections or an FTP client that is out of date.

I was having troubles with updating some of the other items on the list --
when I speak to Mark tomorrow I should be able to complete everything -- I
hope to get some time tomorrow night to get those items updated and working
as well.

-Jeff


**Date:**

Tue, 2 Sep 2003 12:11:16 -0400 (EDT)

**From:**

"Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **This is spam** | **Add to Address Book**

**To:**

"KP Monsterus" <kpmonsterus@yahoo.com>

**Subject:**

Re: feedback


Karin,

So it turns out I didn't have Internet while I was away -- half the time
we didn't even have power.  But I got back late last night and had a
chance to look at everything you sent, and I'll work on fixing some of the
things you've mentioned throughout the day.  Here are my responses to your
comments...

1.  The information on the backend is not supposed to be the same as the
information on the frontend.  If you type in an intersection on the
frontend, you will either get an exact match if there is one, or a list of
the ten intersections which look most like what you entered.  When you
type an intersection into the backend, you get a list of all photographs
that contain both the first street and the second street you entered
somewhere in either the 2nd, 3rd, or 4th parameters.  There is another
page in the backend to do searches like those in the frontend, and it
seemed like this was the type of search you wanted if you want, for

example, to bring up all photographs matching specific streets.  If you
want the search the other way, I can do that, but this really seems
like
the best way to implement this script.

2.  That's easy -- I just entered the wrong thing.

3.  I haven't put that part of the sentence generator into use yet
(although I have written the code).  Could you please send me the list
anyway so I can make sure I'm covering everything?  I'd like to get
this
stuff with the backend sorted out before implementing new things that
we're also going to have to tweak.

4.  I think the image count only takes into account images  that match
the
photo in the 2nd and 3rd parameters, not the 4th.  I can alter the
search
if you want so that it doesn't look in th 4th parameter when it's
searching.  That will solve this problem and and some of the issues you
are having with #1.

5.  Paul did explain that to me, but if I have something wrong, just
send
me the text you want there instead and I'll fix it.

6.  I realized that after I made it but didn't have a chance to fix it
before leaving.  I'll take care of that.

7.  I'll ask Jeff and pass his responses along to you.

8.  I'll add that.

9.  This is the same issue as #1.

10. Could you elaborate on what you're saying here.  I'm not sure I
understand it.

11. I think this is the same thing as #6, but I'll look into it.

Mark

On Mon, 1 Sep 2003, KP Monsterus wrote:

> hello mark
>
> i have tried to do some cleanup on the backend despite
> the fact that the images don't appear as they should.
> Here are the concerns I need addressed:
>
> 1. there seems to be a discrepancy between the info on
> the back end and the info on the front end. when i
> looked up a speed limit on the front end that appeared
> on the back end i rec'd no results.
> ne 32nd street, (sl 25)
> ne 33rd street, (sl 15)
> this needs to obviously be remedied.

>
> as well, i searched the database on the front end for
> manor lane=sw 78th ter
> manor lane=sw 66th ave
> sw 51st str=sw 67th ave
> and they were listed in s miami, and didn't appear on
> teh front end database search.
>
> 2. the speed limit search says "street sign search"
> when it queries. it should obviously say speed limit
> search.
>
> 3. The fourth field info is still not getting spelled
> out. the speed limits are listed as "sl", not "speed
> limit".  the same goes for all the acronyms. the 4th
> field should behave like the 2nd and 3rd field in this
> application.
>
> 4. the # of images that is listed in the scrolling
> intersection bar (on the modify/delete page) is most
> often not correct. when i select an intersection the
> correct number of images is listed at the top of the
> results. we certainly need the number in the scroll to
> be correct.
> eg. s miami  sw 67th ave= us 1 (1)
> there are actually 11 images that appear.
>
> 5. I don't know if paul has ever explained this but
> there is a certain phrase that should show up with
> certain intersections. if you have not rec'd a list of
> these please let me know and i will get it to you
> asap. for example, speed limits should read- "facing
> east on elm street and 15 mph speed limit, 200 feet
> before sw 3rd street."
>
> 6. when i am cleaning up on the modify/delete page and
> i have searched under the scrolling intersection, and
> have changed a photo, or have gone back and forth
> looking thru different photos on the spreedsheet, the
> intersection scroll will no longer display on the page
> when i select a result. throughout the entire process
> that should always refresh and appear on that page.
> whenever there is a select a city there should also be
> the intersection scroll. as i said in the friday
> email, i would like for those boxes to all be laid out
> horizontally. and the town that is being searched
> should just default to the last town that was
> selected, or none if none was selected.
>
> 7. i haven't heard any response to my concerns about
> the rejection of photographs that are already
> uploaded. we're moving into uploading a hefty amount
> of data and i need to know what is happening to
> duplicate photos? if they are just being replaced then
> i am loosing photos. i need to know ASAP what steps
> you are going to take to remedy this problem.
>

> 8. The intersection scroll needs to behave as follows:
> each street listed needs to list all the streets that
> intersect it. this will create duplicates in the list,
> but is the only way we can really check for spelling
> errors. so you need to be sorting by field 2 and 3. so
> here is an example...
> 1st str, adam str
> 1st str, main...
> main and 1st str
> main and 4th str
> main and 10th ave...
>
> in this example main and 1st str appear 2 times. that
> is what will happen throughout the list.
>
> 9. there is a another strange thing happening in the
> intersction scroll. in s miami,
> blockbuster=us 1 contains 9 results
> us 1=blockbuster e= 2 results
> us 1=blockbuster w= 2 results
> Now the interesting thing is that the 2 results from
> Blockbuster e and w are the same photos that are in
> the 9 results.
> the same thing happens with
> us 1=hgwy 878 offramp  and
> sw 68th ct=sw 72nd str
>
> 10. in the intersection scroll the numbers don't
> always appear in the correct order.
>
> 11. i was cleaning under oakland park and was at it
> for about 20 minutes, and then i had to reselect
> oakland park as the city to get the intersection
> scroll back up and a new set of photos showed up. i
> did some investigation and it turned out to be s
> miami. i couldn't recreate the results, but i've very
> very sure that the heading on the intersction scroll
> read oakland park. we absolutely can not have photos
> adrift like this. there is a small possibility that i
> was actually looking at s miami, but i'd like you to
> look into it.
>
> please respond to these questions asap. you can call
> me this eve if you're back in the states at 585 593
> 7869.
> karin


Date:

Wed, 03 Sep 2003 21:35:52 -0400

From:

"Jeff Kazen" <kazen@optonline.net> | **This is spam** | **Add to Address Book**

Subject:

Re: communication

**To:**

"KP Monsterus" <kpmonsterus@yahoo.com>


I have gone through all the directories, and here are the results:
Coral Gables: photos.zip - OK
Fort Lauderdale: photos.zip - Invalid Zip File
                            remainder of ft lauderdale photos1.zip - OK
Hialeah: photos.zip - OK
Hollywood: photos.zip - Currently being uploaded
Lauderdale Lakes: photos.zip - OK
Lauderhill: photos.zip - OK
Miami: photos.zip - OK
Miami Springs: photos.zip - OK
North Lauderdale: photos.zip - OK
North Miami Beach: photos.zip - Currently being uploaded
Oakland Park: photos.zip - OK
Pompano Beach: photos.zip - Invalid Zip File
South Miami: photos.zip - OK
Virginia Gardens: photos.zip - OK
West Miami: photos.zip - OK


A quick look at the photobase shows that all of these files have been
successfully added to the database where I have indicated that the zip
file
is OK.

Please see my remaining comments below.

-Jeff

> well the uploading went fairly smoothly over the last
> week. we've avoided sending files over 300 mb.
> and ever since tuesday eve we've had great difficulty
> uploading. and i'm confident thta we've been using the
> same practice last week as today and last night.
>
> i spoke to mark and he is going to try to arrange a
> phone conversation for us both this eve.
>
> i'm glad to hear that you had no problems uploading.
> i'd be glad to find out it was bad zip files.
>

This seems to be the problem.

> as well, the pompano beach issue has still not been
> resolved. we can't upload the file that is under
> pompano beach. we've tried deleting pompano+beach+,
> and have had no success. could you please manually
> upload it or do whatever magic is required to upload
> it?

I'm not seeing any pompano+beach+ directory on the server.

> i'm in hte same boat with my files in fort lauderdale.

> here is what happened today. i set a file to upload
> last night, and when i visited the computer in the am
> there was no signal that it had stopped uploading.
> we're using ftp pro. the evaluation version. i checked
> the history tab and there was no record of the upload.
> but i went onto the server and saw that about 90% of
> it had been uploaded, but not all of it. then i went
> onto the backend to unzip it and tried several times
> adn rec'd 0 each time.
>

If the file is not completely uploaded (and error-free) then the unzip
operation will fail, and you will get 0 files added to the database.  I
strongly suggest using a different FTP client that supports the
resumption
of disconnected uploads.  CuteFTP is a good option.  I also reccomend
registering whatever FTP client you choose -- the trial versions are
often
limited in some way.

> then during the day tonja and i both tried several
> times to make it happen. i would upload a file to fort
> lauderdale and 2% into the upload the status on the
> transfer manager would turn from 2% to failed. and
> that happened more than twice today for me, and
> several times for tonja.
>

This is a problem with either your connection to the internet (and
therefore
the server) or with your FTP client.  I would suggest trying to upload
from
some other location, not on the same ISP to see if you still have the
same
problems.  Also, I would reccomend a different FTP client.  There is no
problem server-side.  I just completed a 600MB upload in an hour and 35
minutes, with no problems.

> the odd thing about ftp pro is that when a file fails
> or doesn't load for some reason there is no account of
> it in the file history. i don't understand that.
>

Nor do I, but this is not a server problem.

> i will try to download another ftp client. perhaps
> that is the problem.
>

Let's hope it is that simple.

>  Just for background info, what zipping
> > utility are you using,
> >
> WINZIP32.EXE
> >and what settings are you using?
> i'm not sure what you mean by settings.

>

When you zip the file, you have several options, such as the level of
compression, etc.  What settings are you using?  And what version of
winzip32 are you using (Help->about in the menu on the program).  I'm
just
wondering -- if I can get the same versions as you, perhaps I can
recreate
the errors, and work on debugging them.

>  What
> > program/version of FTP client have
> > you tried using?
> we've only tried ftp pro, adn internet explorer from
> kinkos (b/c they had no client). i will try another
> client right now.
>

Internet Explorer is only going to cause more headaches -- while it is
acceptable to download, I have never had success uploading FTP files
with
IE.  Please let me know how the new FTP client proceeds.

> hey, as well, i uploaded from kinkos on a T1 line and
> was only moving at 50kbps. there was no one else using
> the lines. i tested the upload speed there several
> times online and rec'd results of 488kbps. this
> doesn't help to explain why our connection is so slow.
> i spoke with an IT friend about our slow upspeeds and
> he said that he was aware of a setting on the server
> that can limit the speed of uploading, which he
> thought was a possibility because we've uploaded many
> times below 15k but never above 15k.
>

I know of no such settings limiting the bandwidth of the ftp transfers,
up
to the maximum available to the server.  I can't modify the settings of
the
server anymore, however, because the trial version of the server's
control
panel has expired, and I am still (it's been over a month now) waiting
to
hear from Paul about the license for the control panel.

I was just uploading, about a half hour ago, at 100kB/s, and I noticed
that
you were uploading at the same time.  This speed is faster than most
connections I get here at home, so it just seems that your area does
not
have a very good connection to west coast servers (where the server is
located).

Also, please be careful of your units terminology.  kbps is kilobits
per
second, which is what modem speeds are usually rated at.  kB/s is
kiloBYTES

per second, which is the speed that internet explorer and most modern FTP
clients report in.  8kbps = 1kB/s.  For example, to upload a 1MB file would
take 10 seconds at 100kB/s, but 80 seconds at 100kbps.

I'm going to assume that you are talking in kB/s, as 50kbps is slower than
modern dialup speeds, and if that's the speed you were uploading at Kinko's,
then there's some serious problem.

To test your speed to the servepath network, please go to:

http://www.servepath.com/why/TraceRoute.htm

And see what your ping (last number under ms on the chart) and packet loss
is to their site.  These should ideally be under 100 ms, but even under 200
ms shouldn't be too bad.

Also, try downloading the 1MB file, and see how long it takes to download.
Please get back to me on the ping, the packet loss, the number of hops (from
the top of the table), and the time it took to download the 1MB file.

-Jeff


**Date:**

Mon, 15 Sep 2003 04:51:45 -0400 (EDT)

**From:**

"Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **This is spam** | **Add to Address Book**

**To:**

"KP Monsterus" <kpmonsterus@yahoo.com>

**Subject:**

Re: emails


Karin,

Sorry for not having gotten back to you sooner.  The Internet has been
down here.  I think Harvard is trying some new network settings or
something, but I'm not completely sure.  Anyhow, I spoke with Jeff and we
configured everything that needs to be done to set up emails.  So now we
just need you to give us a list of the addresses you want set up and
default passwords for those accounts.  Also, did you want there to be some
sort of email groups?  Like should backend email addresses follow a

certain pattern?  These are just things to consider.  Let me know and I'll
have your emails up and working by tomorrow.

Mark


|  | **Date:** |
|---|---|
| Wed, 17 Sep 2003 13:38:18 -0400 (EDT) | |
|  | **From:** |
| "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu> | **This is spam** \| **Add to Address Book** |
|  | **To:** |
| kpmonsterus@yahoo.com | |
|  | **Subject:** |
| Re: here are the emails (fwd) | |


Karin,

I just got your message and I realized I forgot to forward you this
message when Jeff sent it to me yesterday.  We configured the emails, and
they all have the passwords you requested except for info@ and help@ since
the email software would not let us have a password with the address in it
for security reasons.  We changed those passwords to "dafacts" and
"dasupport" respectively.

To access the email accounts, configure your email client so that it gets
incoming mail from the pop3 server: pop3.streetfax.com and that its smtp
server is smtp.streetfax.com.  You should also check the checkbox that
says smtp requires authentication.  That should be it.

Tell me if you have further problems with the email.

Mark

---------- Forwarded message ----------
Date: Tue, 16 Sep 2003 20:08:00 -0400
From: Jeff Kazen <kazen@optonline.net>
Reply-To: Jeff Kazen <kazen@post.harvard.edu>
To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
Subject: Re: here are the emails (fwd)

I added the e-mails.  I'll figure out the configurations and e-mail you back
in a minute.

Also, it would not let me include the mailbox name in the password, so I had

to change:

info@    dafacts
help@    dasupport

----- Original Message -----
From: "Mark Elliot Zuckerberg" <mzuckerb@fas.harvard.edu>
To: <kazen@post.harvard.edu>
Sent: Monday, September 15, 2003 8:41 PM
Subject: here are the emails (fwd)


>
>
> ---------- Forwarded message ----------
> Date: Mon, 15 Sep 2003 14:47:22 -0700 (PDT)
> From: KP Monsterus <kpmonsterus@yahoo.com>
> To: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
> Subject: here are the emails
>
> hi mark
> here's the initial list of emails and their passwords.
>
> alex@streetfax.com    dontremember
> teddy@         workitpeople
> PDCeglia@      ongaganga
> John@          tupallo
> JTJefferson@ tupallo
> KPetersen@     hopeechee
> TFaulkner@     icecreamclown
> sales@         damoney
> info@ -        dainfo
> help@ -        dahelp
>
> it'd be great if info@ and help@ would get forwarded
> to those emails as well as to TFaulkner@, KPetersen@,
> JTJefferson@   As well please give the instructions
> for how to change these email groups and individual
> emails and passwords.
> as well lets have another group called
> photographers@streetfax.com that alex@ and teddy@
> belong to.
>
> thanks
> karin
>
> --- Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu>
> wrote:
> > Karin,
> >
> > Sorry for not having gotten back to you sooner.  The
> > Internet has been
> > down here.  I think Harvard is trying some new
> > network settings or
> > something, but I'm not completely sure.  Anyhow, I
> > spoke with Jeff and we
> > configured everything that needs to be done to set

```
> > up emails.  So now we
> > just need you to give us a list of the addresses you
> > want set up and
> > default passwords for those accounts.  Also, did you
> > want there to be some
> > sort of email groups?  Like should backend email
> > addresses follow a
> > certain pattern?  These are just things to consider.
> >  Let me know and I'll
> > have your emails up and working by tomorrow.
> >
> > Mark
> >
>
```

Sorry I did not get to respond to this yesterday, but I did not get a chance to check my e-mail. I'm not quite sure what the problem is, and I'm going to just assume that you haven't tried to upload in a while. If you have been trying to upload, and you've been having problems, it's because you didn't follow the directions I sent earlier. In case you never got them/lost them, here they are from my previous e-mail: --- Steps for uploading files via ftp: 1. Login to ftp server (same username and password as before) 2. go to images/upload directory. 3. make a new directory for the state (if needed, must be all caps). 4. make a new directory for the city within that directory, in all lowercase, and substituting '+' for all spaces (for example, the directory for Miami Beach, FL, would be: /images/upload/FL/ miami+beach) 5. upload photos.zip to the new directory (filename MUST be photos.zip) 6. login (with admin access) to www.streetfax.com/photographers/upload_ftp.php (I'll add a link to the admin toolbar when I get a chance) 7. input the city and state (no need to worry about case or the space replacement, it will do it automatically). 8. hit OK on the dialog box that comes up (the correct directory will be shown again, to make sure you put the stuff in the right place) 9. wait for a bit for the files to unzip and be copied into the database (should take no more than 2-3 minutes for about 1500 photos) 10. you'll get a status message telling you how many photos were added. If it says 0, try one more time. Note that one minute should pass between step 5 and 8, because a script on the server to prepare the zip file runs every minute. --- I took care of pompano beach for you, but that was the only zip there. As for deleting all photos and starting from scratch, just let Mark and me know when you would like to do that -- one of us will take care of it now, but it involves clearing the database and deleting a bunch of files, so one of us should handle it now. We can leave instructions for you once we go live, but it should be done manually through telnet, as the risk would be too high to put it in a script on the web. I'll do my best to resolve any outstanding issues this weekend. -Jeff ----- Original Message ----- From: "paul ceglia" <paulceglia@msn.com </cgi-bin/compose? curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulcegl ia@msn.com&msg=MSG1061601094.25&start=1650905&len=5164&src=&type=x>> To: <kazen@post.harvard.edu </cgi-bin/compose? curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@ post.harvard.edu&msg=MSG1061601094.25&start=1650905&len=5164&src=&type=x> >; <mzuckerb@fas.harvard.edu </cgi-bin/compose? curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=mzucker b@fas.harvard.edu&msg=MSG1061601094.25&start=1650905&len=5164&src=&type=x >> Sent: Thursday, August 21, 2003 10:46 AM Subject: another day > Tomorrow is uploading day and I am either going to have to tell the three > people I have hired they cant work again this week or you all need to work > some miricles today. please let us resolve this issue. karin and i had some > serious problems with pictures integrating not onlyh that didnt match in > name but from different towns, I want a full explanation as to how this > could possibly occur and what steps you have taken to make sure it doesnt > happen again. As I said in a recent email I can not wait any longer to have > this site together, I have to get venture capital Now. I have to have this > site finished and working before Ican do so. I am under extreme pressure. > extreme. Perhaps my way of communicating that pressure is coming from > these corrections that still have not been resolved. To date i have

only 5 > of the twenty two original issues crossed off. please do what needs to be > done this week to complete what needs to be done. My nerves can not take > much more. Paul


I've got ssh access again, so I can work on the script at least (but I still can't set up the FTP account). I will get the script finished tomorrow for setting up the database after you upload the files, but until I do that, I'm going to have to manually run the script to put the files into the database. I put the files from hialeah into the database. I noticed that all the files in the zip were in a directory (fl=hialeah). In the future, please make sure they are in the root directory of that zip, or the automatic script won't work. For now you can keep uploading the files, as it will probably take a while. If you don't have the time to upload the files at the speed you have, it's always an option to mail me CD's of the photos, as I can connect between 100 and 400kB/s to the server. -Jeff ----- Original Message ----- From: "paul ceglia" <paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulceglia@msn.com&msg=MSG1061345684.48&start=1597613&len=3097&src=&type=x>> To: <kazen@post.harvard.edu </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@post.harvard.edu&msg=MSG1061345684.48&start=1597613&len=3097&src=&type=x> >; <mzuckerb@fas.harvard.edu </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=mzuckerb@fas.harvard.edu&msg=MSG1061345684.48&start=1597613&len=3097&src=&type=x >> Sent: Tuesday, August 19, 2003 10:00 PM Subject: uploading > Another attempt today at uploading a 61mb file and apparently no results. I > am optomistic that it might just be taking awhile on the server end to > unzip. I followed jeffs ftp instructs as best I could. it took an hour to > upload at 15k(what the hell can I do about this slow shit) cable. I noticed > afterward that jeffs instructs stated state=city.zip but his example was > reversed. i followed the first. it has been six hours now and still no pics > in hialeah fl.


```
mon aug 18th
Paul,

I have put the links on the photocount page, and Jeff has set up an ftp
server which should be able to handle uploads of more than 64mb.  He
will
be sending out directions on how to use that sometime tomorrow.

I sat down to write the intersection search for the backend that you
requested,
but then I realized that I had no idea what you wanted since it wasn't
covered in the spec at all and you haven't really described it as
anything
more than an intersection search.  What is it an intersection search
for?

Although I received no help so the process took longer than it needed
to,
I did get a chance to look at your Mike and Carol complaint.  It seems
that two things are going on.  First, you said that it appeared in every
single search you performed.  I looked in your log of searches and ran
```

```
all
of them and it only appeared in about one in five searches.  This either
means that you were using "every time" to refer to "most of the time" or
that we're getting different results on different computers.  Since I
clearly cannot test the site on different computers, could you please
give me a hint as to which of those two it is?  In the event that it is
the first, then it is actually not an error that it is showing up.  The
search algorithm aims to find the intersections which are closest to the
search text.  We judge "closeness" by seeing how many characters need to
be deleted and added from one street name to get the other.  Since
"Mike"
and "Carol" are very short street names, even though the intersection
you
enter might be completely different, you have to delete very few
characters in either "Mike" or "Carol" to get to the empty string "" and
from there you can add the name of the street you're searching for in
the
number of characters equal to the length of the name.  Thus, Mike and
Carol will frequently appear above other intersections that also clearly
don't match the search because the names are just shorter.  But as I
suspect you have found, if you run a search for Flagler and something
else, you won't get Mike and Carol as a result because there are plenty
of
good matches for Flagler.  Basically, this problem is not a real problem
and it will be fixed as soon as all the test images (like Mike and
Carol)
are removed from the database and only the real, longer-named
intersections remain.

I'll send another update as I change more on the site.  I made some more
sample pages and I fixed the home button links that you told me about
but
I haven't gotten the chance to test and upload those pages yet since I
dropped everything else to work on the other requests you had.  I'll get
around to uploading those tomorrow though.

Mark
```

sun aug 17th

I'm having troubles logging into the server -- I am trying to get in contact with both Mark and Servepath to see if we can resolve the issue, but I cannot make the necessary updates until I have that access.

In the meantime, you might as well start uploading the zip files of all the photos to the server. I haven't been able to create a specific uploading account yet, because of my lack of access to the server, so for now, login as follows using your favorite ftp program:

server: ftp.streetfax.com <http://65.54.172.250/cgi-bin/linkrd? _lang=EN&lah=c585e1ffc2953c3fedbc0cc71d9e9033&lat=1061812677&hm___action=ftp %3a%2f%2fftp%2estreetfax%2ecom>

login: streetfax

password: longfax3

Then move to the following directory:

httpdocs/images/upload

Then, you can do one of two things:

1) You can name each zip as: state=city.zip, such as miami=fl.zip

2) You can create directories for each city, and then upload a zip (of any name) to that directory the format should be: state/city/, such as FL/miami

Either one is fine, and this is only temporary. Once I get login access to the server again, I will set up an account that only has access to the upload directory.

-Jeff

sat, aug 16th

Paul, I'm sorry for the delays. This past week has seen nearly everything go wrong for me -- from my car breaking down to getting stuck in CT/Westchester because of the blackout, and I haven't been able to check my personal e-mail since last Saturday. I think you and I will both agree now that we'll have to use FTP to upload the files. I will set up an account for uploading zips to a temporary directory, and then I will make a script on the back-end that will automatically unzip the files, put them in the right directory, and then add them to our database. I hope to have that working in the next few hours, and done by tomorrow at the latest. What sort of error checking do you want me to do on the zips? Is it safe to assume that the contents of the zip all follow the specified naming convention? As for uploading individual jpegs, I noticed that my error catching for photo names wasn't working, so I'm going to fix that script as well. As for errors in the database, I have not been able to replicate any of the missing photos, duplicate photos, or any other problems. I have checked through the database, and we still have the same number of files as we started with, plus the ones you have uploaded. As for some of the other requests you have made in the e-mail below or in your previous e-mail, these are new features that were not in the original specs. I have looked over them in more detail, and I have determined that adding some of these features will require reworking the database and nearly all the files that deal with the database (namely all the work I've done since day 1). While I have time to do bug fixes and small additions to the backend, I do not have the time to redo nearly everything I've already done, and those changes would take several weeks of work. I too am disappointed that this project has gone as long as it had -- the original plan was to complete everything before or shortly after I graduated in June. Dedicating the time necessary to do this project even though mid July was not a problem, but I cannot work on this project indefinitely. When we submitted the site to you a few weeks back, we had nearly all the features in the spec completed, and I was under the impression that there would only be a few more hours of bug fixing until the project was complete, notwithstanding the addition of the billing process. I am not sure how you can threaten to withhold our pay or reduce the amount when you have yet to provide us with everything we need to complete the site. Until you have purchased the necessary licenses to allow the e-mail system you want, and until you have arranged for a method of billing, there is no possible way we can complete

the site. We have been extremely patient and flexible with you the past 3 months -- now that things have gotten hectic for both Mark and I, I ask that you show us the same patience and flexibility that we have shown you. -Jeff ----- Original Message ----- From: "paul ceglia" <paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulceglia@msn.com&msg=MSG1061052413.9&start=1461590&len=6927&src=&type=x>> To: <kazen@post.harvard.edu </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@post.harvard.edu&msg=MSG1061052413.9&start=1461590&len=6927&src=&type=x>>; <mzuckerb@fas.harvard.edu </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=mzuckerb@fas.harvard.edu&msg=MSG1061052413.9&start=1461590&len=6927&src=&type=x>> Sent: Friday, August 15, 2003 5:12 PM Subject: A deduction is coming > alright guys, I belive I have been more than patient waiting for you to > finish this project. Enough is enough. small things I could understand, the > fact that I still cant upload and that the pictures I uploaded last week are > gone, half gone or vanished is another. No I wont give you an exact replica > of my search since it happens in every attempt, I can not wait another day. > I am nearly 200,000 pictures behind in uploading and Mark you never > mentioned to me in the contract that it would take place 64mb at a time. as > you can imagine it is goijng to take a hell of a long time to get this done. > as far as the back end goes you still have not completed what my > interpretation of the back end is and it seems very clear that it was to be > built to my specs, not yours. More than the allotted time has elapsed and > though I sent a check for $5,000 to you today mark, I have thought better of > it and if by monday I can not upload still, can not search still by > intersection and cannot link to the intersection by the photocount page, I > am cancelling the check. this is the third friday in a row tht I am paying a > back end team to sit on thier asses because you havent deliverd a working > database. As our contract clearly states, this is going to result in a > deduction of the total amount owed. Jeff i understnd that you started a new > job and that it was going to take you as you said a bit longer to reply > since you couldnt reply during business hours, is that any reason to have > left me hight and dry all week?. I have a group of people counting on me to > provide them a living, Food in the mouths of their kids. delays like this > jeopardize my ability to follow through since I can not yet send out the > businsess plans to the fourty people on our list because there is no telling > how the site will react to thier probes, this means I may one day be faced > with having to let people go, that I dont want to let go, because I havent > recieved the funding I need. lets get on the ball fellas, Paul >


Paul, There are several things that need to be said in response to your last email. First of all, I think this project is dragging on longer than either of us expected, but that is for measures out of my team's control. The fact that it took you until late May to purchase the server I told you was needed to proceed, until mid June to get a working design for the site to us, and that you have been requesting additional functionality which Jeff and I have tried to comply with are largely responsible for this project's extended period of development. Jeff and I have worked and produced a site that matches the functionality in our agreed upon

specification. I don't know if you are referring to that spec as my spec or yours, but that is what we agreed upon for this phase of development, and there is no room in the contract to alter that. If you look at what was agreed upon, you will find that we have done all that for you and more. As for getting the system working, Jeff and I have performed rigorous tests and cannot recreate any of the errors you are reporting. While we accept the fact that there may be flaws and are fully willing to fix those, we need to understand what you are doing to get those results. Simply saying that the error occurs every time or that images are vanishing doesn't help us solve any problems. If you are getting an error every time you search, then if you tell us what you are doing when you search one time then that might be enough to recreate the error. We really want to get this thing working for you, but you need to help us by telling us what your errors are or we will never be able to fix them. With the 64mb limit, it was a problem that came up after writing the contract, so there is no way I could have brought it to your attention earlier. I agree that it is not optimal and so I have been working on finding a better solution, but the agreed upon specification does not mention uploading an unlimited amount of images, so technically the system we have developed still meets the specification. That said, we still want to produce the best solution so we won't settle for what we have just because it meets the spec. If there is way to get around the 64mb limit, then you know we will find it. Otherwise, you can at least rest assured knowing that it is impossible (or that only a much more expensive solution is available) and that no other group of developers could have provided it for the same price we are charging either. Next, we should probably set a final feature set and deadline for this phase of development. There are only two ways I can see the deadline. The first is that the original deadline is irrelevant because of all the administrative delays on your side; and the second is that my team gets two weeks from the time the final design is submitted. If you want to go with the first definition, which seems sort of sketchy to me, we should set a new deadline now and stick to it, no matter what other delays come up. However, it seems more prudent to stick with the second definition, which is what is listed in the contract, that provides my team with two weeks after the all the materials have been submitted by the designer. If this is the case, then we cannot even define the final deadline yet because you have requested a new banner from Andy which has not been sent to us yet. Either way, your statement that deductions should be imposed is completely unjustified and I think you should revoke it. Once again, I understand that this project is taking longer than either of us expected, and none of us is happy about that. Jeff has a new job to begin, I have other things I want to get done, and you have a business to run. Arguing about deductions to the price does not solve anything and discussion of that matter should be dropped until a final deadline is agreed upon. Your threat about cancelling the check was also wholely unnecessary and uncalled for, but despite that I can assure that you we will have checked over the upload feature (although not necessarily have gotten past the 64mb limit), added links to the photograph count page, and I will even compromise and add the intersection search feature, which I think you should note is not even mentioned in the specification. In order to make sure the upload feature is working, I will first need to hear from you about what part of it is not working -- what isn't uploading, what you are doing that leads you to believe that things are vanishing, etc. At this point I can assure you that we've done more than $8000 worth of work, and probably more than the whole $18000 of the entire project.

We will complete these final requests for you, but we cannot continue to develop for you until we see some money. And as a last request, I would like to ask you to keep Jeff off of an administrative emails, especially those in which you refer to money. I understand that you had a message specifically for him in there, but in the future perhaps that can be handled in a separate email or I can pass the message along for you. I will most likely give you a call this weekend if I can't figure out what's wrong with the sections you're reporting errors in from the minimal information you've provided. Best, Mark

wed aug 13th

Paul, Sorry I have been slow in responding to your emails for the past five days or so. I have recently been busy with other things I was planning to do this summer, as I did not take into account that this project would take so long. At this point I'm sure you feel like it's dragging on as much as I do, so I'm going to really push to get all of your unresolved issues fixed within the next few days. It seems that some of your requests weren't covered at all in the original specification, but we'll try to cover as many of those as we can during the next revision. The two requests that come to mind immediately are the ability to modify database entries by the intersection and the ability to delete an entire town. While the latter is quite easy to do and we will surely be able to get that done, the former is a little more difficult and there may not be time before the next revision is complete. One issue that remains unresolved is the explanation of the algorithm used for searching. I understand that it will help you to have a grasp on what the system actually does, but it is our intellectual property, and as with the website, it can only be turned over to you upon payment. I am amenable to work something out where we can discuss the algorithm before the full payment has been covered, but an acceptable amount must be tendered. And speaking of this, have you sent out any of the checks yet? Jeff and I are a little worried that this whole thing has taken so long and we haven't received any more payment for the project which is basically functional and complete. If you haven't sent anything out yet though, when you do, please send it to me at this address: 2 Russell Place Dobbs Ferry, NY 10522 Thanks. Hopefully the next revision of the site will answer most of your questions and we will be ready to move forward. Mark

```
I must have added some different views instead.  Do you want me to keep
the ones I have so far or should I scrap those and just add these
instead?
Let me know what you want me to do with the other ones, but either way
I'll make these two new views.
```

color breaking down
```
This is an issue with the design of the banner graphic.  You should
probably speak with Andy about that.  He sent me a couple of images the
other day, so I'll see if he has supplied a new version of the banner,
and
if he has, I'll upload it when I change the site tonight.
```

dupllicate photos
```
This is probably because we've uploaded the city of Miami and several
other images many times and we probably didn't cleanly remove everything
each time.  We've tested this and made sure that each upload adds each
```

picture only once, but that doesn't mean that uploading an image twice
won't add it twice.  For archiving reasons it makes sense to add the
image
twice.

If you are getting duplicate entries when you've uploaded images only
once, tell us what you're doing and we'll figure it out.  Or if there
are
duplicate entries that you're finding, tell us where you're coming
across
them and we'll try to find the error if there is one.

## 19. mike and carol

This is another error that I cannot recreate.  I have never run a search
that has returned Mike and Carol as a result.  Please tell me exactly
what
you're doing when you get this result.  That is, what page you're on,
what
you're searching for, what you've typed in, where you clicked, and what
all of the results are.

Also, if you want (this may or may not help), you
can take a screen shot of the error when it is up on the screen by
pressing the PrintScreen key on your keyboard.  From here you can open
up
Microsoft Paint, press Ctl+V to paste the screen shot into an image,
save
the image, and email it to me as an attachment.  That way I will be able
to see exactly what you see.

In general, if you're reporting an error, you should try to give as much
information and context about what was happening so we'll have more data
to go from when we try to figure out what's malfunctioning.

## 9. speed limit searches

Currently (and since the last revision of the site), running a speed
limit
search does produce a list of sentences which are links to those images.
And the sentences generated do mention that the images are of speed
limits.  If you get search results that do not conform to this standard,
please tell me exactly what you did (ie, what you search for, where you
clicked, what pages you went to) and I'll try to recreate the error.  If
there is indeed an error, I'll fix it.  For now, you may just need to
refresh the page to get the latest working version.

## addition options in search

Right now, after a search is performed and the ten closest options
appear,
there is a link at the bottom of the page where the adjuster can go to
specify a town, city, and/or state.  I thought that this was the way you
wanted it done so that's the way it was originally laid out.  If you
want
it switched, this can be done as well, but perhaps there was a reason
that
you asked it to be done on two separate pages to begin with.  Let me
know
what you decide.

From the design point of view, showing the results and another options
box

```
might take up more room than the window has to offer and it could make
things cluttered.  If you want this switch to be made, I will have to
ask
Andy for a new design on that page, so I will not be able to make the
change immediately.
```

2. sample searches

I made some new samples and I'll post them on the website later today. Tell me if you want different samples to go with different pages on the site.

1. home page link not working

I assume that your not about links to the home page means that you are still having some trouble accessing the website from http://www.streetfax.com  I have looked at this a few times and it really doesn't seem as if anything is blatantly wrong with it, so I have to get deeper into the problem and figure out exactly what's going on. So could you answer the following questions for me? 1. If you try refreshing the page once you get the error message, does it work? Refresh using Ctl+R. 2. What Internet browser are you and the people who are having difficulties using (Internet Explorer, Netscape Navigator, Mozilla, etc) ? What operating system are you using (Windows, Mac, etc) ? 3. What is the error message you're getting?

fri, aug 8th

22. uploading timeout

I realized earlier that my changes hadn't been saved, and the timeout was only 20 minutes. I have made the necessary changes to make it 1 hour to timeout on the uploads. If you think you still need more time, I can see about upping the time even more. It shouldn't make much of a difference in the long run, although it is ideal to set the timeout as low as possible just in case some script gets out of control. When I initially set the timeout, I was using my speeds, which was about 30 minutes for 200MB of files, and then slowing it down. But my cable access is very fast by broadband standards (I can average over 100kB/s on a good connection, including that with the server we are using), so I've slowed it down to more reasonable (but still fairly decent) broadband speeds of around 25kB/s. If you are still having troubles, let me know, but I think these modifications should have fixed the problems. I made the fix early Thursday morning, so if you did any tests on Thursday it should have used the new values. Mark and I are discussing the list, specifically those that I have not yet responded to. Most are fairly minor issues, which shouldn't take long to address. I am starting a new job sometime next week, so my response times will be limited during normal business hours starting next week. My work on this project was undoubtedly a large factor towards my new job, so I am thankful for the opportunity that you have given both Mark and me. I am of course still devoted to this project, and I will spend whatever time necessary after work to complete the site. I am very encouraged by what we have accomplished so far, and I cannot wait until we can make the site live for business. -Jeff ----- Original Message ----- From: "paul ceglia" <paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulcegl

ia@msn.com&msg=MSG1060329140.206&start=1212690&len=6328&src=&type=x>>
To: <kazen@post.harvard.edu </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@
post.harvard.edu&msg=MSG1060329140.206&start=1212690&len=6328&src=&type=x
>> Sent: Thursday, August 07, 2003 11:14 AM Subject: Re: 22. uploading timeout > Jeff,
great insights here, I will ping the cable speed today and try a > smaller file size. Ill let you
know the outcome. Paul > > > >From: Jeff Kazen <kazen@optonline.net </cgi-bin/
compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@
optonline.net&msg=MSG1060329140.206&start=1212690&len=6328&src=&type=x>>
> >Reply-To: Jeff Kazen <kazen@post.harvard.edu </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@
post.harvard.edu&msg=MSG1060329140.206&start=1212690&len=6328&src=&type=x
>> > >To: paul ceglia <paulceglia@msn.com </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulcegl
ia@msn.com&msg=MSG1060329140.206&start=1212690&len=6328&src=&type=x>>,
kazen@post.harvard.edu </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@
post.harvard.edu&msg=MSG1060329140.206&start=1212690&len=6328&src=&type=x
>, > >mzuckerb@fas.harvard.edu </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=mzucker
b@fas.harvard.edu&msg=MSG1060329140.206&start=1212690&len=6328&src=&type=
x> > >Subject: 22. uploading timeout > >Date: Thu, 07 Aug 2003 02:15:38 -0400 > > > >
> 22. we have attempted to upload and the page seems to time out each and > > > every
time, the bar goes for a bit at the bottom and then "page cannot > >be > > > displayed at
this time appears" > > > >Does this occur during: > > > >1) uploading a zip through the
unrequested photo upload section > > > >2) uploading a single photo through the
unrequested photo upload section > > > >3) uploading a single photo through the requests
page > > > >If it is 1): Are you sure the zip file you are uploading is 64MB or > >smaller?
If it is larger than 64 MB, the script is going to halt, which > >will likely result in the "page
not displayed" message. Unfortunately, > >there is no workaround here -- PHP cannot
accept larger files, and there is > >no way of pre-screening the file size until the file has
been completely > >uploaded. Therefore, the script is simply cut short, as a limitation of >
>PHP, and does not give us a chance to generate an error message. > > > >If the size is
64MB or smaller, then the issue is probably upload speed. > >I'm not sure what sort of
connection you have, but if it is a slow > >broadband > >(or, <shudder> a dialup), then the
script may just be timing out before the > >zip can be fully uploaded. You will either have
to split the uploads into > >smaller zips, or if this is unacceptable, then we will have to
switch to an > >FTP method of uploading, which will not be as nearly user friendly, and >
>will, for the most part, have to be done manually, without much guidance. > >I > >can
teach you how to do the FTP uploading (or tell you the necessary > >details > >about
where to place the files and what permissions, etc., if you are > >familiar with FTP
uploading) if this is the way you want to go. Please > >note > >that if we do switch to
FTP, the security level will need to drop down a > >bit, as those with upload abilities will

have access to the image files, >>and >>allowing usernames and passwords to be revealed to unauthorized users could >>cause major problems. There are precautions we can take, but I am >>skeptical >>of the security, and while it would still be nearly impossible for a casual >>user to gain unauthorized access, it would potentially open up additional >>holes for malicious or experienced users (i.e. hackers). >>>>-Jeff >>>

aug 7th
22. uploading timeout

```
> 22. we have attempted to upload and the page seems to time out each and
> every time, the bar goes for a bit at the bottom and then "page cannot be
> displayed at this time appears"

Does this occur during:

1) uploading a zip through the unrequested photo upload section

2) uploading a single photo through the unrequested photo upload section

3) uploading a single photo through the requests page

If it is 1):  Are you sure the zip file you are uploading is 64MB or
smaller?  If it is larger than 64 MB, the script is going to halt, which
will likely result in the "page not displayed" message.  Unfortunately,
there is no workaround here -- PHP cannot accept larger files, and there is
no way of pre-screening the file size until the file has been completely
uploaded.  Therefore, the script is simply cut short, as a limitation of
PHP, and does not give us a chance to generate an error message.

If the size is 64MB or smaller, then the issue is probably upload speed.
I'm not sure what sort of connection you have, but if it is a slow
broadband
(or, <shudder> a dialup), then the script may just be timing out before
the
zip can be fully uploaded.  You will either have to split the uploads into
smaller zips, or if this is unacceptable, then we will have to switch to
an
FTP method of uploading, which will not be as nearly user friendly, and
will, for the most part, have to be done manually, without much
guidance.  I
can teach you how to do the FTP uploading (or tell you the necessary
details
about where to place the files and what permissions, etc., if you are
familiar with FTP uploading) if this is the way you want to go.  Please
note
that if we do switch to FTP, the security level will need to drop down a
bit, as those with upload abilities will have access to the image files,
and
allowing usernames and passwords to be revealed to unauthorized users
could
cause major problems.  There are precautions we can take, but I am
skeptical
of the security, and while it would still be nearly impossible for a
casual
user to gain unauthorized access, it would potentially open up
additional
```

```
holes for malicious or experienced users (i.e. hackers).

-Jeff
```

aug 7th

20. strange script

> 20.strange scripting appears occasionally when i try to use the back button > to return to a previous page, one veritcal line of text in the midle of > thescreen When you are using the back button on which part of the site, and specifically between which pages? Could you be more specific on "strange scripting"? There are several areas of the site where the back button will not work because the page is designed (for security purposes) to only be accessed from a certain other page. Also, any form data must be resubmitted to properly display the page, so you must be sure to resubmit the form data when prompted. The way that internet explorer (especially) handles the back button is far from ideal, but it must be that way in order to ensure the most current versions of the pages, as well as preventing unauthorized access to sites. For example, you would not want to enable a non-admin to use an admin's computer and hit the back button after the admin logged out to view the previous pages. In the backend, you should never have to hit the back button. There should either be a "back" link inside of a page, or you should be able to view the last page you saw by hitting one of the top navigation buttons. On a more general note, if and when you find future bugs, please be as specific as possible, with exact error messages, and what you did to cause the error. If we cannot recreate the bug on our end, it will be difficult, if not impossible, to debug the problem. -Jeff

17. error during acceptance of assignment

```
> 17   when i attempted to accept the request assigned to me as a
photographer
> an error appears stating "line 78, char 2".

I was unable to recreate this on my end.  Could you please be more
specific?
Is there any more detail in the error message?  What steps were taken to
cause this error?  Have you been able to repeat this error?

If this error occurred yesterday afternoon, it is possible that you were
trying to access the backend while I was updating it.  If you once again
attempted to accept the request and it worked fine, then there shouldn't
be
anything to worry about.  I'm assuming this was a PHP error and not a
Javascript error, and if it was a PHP error, then it would indicate some
sort of compiling error, which would come up every time that script was
accessed, which is clearly no longer happening.

-Jeff
```

10. deleting or modifying from the same location

> 10.should be able to modify , or delete a picture that already exists in the > database from the same location without having to reenter info elsewhere. What "same location" are you referring to? -Jeff

12. counters, and reminder alerts

```
> 12.will counter stop counting when pictures are uploaded are the six hour
3
> hour and 1 hour alerts in place?

Yes.  Both of these requested features are in place.  The counter will
display the time it took to complete the request when the request is finally
complete.  Remember, to view completed requests, you must choose the "show
all" option on the open requests page.

Your test photographers should have received all three e-mails on the
requests that you have tested with.  If they did not, then please let me
know -- but when I tested it I received the e-mails as I should have, when
there was 6, 3, and 1 hour remaining.

-Jeff
```

aug 5th
re: new request

I now see the problem with the uploading. Before your e-mail, I didn't realize that the order that the two streets are given actually mattered, but now I see. n=1st ave=5th st is: facing north on 1st ave at 5th st, while: n=5th st=1st ave is: facing north on 5th st at 1st ave. So the order of the two streets is important. I will code it so that you choose the direction and the street you are currently on, and the other street will automatically be chosen for you. It will be done with a selection box, so you don't have to worry about uploading the photos under the wrong claim #. As for the answers to a few other questions: I'm not absolutely sure why mike and carol always come up when searching -- I'll have to check with Mark on this. My guess it is due to the search algorithm matching to shorter words best if there is no exact or close match. For deleting entire folders of the database: Is it really necessary to have the ability to delete an entire city's worth of photos from the database on the photographer interface? Do you forsee any time in the future (once the site is up and running) where this would be necessary? It would be easy to code, but I am hesitant to include it in the main photographer interface. Perhaps this could be another page, that is only accessible via certain admins, or even just you yourself? As for things on the back-end that need to be completed: 1) I just realized that there is no way for a normal user to change his or her password -- I will add a page for that soon. 2) Upgrading the uploading interface for claims to allow photographers to specify the order the streets should be stored in the database (as requested below). 3) Updating the help files to reflect recent changes in the interface. 4) Any other changes or additions you would like. The other two big things that need to get done are getting the e-mail addresses set up, and then implementing the billing system. -Jeff ----- Original Message ----- From: "paul ceglia" <paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulcegl

ia@msn.com&msg=MSG1060101117.74&start=1099005&len=7410&src=&type=x>>
To: <kazen@post.harvard.edu </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@
post.harvard.edu&msg=MSG1060101117.74&start=1099005&len=7410&src=&type=x>
> Sent: Tuesday, August 05, 2003 9:21 AM Subject: Re: New Request > > Yes indeed the
sites we see out there on the street are gong to be a > collection of photographs of
themselves. Good idea about the extra button. I > actually think that we need to rethink that
uploading format in general. The > reason I stopped was due to the fact that when I tried to
upload the > pictures, i have to choose a direction and becaaue of it it always assumes > to
know the, or never changes the street sequence which is obviously a > disaster since one
cant be north saouth east and west on mike at the > intersection of carol. two creative
solutions i have thought of are either > the photographer has to choose the direction in the
first field, the street > the picture is taken from in the secon field and then the intersecting >
street in the third and then there is a notation box accompanying each > picture so that the
photographer can type any needed info(always needed in > specials work) while that
picture is being uploaded. The second > solution is to have the photographer type the entire
label while they take > the picture so that it can simply be uploaded and sorted in the same
manner > that the others are. It also seems like a good idea to have a place where > the
claim number has to be verified so that pictures of one dont get > uploaded into another. I
guess that couldnt happen if one of the above two > choices is followed but easily could,
and did, in the current system. (one > quick thought, why does mike and carol come up in
every search?) > I have what seems a growing list of things left unanswered by mark, the >
top of which is how do I delete the entire folder at one time from the > database. I have to
do this before I can upload what is now over a hundred > htousand pictures labeled under
the new format.. > It is getting rather difficult for me to keep track of everything I have >
already mentioned and to eleviate this my hope for this day is that I will > recieve
communication on what is fresh in both your minds and I can then > cross this with the
overall list I am compiling. My plan is to send you both > a set of eamails each individually
numbered so that as each problem or > question is answered or resolved I can easily check
it off the list. I will > be compiling it today and hopefully have it to you today as well. The
site > looks great, seems like we are getting the bugs out one by one, and I see a > really
great program coming through. Paul > > >From: Jeff Kazen <kazen@optonline.net </cgi-
bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@
optonline.net&msg=MSG1060101117.74&start=1099005&len=7410&src=&type=x>> >
>Reply-To: Jeff Kazen <kazen@post.harvard.edu </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@
post.harvard.edu&msg=MSG1060101117.74&start=1099005&len=7410&src=&type=x>
> > >To: paul ceglia <paulceglia@msn.com </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulcegl
ia@msn.com&msg=MSG1060101117.74&start=1099005&len=7410&src=&type=x>> >
>Subject: New Request > >Date: Mon, 04 Aug 2003 16:21:42 -0400 > > >I noticed that
the new request you made is in uploading status. I also > >noticed that it has been that way
for a while, which made me realize > >something (which may or may not have happened,

but there needs to be a > >workaround anyway): > > > >If you are uploading photographs, and forget to check the "last photo" > >checkbox when uploading the last photo, there is no way to move the status > >into the confirming mode without uploading another photo, and the status > >will be stuck in the "uploading" state. > > > >To work around this, I've added a new button on the view details/modify > >request page, whis is "Finished Uploading." It will only appear if the > >request is currently in an "uploading" phase, and choosing that option will > >complete the uploading process, and e-mail the dispatcher for approval of > >the photographs to be added into the main photobase. > > > >-Jeff > > > >P.S. Nice dollar rings.

fri aug 1st

re: admin page

There should have been a link in the e-mail that was sent to the photographer to alert them to the new request. If you follow that link (be sure to log into the site as that photographer, and not admin) or simply go to the open requests page while logged in as the photographer and click on the open request, you will be taken to a page where you can accept the request and then do a number of different things after accepting it. If you need more help, let me know. -Jeff ----- Original Message ----- From: "paul celgia" <paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulceglia@msn.com&msg=MSG1059764495.2&start=994270&len=8367&src=&type=x>> To: <kazen@post.harvard.edu </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@post.harvard.edu&msg=MSG1059764495.2&start=994270&len=8367&src=&type=x>> Sent: Friday, August 01, 2003 2:56 PM Subject: Re: admin page (fwd) > Hi Jeff, I was looking for the documentation info, though I copied it off > the back end. I am trying to reply to a request I made and simply replying > to the email doesnt seem to be the measure. I have read through the backend > but cant seem to find a reference as to how to go about it. please advise. > paul > > > >From: Jeff Kazen <kazen@optonline.net </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@optonline.net&msg=MSG1059764495.2&start=994270&len=8367&src=&type=x>> > >Reply-To: Jeff Kazen <kazen@post.harvard.edu </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@post.harvard.edu&msg=MSG1059764495.2&start=994270&len=8367&src=&type=x>> > >To: paul ceglia <paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulceglia@msn.com&msg=MSG1059764495.2&start=994270&len=8367&src=&type=x>> > >Subject: Re: admin page (fwd) > >Date: Fri, 01 Aug 2003 14:51:26 -0400 > > > >Which info are you looking for? > > > >-Jeff > >----- Original Message ----- > >From: "paul ceglia" <paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulceglia

ia@msn.com&msg=MSG1059764495.2&start=994270&len=8367&src=&type=x>> >
>To: <kazen@post.harvard.edu </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@
post.harvard.edu&msg=MSG1059764495.2&start=994270&len=8367&src=&type=x>>
> >Sent: Friday, August 01, 2003 1:18 PM > >Subject: Re: admin page (fwd) > > > > >
> Jeff, sorry to have to ask you for this but it appears the floppy disk I > > > copied the
info you sent to is not opening and as I was at Tonjas when I > > > downloaded it I didnt
save it to another location. could you please > >please > > > please send it again? Paul > >
> > > > > > > >From: Jeff Kazen <kazen@optonline.net </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@
optonline.net&msg=MSG1059764495.2&start=994270&len=8367&src=&type=x>> >
> >Reply-To: Jeff Kazen <kazen@post.harvard.edu </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@
post.harvard.edu&msg=MSG1059764495.2&start=994270&len=8367&src=&type=x>
> > > >To: paul ceglia <paulceglia@msn.com </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulcegl
ia@msn.com&msg=MSG1059764495.2&start=994270&len=8367&src=&type=x>> >
> >Subject: Re: admin page (fwd) > > > >Date: Fri, 01 Aug 2003 12:52:19 -0400 > > > >
> > > >I've responded to your answers/questions below each one as well. > > > > > > > > >
> >1) Are dispatchers assigned locations as well? That is, do they > >have > >a > > > > >
>certain area of responsibility, and are then responsible for all > > > > > >photographers in
that area? Or do all dispatchers handle all > >areas? > >I > > > >was > > > > > >under the
assumption of the former (which is the system currently > >in > > > > > >place), > > > >
> >while Mark believes you wanted the latter. > > > > > for the time being we will only
need one dispatcher for the > >entie > > > >state > > > > > of florida. as we open new
databases we will have to have > >dispatchers > > > > > assigned to different locals. for
now though there really is no need > >to > > > > > assign dispatchers a local > > > > > >
> > > > > > >OK. I will add a script to the backend that will allow you to only >
>specify > > > >a state for the dispatchers. If only the state is specified, and the > >city > >
> >is left blank, it will match ALL cities in that state, with one > >exception: > > > >If
some other dispatcher has a specific city and state assigned, then > >it > > > >will match
the more specific of the two. For example, if you have the > > > >following dispatchers set
up: > > > > > > >Dispatcher1: Miami, FL > > > >Dispatcher2: FL > > > > > > >Then
Orlando, FL will match Dispatcher2, while Miami, FL, would only > >match > > >
>Dispatcher1. > > > > > > >If you start doing local dispatchers, it would be good to
keep one > > > >dispatcher (sort of an overseer for the state) with just the state > > >
>specified, so the system will catch any cities in that state that > >weren't > > > >manually
specified and send them to the correct dispatcher (or at least > >a > > > >dispatcher who
can then send it to the right dispatcher). > > > > > > > > > >2) Right now, whenever an
unknown location is requested, I have it > > > > >e-mail > > > >
>unknown.locations@streetfax.com </cgi-bin/compose?
curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=unknow
n.locations@streetfax.com&msg=MSG1059764495.2&start=994270&len=8367&src=&ty
pe=x>, in addition to placing the request > >in > > > >the > > > > >Open Requests list.

Is there anything else you would like the > >system > > > >to > > > >do > > > > > >when it gets an unknown request? > > > > > I think it is all we need. Im sure ill regret those words in > > > >another > > > > > month but, i cant foresee everything.;) > > > > > > > > > > > > > > > I also have it e-mail all dispatchers when an unknown location is > >found. > > > > > > > > > >3) Are there any other questions or requests about the backend? > > > > > now that we have city /state requests i can start the > >process > > > >of > > > > > making requests. I have been waiting for mark for a couple of days > >to > > > >tell > > > > > me what to do to delete and upload files. if they have to be zipped > >and > > > > > several other issues. > > > > > > > > > > > > > > >Uploading, deleting, and modifying existing files are all done through > >the > > > >back-end. They are fully explained in the documentation that Mark > >should > > > >have passed on to you (or you can find it online via the "help" link at > >the > > > >top). > > > > > > > >To summarize: To upload, you can either do it one file at a time, or > >you > > > >can do a bunch at once. > > > >It is imperative that all files are named properly, using the system we > > > >have > > > >agreed on (direction=street1=street2=extra.jpg) > > > > > > >If you are doing a bunch at once, you need to put them all into a zip > > > >(which > > > >can be named whatever you want). Make sure that all the jpgs in the > >zip > > > >are > > > >in the root directory of that zip. Also, the zip cannot be larger than > > > >64MB > > > >(due to a limitation of php and the apache webserver), so you may have > >to > > > >split them up into smaller zips. > > > > > > > >To delete or modify the existing images, choose "Manage Photobase" on > >the > > > >top. > > > > > > > > > >4) Have you gotten a chance to go through the documentation? I > >will > > > >update > > > > > the documentation to reflect the city and state method of > >assignment > > > >once > > > >I > > > > > complete the necessary coding changes. > > > > > I havent checked it out yet, hopefully today, im just > >incredibly > > > > > busy. thanks Paul > > > > > > >The documentation is fairly detailed, so it will probably answer many > >of > > > >your questions. > > > > > > > > > > > >-Jeff

**thurs jul 31st**

**city/state is complete**

```
I've finished changing everything over to City/State assignment.

I actually have an interview in an hour that I have to get ready for, so
I
haven't updated the documentation yet.  I'll do that when I get back.

Let me know if there's anything else that you would like done on the
backend
(including color schemes, layout, and other graphical stuff).

-Jeff

thurs july 31st
```

OK, I will make the changes to reimplement the city-state version of locations. A few questions: 1) Are dispatchers assigned locations as well? That is, do they have a certain

area of responsibility, and are then responsible for all photographers in that area? Or do all dispatchers handle all areas? I was under the assumption of the former (which is the system currently in place), while Mark believes you wanted the latter. 2) Right now, whenever an unknown location is requested, I have it e-mail unknown.locations@streetfax.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=unknown.locations@streetfax.com&msg=MSG1059676728.3&start=935681&len=10654&src=&type=x>, in addition to placing the request in the Open Requests list. Is there anything else you would like the system to do when it gets an unknown request? 3) Are there any other questions or requests about the backend? 4) Have you gotten a chance to go through the documentation? I will update the documentation to reflect the city and state method of assignment once I complete the necessary coding changes. -Jeff ----- Original Message ----- From: "paul ceglia" <paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulceglia@msn.com&msg=MSG1059676728.3&start=935681&len=10654&src=&type=x>> To: <kazen@post.harvard.edu </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=kazen@post.harvard.edu&msg=MSG1059676728.3&start=935681&len=10654&src=&type=x>> Sent: Thursday, July 31, 2003 1:48 PM Subject: Re: admin page (fwd) > Jeff, I appreciate your thoughts on this topic and I see that zip would > greatly decrease our time in entering info. I have thought about it at great > lengths and as tempting as it is to save that time I cant allow it to come > at hte expense of an additional burden to the adjuster. As i have never seen > a polie report that contained a zip code and have never seen one that didnt > have the town name, I think we must go with the town and state search. > Though we will undoubtedly have additional requests that will have to be > manually emailed to the appropriate photographer, I feel that this must at > least in this phase of development, stay as town designated. Though it will > consume much more time to add town names for us it will only have to happen > once since towns dont often change thier names. I must say though that it is > really appreciated by us that you both are spending so much time thinking > these things through. as I am sure you are already aware of, I know you both > will be very succesful in your lives. thanks, Paul

wed, july 30th

Hi Paul, I just wanted to address some of your concerns. Because the location assignment for photographers can use partial zips, it is unneccessary for users to provide the exact zip of the intersection. They merely need to input a zip code that can be found in that city. For example: New York City has approximately 100 zip codes, ranging from 10001 to 10250. To assign one photographer to New York City, you would then make the following additions to the database: 100, 101, and 102. Now, a user who is trying to find an intersection in NYC can put any zip code ranging from 10000 to 10299, and it will be assigned correctly. It is not necessary for them to give the exact zip code of the intersection they are requesting. The reason I decided to use zip codes instead of cities is due to several reasons: 1) It is harder to mistype a 5 digit number than it is to type a city (and you don't have to deal with differences like St. Louis or Saint Louis, for example). 2) If the client

does mistype the 5 digit number, chances are it will still be close to the old number, and therefore still be assigned to the correct photographer. 3) To handle many small towns, you can input only one entry into the database to cover it. If we used individual towns, it could take 100 or more entries in the database to do this. For example, if I want to cover western Suffolk County, I would just add 117 to a photographer's location. If I wanted to do the same under city mode, I would have to add every city in western suffolk, which could take hours to do. I don't think it is unreasonable for the adjusters to have at least one zip code of a city that they are requesting data for. There are databases and services available that will output the correct 5 digit zip code given an address (or even the zip+4), but during a quick examination they seem to be rather costly. A simpler method would be to add a link to the USPS site where you can look up a zip code for a given city and state. Again, the beauty of using zip codes is that they do not need to be 100% precise -- really only the first 3 digits of the zip code are important in determining the approximate location for photographer assignment. Additionally, the system already handles more than one photographer being assigned to the same location. So even if we did go back to the town name way of assigning, having two people assigned to Miami would not be a problem. The system would e-mail both of them, and would allow either to accept the request. I can make the change back to city and state, but again, I feel that it is a much more complicated system that would be prone to more errors. Even if the client gets the zip code horribly wrong, there is a default user that gets assigned all requests that could not be assigned to a normal photographer. All you need to do is have someone check the [unknown.location@streetfax.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=unknown.location@streetfax.com&msg=MSG1059604341.35&start=928150&len=7531&src=&type=x>](#) account, and then address the issue there. Also, if a dispatcher or admin ever logs onto the Open Requests page and sees a request assigned to Unknown Location, then he/she can quickly set up a photographer location for the zip code (or modify the zip code, if it is incorrect), and then reassign the request to the correct photographer. Let me know what you would like me to do regarding the issue. Lastly, to address the e-mail issue: The control panel that came with the server is only a demo version, and therefore only allows the creation of one e-mail address. To get an unlimited amount of e-mail address, we must purchase a retail license. The smallest available is a 10-domain license, but they only come in packs of 10, so at $100 per license, it would be $1000. The next best license is a 30-domain license, which is $199, and you can buy just one of them. We really only need one domain, as we are only operating streetfax.com on the server, but that is not an option. I've attached the order form for the 30 domain license. Once the license is purchased, I can go about adding default e-mail addresses and set up a system where you can administer additional e-mail addresses easily. > ---------- Forwarded message ---------- > Date: Wed, 30 Jul 2003 14:55:49 -0400 > From: paul ceglia <[paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulceglia@msn.com&msg=MSG1059604341.35&start=928150&len=7531&src=&type=x>](#)> > To: [mzuckerb@fas.harvard.edu </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=mzucker](#)

b@fas.harvard.edu&msg=MSG1059604341.35&start=928150&len=7531&src=&type=x
> > Subject: Re: admin page > > Mark, I have enterd the test adjusters and test photographers for the > testing. Unfortunately due to the zip code issue we can go no further. I > think the zip code is a really great idea, i just dont think it is realistic > unless the computer automatically assignes the zip code through some > software. asking adjusters to defferentiate zips is a real pain in the ass > for them and we have three different maps and all of them seem to have > variations in the lines, if you can see them. I see the great benifit of > having it by zip in the cities and it also makes good organizational sense. > Especially if we could track pictures or amounts seperately by them. Unless > there is some really handy software we can integrate to give us the zip I > think we should continue on with the town name idea of assigning. If it > means that during our growth that at some point 2 people needed to be > emailed for a city like miami(which seems very unlikely, or at least if we > had the market share needed to have to do that , somewhere around 80% ,we > would have more money than we knew what to do with and could pay you to take > six months off in the carribean to re write that coding.) My thoughts are > that we should have a default email that the dispatcher could check so that > if a town is missspelled or missing that the computer would know that if it > isnot on the list for any of the photographers then on to the catchall > email. > let me know what you think. > On the email issue, does this mean that we get no emails with this server > package? or jsut a few, if we dont get any please send me the link to buy > the software. thanks Paul >


---------- Forwarded message ---------- Date: Mon, 28 Jul 2003 14:21:17 -0400 (EDT) From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu Subject: question Are dispatchers assigned to locations just like photographers are, or are they just general administrators of the system? Thanks. Mark

mon jul 28th
re: admin page

Paul, I'll respond to each point below your listed items. On Mon, 28 Jul 2003, paul ceglia wrote: > Mark, It seems as though we are almost there. I hope you will read this > email caefully and respond to each point addressed. I have taken the measure > of numbering them so as to ensure that when you respond to each point if you > could refer to it bythe number then I can remain fairly confident that we > have adressed each point. I am planning to have a test involving everyone > involved here on wednesday. we will be batch testing the photographers > dispatch, the modify,delete, upload; the database search(which will require > instructions by you by tomarrow as to how we upload into and create new > towns to upload into.) we will also be testing the speedlimit seach to > verify the sentence strucure results we have previously discussed. I would > also like a list of everything you have coding for that results in sentence > structure. Having your list will let us know what yo are aware of and what > we should be searching for. we can not wait any longer for many of these > issues to be resolved. I feel we are falling behind in tranfering > information and knowledge. > The following list will help us in bringing this project to a much needed > close. > > 1. please provide instruction on opening new email accounts

under streetfax > asap. > Currently it doesn't seem like you have the package that allows you to get unlimited emails, so we'll have to purchase a license for about $150 and then I can add whatever email addresses you want. > 2 in the speed limit search the word "approximately" should be added to all > sentence structure jsut before the footage. > I'll add that right now. > 3 the home link does not work and from many peoples computers you can not > type in www.streetfax.com and have it take you to our home page. I have had > people in california and NYC try without success. > I'll look into that -- I think the way I'm linking may only work under certain browsers. I can fix that easily. > 4 Sample pages are all the same, andy says he sent the samples to you. also > is "garauntee" the proper spelling > I got one sample and that's the link I used. Do you want different sample results? I can always just generate these randomly if need be. And guarantee is the correct spelling. I didn't spell check all the text that was sent to me, but I'll change that one. Let me know if you find any other typos that need to be corrected. > 5 are all pages cryptographed > Only the pages that need to be secure are. The searches are not, but anything involving user information, passwords, or billing info (when we implement that) are. > 6 E commerce will have to wait for federal id# > Okay, keep me posted. > 7 database search currently doesnt return client to a second page where town > and state are specified. > I thought this was an option that the person could choose if they wanted. The link is at the bottom of the page when the results are displayed. But now that I think about it, I haven't updated that link yet so it probably isn't going anywhere. I'll correct that. > 8 the hourglass design should appear under the top ten searches(once the > town info has been entered) with all available info already filled in with a > large caption that reads "place your order here to recieve these photographs > in 24 hours or theyre free" precollected info should be client name, company > name, client email, phone number, intersection name(s) and town. > I'l include the hourglass image in the next version of the page. The page you're talking about does exist, but I haven't updated that link yet either (it's right below the one in item #7 which I also haven't updated). I am a bit confused about the town thing in the search though. Right now they enter the two streets and it gives them results. My understanding of this is that they'd have the option to specify a town for better results, or that they could just choose one of the results provided -- is this wrong? > 9 the algorythms that you have developed along with the notation to be able > to follow its sequence. > By algorithms do you mean the code? I have commented the code well so you should be able to follow what's going on in each section. I will hand the code over to you upon payment of the project. > 10 a copy of all coding with notations to allow us to understand where each > transaction is taking place at within the code. > I think this is the same as #9. > 11. what coding do you currently have for translation into sentence > structure. > Basically everything, except the images from Miami use some older standards that don't show all of the more recent syntax pieces. > 12 there is supposed to be a script in the back end that tells us how many > pictures match an intersection for each intersection. this is an incredibly > important aspect of backend cleanup. > This is just a sub-version of the search script. Instead of returning the pictures, it just returns the number of pictures. I don't have the link with me now, but the script is on the server and I'll send you the link later in the day. > 13 speed limits should return a set of proper sentences that tell the > location of each sign they should be the links to the pictures. we thought > this would not only save on bandwidth but also needless

download time for > the client and the abiltiy to print out any single image without the rest. > I'll change the way the speed limit search results are displayed so that the images aren't actually displayed until one is selected. Your bandwidth concern seems well justified. > 14. we need to be able to delete, modify and upload from the same place, I > dont suppose it matters if it links to a diferent page but it has to be > smooth and easy. OFTEN BACKEND WILL HAVE A PICTURE THAT THEY ARE TRYING TO > FIND A HOME FOR AND they will be checking the intersections they believe it > belongs in and when they find it they need to be able to just click and > upload. > The upload page will be smoothly accessible from the modification page. I haven't uploaded the latest version with the link in it though. I'll do that when I get back to my system later. When you say they need to be able to just click and upload, I assume you mean after they've entered the parameters for that image, right? Parametes meaning direction, street1, street2, extra info, etc... > 15. what measures are inplace for client requests that do not have a > coresponding photographer that is preassigned the territory? this seems like > it could happen regularly through either misspelling or through the use of > another name for an area than the one we are using. it seems like it should > instatnly be delivered to a open email accouunt so that after the dispatcher > sees that no one has responded to it within the 40 minutes she will see that > it is unassigned. > My team has found what we feel is a good solution to this problem, and I'd like to run it by you. Instead of identifying photographer locations by name, we thought it would be better to do them by zip code instead. That way, there would be the type of one to one correspondence necessary to map locations to photographers. Also, it provides an easy and powerful notation for assigning photographers to locations. For example, you could assign a photographer to a specific zip code, like 02138, which would just be the Harvard part of Cambridge, or you could assign him to 021XX, where each 'X' could be any number. That way, the zip code 021XX encompasses all of the Boston area in one simple code. You can also use this to make exceptions. An example of this would be if photographer #1 was assigned to 021XX and photographer #2 was assigned to 02138. That would mean that photographer #1 was really assigned to all zip codes starting with 021 except for 02138 (because that code was assigned to photographer #2) Tell me if you think this system works -- I think it's very good. > 16. will the counter stop once the pictures are uploaded so we can track > response times? > I hadn't considered this but it definitely can, and it makes sense to do so. > 17. intervals for auto generated emails to remind photographers of > unfinished requests should be 6 hours left, 3 hours left and 1 hour left. it > would be ideal if you can show me in the program where things like this can > be modified as we progress. > I'll change these, and when everything is complete, we can discuss how to change these. > 18. start claim #s at 00187000. > Sure. > 19. dispatchers should have 1/2 hour to verify pictures. > Sure. > 20. adjusters should recieve auto gen email with link to pictures. (i would > like to be testing allof this on wednesday. > That's working right now. > 21. there should be a place where adjusters can view their last images and > comments say last 30 or 60 requests. > That's already on the live site. There are links to those options on the main page. > 22. layout styles should keep the same page and should have the following > four layouts > 1) pictures on left, comments on right, title underneath picture > 2) pictures on right, comments on left, title underneath picture > 3) only 2 pictures per page with writing

underneath and a line > seperating one from the othr > 4) just one picture per page, writing and comments underneath and > all words showing on all pages to give a proffesional > appearance when printed out. > A button as we discussed, in the corner to change appearance would be > the ideal way for adjsuters to choose how they will lay out the page. > Thanks for the specs on these. I'll put them into action asap. > I am really looking forward to seeing this all in action, please push to > deliver what you need to in order for our wednesday tests. It has been a > real pleasure working with you thus far. Hope all is well. thanks Paul > There are a lot of requests here, but everything will be functional by Wednesday for your tests. It has been good working with you as well. Since we'll basically be done on Wednesday, we should figure out what we'll be doing for payment for the site. As written in the contract, the first payment is due on the date of delivery, so please have that ready to be sent out as soon as everything is done. I'll email you again later with an update of everything I've done today. Best, Mark

fri, jul 25
re:admin page

Paul, I added the scroll box to the edit images page. First you click to select the city (Miami is the only city right now) and then after you've hit the button, the second scroll box populates with all of the intersections from that city. From here you can select an image and press the button again, and the page will reload with a box to edit the fields of that image. You also have the option to delete that image from the databse. In terms of uploading, I decided it would probably be better to do that through a different page so you can find that page at: http://www.streetfax.com/photographers/upload.php <http://65.54.172.250:80/cgi-bin/linkrd?_lang=EN&lah=035575a2d750bebef17b3b0b5377c711&lat=1061814160&hm___action=http%3a%2f%2fwww%2estreetfax%2ecom%2fphotographers%2fupload%2ephp> This page currently only supports uploading of zip archives. It was designed this way to optimize transfer speeds and so that multiple files could be uploaded to the server at the same time. Tomorrow by about 2pm, we will have the functionality implemented to upload single image files that are not zipped. This will probably be the easiest way to upload single files to the server, although it will still be a faster transfer if you zip the images first. I also put together working copies of the pages to view recent searches and recent comments. You can access these pages from the main page after you've logged in. Their style will be adapted to that of the rest of the site when Andy sends me the colors I need. I'll send you specific directions and information about each function in the photographer interface as I write them up. I'll have time to write up a walk-through for the photographer backend tomorrow afternoon once all the uploading stuff is taken care of. As of now, all of the requested functionality is in place and we just need to fit everything to conform to Andy's design and your requests before the whole thing will be ready to go. As always, please send comments on all pages you review. Thanks! Mark

wed jul 23rd
re:admin page

Paul, I just optimized the search a little so now the admin image edit page should work

pretty quickly. You can find it at: http://www.streetfax.com/admin/editimage.php  The way it works is you first run a search through the database. You can search with either one term or two. If you want to search with only one term, leave the second box blank. When you search, a list of all images matching all of the terms you've entered will appear. You can see their information as displayed in a table, or you can click on one of two links for each image. The first link on the left is the image's ID in the database. Clicking this link will bring you to another page where you can edit that image's entry in the database. The second link is to see the actual image in the database. This page wasn't covered in the spec, so I wasn't exactly sure how you wanted it done. If you want some sort of batch editing as well, could you explain what you want done and I'll get on that immediately. Tell me if you have any problems with the page. And also, you probably shouldn't make any changes that you don't actually mean to change (in case you wanted to test out the pag) because the page actually updates the live database. Mark


jul 22nd

Paul, I was about to send you the link last night for that page when I found a bug in the script. I've fixed the bug, but I want to make sure there are no others, so I'll send you the final page sometime this evening. I was also wondering what was going on with Verisign. We need that account and information before we can finish the site, unless you want to forgo that part of it for the time being. Everything is taking a bit longer than expected because of all the infrequent contacts between the three of us. At this point, all of the functionality should be present in the front-end and back-end besides the different layouts, which I still need to hear from you what the layouts are, the administration page, which will be completed by tonight, and the verisign scripts, which cannot be completed until we have all of that information. Have you had a chance to thoroughly look through everything that you have so far to make sure it's how you want it? Let me know if you want anything changed, and I'll continue to keep you posted with progress updates. Mark

Andy, I implemented your pages and everything seems to be working well. You can now go to www.streetfax.com and begin the login sequence. I was actually wondering if this is what you wanted to have happen. You named the login page index.htm which means that it should be the default page, but it might make sense so have another page where people who don't have accounts can get a sense of the site. This is just something to ask Paul, but it would be helpful for me to know how the site is going to be mapped out as well. One piece of layout difficulty I'm having is that the login pages you gave me have both the username and password fields as textboxes. I changed this so the password field would be a password box -- this way the password will appear as asterisks rather than the actual password. However, something strange is happening with the HTML where the two boxes are not the same length. Can you take a look at that for me and tell me if you have any ideas on how to get that to work better with the layout? If you go to www.streetfax.com you'll see what I mean. Besides that, everything looks great. On Paul's request, I have thrown together two extra pages that allow adjusters to see recent searches they've done and all of

the comments they've written respectively. For these pages, I'm displaying the results in a table where each row is a recent search or a comment they've written. I think it would look nice to have the rows alternate in colors, so could you pick out a couple of colors for me? I'll modify the style-sheet myself so you don't need to worry about that. Thanks! Mark On Mon, 21 Jul 2003, Reed, Andy (WLS) wrote: > Morning Gentlemen, > > I just wanted to get a follow up response. How are things going on both of > your ends. It's been a while since I've heard from Either of you. Mark, did > you get those files I sent you? Did they work smoothly for you? I'd be happy > to send them again. Paul, how are things on your front? Is there anything > else that you require from me? > > Just curious to see where things stand. Hope you're both well and I hope to > hear back from you soon, > Andy >

jul 20th

re:requested changegs

Paul, Sorry, I gave you the wrong url last time. There is an "s" in photographers... http://www.streetfax.com/photographers/index.html <http://65.54.172.250:80/cgi-bin/linkrd?_lang=EN&lah=b88f40940578a3aae81081129c9a40a3&lat=1061814390&hm_action=http%3a%2f%2fwww%2estreetfax%2ecom%2fphotographers%2findex%2ehtml> Let me know if that doesn't work for you -- it works for everyone here. Sorry for the delay. Mark On Sun, 20 Jul 2003, paul ceglia wrote: > Mark, Hope all is well. I have tried the back end link several times > including today sunday and it says file not found. I assume your partner had > some unexpected delays. I did recieve an email from requests at streetfax > but it didnt say what to do, it looked like a sample that the photographers > would recieve. let me know whats up, Could you tell me how I will need to > upload new data to the site so we can begin to do so. It seems very > difficult to really get an understanding of how the engine works without > more pics on there. thanks Paul > > > >From: Mark Elliot Zuckerberg <mzuckerb@fas.harvard.edu </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=mzuckerb@fas.harvard.edu&msg=MSG1058731203.26&start=700778&len=3436&src=&type=x>> > >To: paul ceglia <paulceglia@msn.com </cgi-bin/compose?curmbox=F000000001&a=d6b5d89c635ccd5ee966013dc4cd8d54&mailto=1&to=paulceglia@msn.com&msg=MSG1058731203.26&start=700778&len=3436&src=&type=x>> > >Subject: Re: requested changes? > >Date: Fri, 18 Jul 2003 04:55:32 -0400 (EDT) > > > >Paul, > > > >Just to keep you posted, I've made most of the changes you requested in > >your last email, and I have heard from my partner that the back end > >database will be up by 1pm today. The url for that page is: > > > >http://www.streetfax.com/photographer/index.html > >You can use the username/password admin/admin for now. If you get this > >before 1pm, try to hold off on going to the site until he gets to make > >sure everything is up there. > > > >I wrote the script that allows adjusters to view recent searches they have > >made, but I was wondering what you wanted to do for viewing comments. Do > >you just want to make a list of all the images they have made comments > >for and display that? Also, I went to implement the different layouts for > >the search results but I couldn't find them anywhere in my email. Could > >you please resend those layouts. Thanks! > > > >As always I'll keep you posted as things change, and please keep me posted > >on your

comments. > > > >Mark

wed july 16th

Paul, I apologize for the delay in showing you the backend. I am waiting for word back from my partner, and he hasn't gotten back to me in two days. In the meantime, I am sure you have noticed the changes I've been making to the search part of the site, and I was wondering if you had any input for me on those. Andy sent me all the files for the front-end of the website, so I plan on having those all online within a day or two. Do you have any word from verisign yet? With the final pages and style from Andy received on the 14th, we should be set for a release date of the 21st. If everything is set with verisign within the next couple of days, we should be able to get all the billing stuff in there. Otherwise, I guess I'll just add it as soon as it's ready. I'll keep you posted, and please send me any comments you have about the site so far. Mark

A NUMERIC LIST OF ISSUES

Hey guys, Please address each oneof the following issues with its own email, preferabley with the corresponding number in the subject. It would greatly increase my ability to track our ironing. thanks paul


 numeric list of issues:


1. link to home page needs


2.  new sample pages must be up


3. after initial search clients are not returned to a page where the top ten closest matches appear on the top half and where on the bottom they enter the town info for "a more detailed search" that then takes them to a screen if there are still no exact matches that has the ten closest in that town on top and the hourglass emblem on the bottom wtih all of the pertianant fields already entered for a special request guaranteed within 24 hours.


4. algorythm Though I understand that mark feels somewhat protective of his ideas in regards to this issue, it is vital to our business to participate in and clearly understand how searches are being performed. a comprehensive understanding of the formula should be discussed.

5.a list of codings you have that are translated into sentence structure.and the ability for us to undersand how to insert additional codings

6. codings are not appearing in fourth field info in the back end, though they exist in the file name, they do not appear as the proper sentences they should be.

7. on the back end modify, how does one add comments to the picture that will stay with the picture.

8.number of images search on the back end should be able to be sorted by street intersection or by number of matching pictures and then be capable of linking into that intersection so that changes can be performed without exiting that search and trying to transfer that info over into a single picture search in the modify and delete section of the backend.

9.speed limit searches should produce results that give the adjuster a series of proper sentences that contain the speed limit itself.

10.should be able to modify , or delete a picture that already exists in the database from the same location without having to reenter info elsewhere.

11. I see that in some areas photographs are being duplicated within the database, with the same file names, what could cause this issue?

12.will counter stop counting when pictures are uploaded are the six hour 3 hour and 1 hour alerts in place?

13 why does color break down on apparently irregular intervals in the midst of the streetfax logo on top of the home page

14. The modify and delete should have the ability to search by single photograph and by intersection so that an entire intersection could be called up and then any single picture within it modified or any picture in it deleted and ideally would provide us with the opportuntiy to upload an additional picture into it.

15. I twould be great if on the email the photographers get that it included the name of the requesting adjuster and telephone number so that if clarity needed to be gained an adjuster could be contacted directly.

16   has the ability to delete an entire town been added

17   when i attempted to accept the request assigned to me as a photographer an error appears stating "line 78, char 2".

18. when an adjuster types more than the box permits after performing a search it will not print out the extra comments. we think it might be best if one long comments box appeared down the whole side of the picture when comments are made to individual photographs.

19.why does mike and carol appear as a search every time a search is performed? this might be answered within question 4.

20.strange scripting appears occasionally when i try to use the back button to return to a previous page, one veritcal line of text in the midle of thescreen

21.adjuster preferences should allow the adjsuter to choose between whether images appear on left of screen or right or only two per printable page or one. we dont want pictures getting cut off in the middle as they print. text should always remain constant as centered under each picture.

22. we have attempted to upload and the page seems to time out each and every time, the bar goes for a bit at the bottom and then "page cannot be displayed at this time appears"

NEW REQUEST

(TO JEFF)

Jeff, your on some good thoughts there with the selcetion box, I think it would resolve the problem. I will order the emails tomarrow, regretfully today I am fairly tied up in meetings all day and wont get much else done. I would like to really stress that it seems vital to hav ea box on that same page so that as each picture is about to be uploaded that the photographer have a box to enter additional notes. This is something that happens quite frequently in specials collection. Someone may request a picture of 225 south elm st, or the point on jerico mile where the lanes reduce from 2 lanes to only one. the adjuster may add comments about particulars but when a photographer arrives on the scene there may only be a 223 south elm and a 229. In which case the photographer must make special notations about such or run the risk of providing mis info. " 223 is the yellow house on the right the next house, the white one is 229, I have taken this shot of the house number to verify the same" In the lane reduction shots one might write" this photograph is aclose up of the lane change, please refer to the more distant photograph takaen from the north to see it in relationship, there is an approx 5 feet of room between the curb and the white line at the point in the reduction where the fire hydrant is". occasionally there might be the need for more info but usually that would be the extent of it

The growing pains children, mike and carol are a bit concerning for me, After meeting with the team last night, everyone seems to agree that we have the right to understand in advance of payment the algorythm and what it is doing, Personally I felt we were going to be included in making such a large determination about how our product was used. I will truely regret it if we reach a disagreement here with mark.

As far as deleting a whole town goes, once these inittial photos have run thier course(5 years) we will be recollecting each town and refreshing the entire databaase one town at a time, at that point eachtown will hae to be delted in its entirity. I agree that it should be a page that only I should be able to access.

perhaps we should have a discussion about the billing system so that you can have a clear picture of it before you begin?