UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                        Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**CERTIFICATE OF SERVICE**

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. 1746, that on the 17th day of November, 2011, I caused the following documents to be filed with the Clerk of the District Court for the Western District of New York using its Case Management/Electronic Case Filing System which would then electronically notify all counsel of record in this case:

1. Notice of Motion for Order Prohibiting Defendants from Reliance on any Argument in any dispositive motion filed before or at the end of Expedited Discovery that Email Exchanges Between Ceglia and Zuckerberg are Frauds; and

2. Memorandum in Support of Notice of Motion for Order Prohibiting Defendants from Reliance on Argument that Email Exchanges Between Ceglia and Zuckerberg are Frauds with Exhibits A and B; and

3. Declaration of Paul Ceglia; and

4. Declaration of Jerry Grant.

DATED:  October 27, 2011

/s/Dean Boland
---

Dean Boland
18123 Sloane Avenue
Lakewood, Ohio 44107
216-236-8080 phone
866-455-1267 fax
dean@bolandlegal.com
ATTORNEY FOR PAUL D. CEGLIA