# EXHIBIT 1

Case 4:10-cv-05599-RDR-WGFD Document 65032-6 Filed 08/15/11 Page 1 of 3

EXHIBIT 1

# Tyler Meade

| | |
|---|---|
| **From:** | Cooper, Monte <mcooper@orrick.com> |
| **Sent:** | Friday, August 05, 2011 11:18 AM |
| **To:** | jfalk@howardrice.com; sselegue@howardrice.com; sdanaye-elmi@howardrice.com; nrosenthal@howardrice.com; Tyler Meade; micheal@meadeschrag.com; Mike Petrella; soshea@osheapartners.com; john.hornick@finnegan.com; Mosko, Scott; sholtzman@bsfllp.com; Michael Underhill; tmason@zuckerman.com; lbarclay@zuckerman.com; peb@sally-fitch.com; rmm@sally-fitch.com; ajg@sally-fitch.com; Dan Tighe; Gordon Katz; 'Evan Parke'; pdurney@cornellgollub.com; smaselli@cornellgollub.com; smcconchie@gtmllp.com; Adam Wolfson; David Azar; Esquenet, Margaret; Rick Werder; Renee Bea; lee.gesmer@gesmer.com; Joseph Laferrera (joe.laferrera@gesmer.com) |
| **Cc:** | Chatterjee, Neel; Rosenkranz, E. Joshua; Sutton, Theresa A.; Dalton, Amy; Mudurian, Karen N.; Steven Bauer; sdevarasetty@proskauer.com; apb@hogefenton.com; Dalton, Amy; Mudurian, Karen N. |
| **Subject:** | Request for Notice of Compliance with Protective Orders |
| **Attachments:** | 2005.07.06 Executed Second Protective Order.pdf; 2006.01.23 - Executed Stipulated Protective Order (Judge Manoukian).pdf |

Counsel:

On July 21, 2011, Judge Woodlock dismissed with prejudice *ConnectU, Inc., et al v. Facebook, Inc. et al*, No. 07-10593-DPW (District of Massachusetts) (consolidated with 04-11923-DPW). As a result of the dismissal of these cases, and the separate exhaustion of all appellate remedies in the Ninth Circuit by the ConnectU Founders, we ask that you confirm by August 21, 2011, that you and your consultants have destroyed and/or returned all documents produced in either of the consolidated cases, in conformance with Section 15 of the Executed Second Protective Order entered by the Court in the District of Massachusetts, and Section 6.1 of the Protective Order entered by the Court in California. For their part, the Facebook defendants intend to return all confidential documents to the parties from which they originated.

Thank you,

Monte Cooper

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E- MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US

IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND
PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM.
THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/
===========================================================