# EXHIBIT 2

EXHIBIT 2

# Tyler Meade

| | |
|---|---|
| **From:** | Cooper, Monte <mcooper@orrick.com> |
| **Sent:** | Friday, August 05, 2011 11:25 AM |
| **To:** | jfalk@howardrice.com; sselegue@howardrice.com; sdanaye-elmi@howardrice.com; nrosenthal@howardrice.com; Tyler Meade; micheal@meadeschrag.com; Mike Petrella; soshea@osheapartners.com; john.hornick@finnegan.com; Mosko, Scott; sholtzman@bsfllp.com; Michael Underhill; tmason@zuckerman.com; lbarclay@zuckerman.com; peb@sally-fitch.com; rmm@sally-fitch.com; ajg@sally-fitch.com; Dan Tighe; Gordon Katz; 'Evan Parke'; pdurney@cornellgollub.com; smaselli@cornellgollub.com; smcconchie@gtmllp.com; Adam Wolfson; David Azar; Esquenet, Margaret; Rick Werder; Renee Bea; lee.gesmer@gesmer.com; Joseph Laferrera (joe.laferrera@gesmer.com) |
| **Cc:** | Chatterjee, Neel; Rosenkranz, E. Joshua; Sutton, Theresa A.; Dalton, Amy; Mudurian, Karen N.; Steven Bauer; sdevarasetty@proskauer.com; apb@hogefenton.com; Dalton, Amy; Mudurian, Karen N. |
| **Subject:** | Request for Notice of Compliance with Protocol |
| **Attachments:** | 2007.09.13 Order for Disco on Computer Devices - PROTOCOL [103].pdf |

Counsel:

On July 21, 2011, Judge Woodlock dismissed with prejudice *ConnectU, Inc. et al v. Facebook, Inc. et al*, No. 07-10593-DPW (District of Massachusetts) (consolidated with 04-11923-DPW). As a result, in accordance with the September 13, 2007 order for the Discovery of Computer Memory Devices entered by the Court in the District of Massachusetts (Dkt. No. 103), Parmet and Associates is required to:.

> . . . erase and scrub the memory devices containing any code, fragments, or other data retained by Parmet and Associates and certify to Facebook Defendants' counsel that the code, fragments, and/or other data have been irretrievably deleted therefrom, and delete and destroy all work materials associated with the Facebook Hard Drives, including all information copied to any computer in connection with the searches of the Facebook Hard Drives, and certify such deletion and destruction to Facebook Defendants' counsel.

Please immediately confirm that Mr. Parmet has complied with this Section 13 of the Order for Discovery of Computer Memory Devices, and provide me with the requisite certification by Parmet and Associates. Further, please confirm that your firm also does not have in its possession, custody or control any of the content from the hard drives subject to the "erase and scrub" conditions set forth in Section 13 of the Order for Discovery of Computer Memory Devices.

Thank you,

Monte Cooper

---

IRS Circular 230 disclosure: To ensure compliance with requirements imposed by the IRS, we inform you that any tax advice contained in this communication, unless expressly stated otherwise, was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding

1

tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.

___

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

___