UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

Civil Action No. : 1:10-cv-00569-RJA

                              Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

**DECLARATION
OF DEAN BOLAND IN SUPPORT
OF MOTION FOR TRO AND FOR
SANCTIONS AGAINST
DEFENDANTS AND DEFENSE
COUNSEL**

                              Defendants.

DECLARANT, submits this declaration and hereby declares under penalty of

perjury and pursuant to 28 U.S.C. 1746 and under the laws of the United States

that the following is true and correct:

1.    I make this declaration upon personal knowledge.

2.    I am counsel for Mr. Ceglia in this matter.

3.    Following a phone conference with opposing counsel and this court on

      November 23, 2011, I caused to be sent to opposing counsel several email

      messages and attachments to those messages.

4.    Complete and accurate copies of those email messages are reflected in Exhibits

      H, I, J, K and L attached to the Memorandum of Law in Support of Motion for

      Temporary Restraining Order and For Sanctions filed in this matter on

      November 25, 2011.

      I hereby and hereby declare under penalty of perjury and pursuant to 28

1

U.S.C. 1746 and under the laws of the United States that the following is true and correct:

DATED: November 25, 2011.


/s/ Dean Boland
_____
Declarant