UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---------------------------------------- x
PAUL D. CEGLIA, :
:
       Plaintiff, :
:
  v. : Civil Action No. 1:10-cv-00569-RJA
:
MARK ELLIOT ZUCKERBERG and :
FACEBOOK, INC., :
:
       Defendants. :
---------------------------------------- x

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 1st day of December, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Notice of Their Fourth Motion to Compel and for Other Relief, Defendants' Proposed Order Granting Expedited Hearing and Setting Response Deadlines, Defendants' Memorandum of Law in Support of Their Fourth Motion to Compel and for Other Relief, and the annexed Declaration of Alexander H. Southwell, Esq. and accompanying exhibits.

Dated:   New York, New York
           December 1, 2011

                                        /s/ Orin Snyder
                                        Orin Snyder

                                        GIBSON, DUNN & CRUTCHER LLP
                                        200 Park Avenue, 37th Floor
                                        New York, NY 10166-0193
                                        (212) 351-4000

                                        *Attorneys for Defendants*
                                        *Mark Zuckerberg and Facebook, Inc.*