UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                                                    Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                                                    Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**NOTICE OF MOTION TO STRIKE DOC. NO. 266.**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, Mr. Ceglia will move this Court, at a date and time to be set by the Court, for an order:

1. Striking Doc. No. 266.

Pursuant to Local Civil Rule of Procedure 7 of this Court, Plaintiff states his intention to file and serve a reply to Defendants' response to this motion.

                                                    Respectfully submitted,

                                                    /s/Dean Boland

Paul A. Argentieri
188 Main Street
Hornell, NY 14843
607-324-3232 phone
607-324-6188
paul.argentieri@gmail.com

Dean Boland
18123 Sloane Avenue
Lakewood, Ohio 44107
216-236-8080 phone
866-455-1267 fax
dean@bolandlegal.com

1