```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
PAUL D. CEGLIA,                     :
                                    :
                Plaintiff,          :
                                    :         **ORDER**
        v.                          :
                                    :         10-cv-00569A(F)
MARK ELLIOT ZUCKERBERG and          :
FACEBOOK, INC.,                     :
                                    :
                Defendants.         :
------------------------------------X
```

WHEREAS, on November 3, 2011, the Court having ordered Plaintiff to provide his consent to the inspection of his Gmail.com account specified in Plaintiff's August 29, 2011 declaration, paulceglia@gmail.com ("Gmail Account");

WHEREAS, on November 30, 2011, Plaintiff provided his consent to the inspection of the Gmail Account to Google, Inc. ("Google");

WHEREAS the Court having been advised that Google requires an additional court order directing its compliance with the Court's November 3, 2011 Order and the provision of data to Defendant or its experts pursuant to Plaintiff's consent;

WHEREAS Defendants having requested entry of an Order directing Google to comply with the Court's November 3, 2011 Order and provide the data and content pursuant to Plaintiff's consent;

IT IS HEREBY ORDERED for good cause shown that Google shall comply with the Court's November 3, 2011 Order; and it is further

ORDERED that, on or before December 21, 2011, Google shall produce to Stroz Friedberg any Gmail Account information, including access logs, usage logs, and registration

records, as well as any preserved copies of the Gmail Account as authorized by the consent of Plaintiff provided to Google on November 30, 2011; and it is further

ORDERED that the production and inspection of the Gmail Account shall be conducted pursuant to the Electronic Asset Inspection Protocol (Doc. No. 85).

SO ORDERED this 15th day of December 2011.

/s/ *Leslie G. Foschio*

HONORABLE LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE