UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                                        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                                        Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**NOTICE OF FILING OF BRIEF IN RESPONSE TO COURT'S ORDER DOC. NO. 272**

PLEASE TAKE NOTICE that the accompanying Memorandum of Law was filed to assist the court with various issues as indicated in its order Doc. No. 272.

                                        Respectfully submitted,

                                        /s/Dean Boland

| | |
|---|---|
| Paul A. Argentieri | Dean Boland |
| 188 Main Street | 18123 Sloane Avenue |
| Hornell, NY 14843 | Lakewood, Ohio 44107 |
| 607-324-3232 phone | 216-236-8080 phone |
| 607-324-6188 | 866-455-1267 fax |
| paul.argentieri@gmail.com | dean@bolandlegal.com |

1