UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

        Plaintiff,

  v.                               Civil Action No. 1:10-cv-00569-RJA

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## CERTIFICATE OF SERVICE

     I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 21st day of December, 2011, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case:  Defendants' Memorandum in Opposition to Ceglia's Motion for Sanctions Against Defendants and Defense Counsel, and the annexed Declaration of Alexander H. Southwell, Esq. and accompanying exhibit.

Dated:    New York, New York
            December 21, 2011

                                                   /s/ Orin Snyder
                                                   Orin Snyder

                                                   GIBSON, DUNN & CRUTCHER LLP
                                                   200 Park Avenue, 37th Floor
                                                   New York, NY 10166-0193
                                                   (212) 351-4000

                                                   *Attorneys for Defendants*
                                                   *Mark Zuckerberg and Facebook, Inc.*