UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

        Plaintiff,

  v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 1:10-cv-00569-RJA

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 20th day of January, 2012, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Fee Application, and the annexed Declaration of Alexander H. Southwell, Esq. and accompanying exhibits.

Dated:    New York, New York
             January 20, 2012

                                    /s/ Orin Snyder
                                    Orin Snyder

                                    GIBSON, DUNN & CRUTCHER LLP
                                    200 Park Avenue, 37th Floor
                                    New York, NY 10166-0193
                                    (212) 351-4000

                                    *Attorneys for Defendants*
                                    *Mark Zuckerberg and Facebook, Inc.*