UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
------------------------------------- x

PAUL D. CEGLIA,

             Plaintiff,

v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

             Defendants.
------------------------------------- x

Civil Action No. 1:10-cv-00569-RJA

**SUPPLEMENTAL DECLARATION OF ALEXANDER H. SOUTHWELL IN SUPPORT OF DEFENDANTS' FEE APPLICATION**

I, ALEXANDER H. SOUTHWELL, hereby declare under penalty of perjury that the following is true and correct:

1. I am an attorney licensed to practice law in the State of New York and admitted to practice before this Court. I am a partner in the New York office of the law firm of Gibson, Dunn & Crutcher LLP ("Gibson Dunn"), counsel of record for Mark Elliot Zuckerberg and Facebook, Inc. ("Facebook") in the above-captioned matter. I make this Supplemental Declaration in Support of Defendants' Fee Application (Doc. No. 285). I have personal knowledge of the information set forth herein based upon my direct involvement in the matters at issue and upon my review of the document referenced below.

2. Attached hereto as Exhibit A is a true and correct copy of a document entitled "Lawsuit Overview.pdf," which Plaintiff produced to Defendants in unredacted form pursuant to this Court's determination that the document is neither privileged nor confidential. *See* Order (Doc. No. 208), ¶14.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 1st day of February, 2012 at New York, New York.

                                                                                            /s/ Alexander H. Southwell
                                                                                           Alexander H. Southwell