UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| PAUL D. CEGLIA, | |
| Plaintiff, | |
| v. | Civil Action No. 1:10-cv-00569-RJA |
| MARK ELLIOT ZUCKERBERG and FACEBOOK, INC., | |
| Defendants. | |

---

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 1st day of February, 2012, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Reply Memorandum in Support of Their Fee Application, and the annexed Supplemental Declaration of Alexander H. Southwell, Esq. and accompanying exhibit.

Dated:   New York, New York
         February 1, 2012

/s/ Orin Snyder
Orin Snyder

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 37th Floor
New York, NY 10166-0193
(212) 351-4000

*Attorneys for Defendants*
*Mark Zuckerberg and Facebook, Inc.*