UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

         Plaintiff,

   v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

         Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action No. 1:10-cv-00569-RJA

## CERTIFICATE OF SERVICE

      I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 24th day of February, 2012, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case:  Defendants' Supplemental Fee Application, and the annexed Declaration of Alexander H. Southwell, Esq. and accompanying exhibit.

Dated:   New York, New York
           February 24, 2012

                                      /s/ Orin Snyder
                                      Orin Snyder

                                      GIBSON, DUNN & CRUTCHER LLP
                                      200 Park Avenue, 37th Floor
                                      New York, NY 10166-0193
                                      (212) 351-4000

                                      *Attorneys for Defendants*
                                      *Mark Zuckerberg and Facebook, Inc.*