UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
PAUL D. CEGLIA, :
:
           Plaintiff, : **ORDER**
:
   v. : Civil Action No. 1:10-cv-00569-
: RJA-LGF
MARK ELLIOT ZUCKERBERG and :
FACEBOOK, INC., :
:
           Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    WHEREAS, Plaintiff Paul D. Ceglia has consented to the inspection of his Gmail.com accounts specified in Defendants' Fifth Motion to Compel, alleganypellets@gmail.com and getzuck@gmail.com ("Gmail Accounts") and on February 17, 2012, provided Defendants an executed consent form for inspection of the Gmail Accounts;

    WHEREAS the parties having jointly requested entry of an Order directing Google, Inc. ("Google") to provide the data and content related to the Gmail Accounts pursuant to Plaintiff's consent and the Court having approved this request by text order on February 23, 2012;

    IT IS HEREBY ORDERED for good cause shown that Google shall, on or before March 5, 2012, produce any information, including access logs, usage logs, registration records, and content for the Gmail Accounts, as well as any preserved copies of the Gmail Accounts, as authorized by the consent of Plaintiff attached hereto; and it is further

    ORDERED that Ceglia shall, within one calendar day of the date of this Order, log in to both Gmail Accounts and once logged in, draft and send an email from each account to google-legal-support@google.com that (1) attaches a signed copy of this Court's Order and (2) states that "I, Paul Ceglia, am the only user for this account [alleganypellets@gmail.com/ getzuck@gmail.com] and expressly consent to Google Inc. disclosing the content of the email

and attachments previously or currently stored in the account, including content I may have deleted but that may remain reasonably accessible on Google's active servers, to my counsel, [insert name and full contact and mailing information for user's counsel]. I also expressly consent to Google Inc. disclosing volume information, including the total size of the disclosure and number of emails, to my counsel and Defendants' counsel at ASouthwell@gibsondunn.com"; and it is further

ORDERED that Ceglia's counsel, upon receipt of any production from Google pursuant to this Order, shall send on the same day the original production to Bryan Rose at Stroz Friedberg by overnight delivery; and it is further

ORDERED that the inspection of the Gmail Accounts by Stroz Friedberg and any subsequent production to Defendants shall be conducted pursuant to the Electronic Asset Inspection Protocol (Doc. No. 85).

SO ORDERED this 27th day of February 2012.

HONORABLE LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Page 1 of 2

## Gmail by Google

**Authorization to Release Account Information Voluntary Consent Form and Declaration**

I, _____Paul D. Ceglia_____, knowingly and voluntarily grant my consent authorizing Google Inc. (hereinafter "GOOGLE") to produce to Stroz Friedberg LLC, pursuant to the checked information below,

- ✓ Registration/Billing Data
- ✓ IP Logs
- ✓ All email content
- ✓ Contents of any preserved account

held by GOOGLE relating to my Gmail accounts, alleganypellets@gmail.com, and getzuck@gmail.com, also as listed below.

I hereby expressly authorize GOOGLE to release all information (as checked above) held by GOOGLE relating to my GMAIL accounts listed above to:

Stroz Friedberg LLC
ATTN: Bryan J. Rose, Managing Director
32 Avenue of the Americas, 4th Floor
New York, New York  10013
Tel.: 212.981.6549
Email: brose@strozfriedberg.com

I hereby release GOOGLE, their directors, officers, employees, agents, successors and assigns from and for the release of information related to my GMAIL Account pursuant to this Authorization, and do forever waive and covenant not to sue on my behalf and on behalf of all my heirs and assigns, any and all claims or causes of action, known or unknown, arising out of or relating to, in whole or in part, GOOGLE's disclosure of information related to my GMAIL Account pursuant to this Authorization.

I hereby indemnify and hold GOOGLE, and its, and their successors and assigns harmless from and against any and all claims, damages, liabilities, fees, and expenses relating to or arising, out of, in whole or in part, GOOGLE's release of information related to my GMAIL Account pursuant to this Authorization.

(Provide the following information, matching that of the account in question)

**alleganypellets@gmail.com:**

Account Logon Name to alleganypellets@gmail.com:

_____*Allegany pellets*_____

First and Last Name on the Account: _____*Allegany Pellets*_____

City, State, Zip (country/postal code): Wellsville New York 14895

**getzuck@gmail.com:**

Account Logon Name to getzuck@gmail.com:

GetZuck

First and Last Name on the Account: Paul Ceglia

City, State, Zip (country/postal code): Wellsville NY 14895

**DECLARATION**

I, Paul D Ceglia , declare under penalty of perjury under the laws of the United States of America and of the State of New York that I am the Primary Account Holder and that all of the above information is true and correct.

Primary Account Holder's Signature: _[signature]_

Printed Name: Paul Ceglia

Date: Feb 17th 2012