UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                      Plaintiff,

v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

                      Defendants.

Civil Action No.: 1:10-cv-00569-RJA-LGF

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that Sanford P. Dumain of Milberg LLP hereby appears as counsel for Paul D. Ceglia, Plaintiff in the above-captioned matter.

Dated: New York, New York
       March 5, 2012

                                        By:   s/ Sanford P. Dumain
                                        MILBERG LLP
                                        One Pennsylvania Plaza
                                        New York, NY 10119-0165
                                        Tel: (212) 594-0300
                                        Fax: (212) 868-1229
                                        Email: sdumain@milberg.com

                                        *Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                    Plaintiff,

v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

                    Defendants.

Civil Action No.: 1:10-cv-00569-RJA-LGF

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 5, 2012, I caused the foregoing Notice of Appearance to be filed with the Clerk of the District Court using its CM/ECF System, which would then electronically notify counsel for Defendants via CM/ECF:

| | |
|---|---|
| Orin S. Snyder<br>Alexander H. Southwell<br>Gibson, Dunn & Crutcher, LLP<br>200 Park Avenue, 47th Floor<br>New York, NY 10166-0193<br>212-351-3981<br>osnyder@gibsondunn.com<br>asouthwell@gibsondunn.com | Terrance P. Flynn<br>Harris Beach LLP<br>Larkin at Exchange<br>726 Exchange Street<br>Suite 1000<br>Buffalo, NY 14210<br>716-200-5050<br>tflynn@harrisbeach.com |
| Lisa T. Simpson<br>Orrick, Herrington & Sutcliffe LLP<br>51 West 52nd Street<br>New York, NY 10019<br>212-506-5000<br>lsimpson@orrick.com | Thomas H. Dupree , Jr.<br>Gibson, Dunn & Crutcher LLP<br>1050 Connecticut Avenue, NW<br>Washington, DC 20036<br>202-955-8547<br>tdupree@gibsondunn.com |

Dated: March 5, 2012

                                          s/ Sanford P. Dumain