UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

Plaintiff,

v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

Defendants.

Civil Action No.: 1:10-cv-00569-RJA-LGF

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Jennifer L. Young of Milberg LLP hereby appears as

counsel for Paul D. Ceglia, Plaintiff in the above-captioned matter.

Dated: New York, New York
       March 5, 2012

By: s/ Jennifer L. Young_____
MILBERG LLP
One Pennsylvania Plaza
New York, NY 10119-0165
Tel: (212) 594-0300
Fax: (212) 868-1229
Email: jyoung@milberg.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                                    Plaintiff,

            v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

                                    Defendants.

Civil Action No.: 1:10-cv-00569-RJA-LGF

**CERTIFICATE OF SERVICE**

        I hereby certify that on March 5, 2012, I caused the foregoing Notice of Appearance to be

filed with the Clerk of the District Court using its CM/ECF System, which would then

electronically notify counsel for Defendants via CM/ECF:

Orin S. Snyder
Alexander H. Southwell
Gibson, Dunn & Crutcher, LLP
200 Park Avenue, 47th Floor
New York, NY  10166-0193
212-351-3981
osnyder@gibsondunn.com
asouthwell@gibsondunn.com

Lisa T. Simpson
Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY  10019
212-506-5000
lsimpson@orrick.com

Terrance P. Flynn
Harris Beach LLP
Larkin at Exchange
726 Exchange Street
Suite 1000
Buffalo, NY  14210
716-200-5050
tflynn@harrisbeach.com

Thomas H. Dupree , Jr.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, NW
Washington, DC  20036
202-955-8547
tdupree@gibsondunn.com

Dated: March 5, 2012

                                     s/ Jennifer L. Young