UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                              Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                              Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**DECLARATION
OF EDWARD FLAITZ**

DECLARANT, submits this declaration and hereby declares under penalty of perjury and pursuant to 28 U.S.C. 1746 and under the laws of the United States that the following is true and correct:

1. I make this declaration upon personal knowledge.

2. I am the owner of EDS Computers located at 180 Main St., Hornell NY 14843

3. I am also an IT expert and was hired by Attorney Paul Argentieri to observe and assist the Stroz Friedberg IT technicians recover his computer images on November 21, 2011 at his law office.

4. Afterwards, I was contacted by Mr. Argentieri that he needed another document forensically imaged and that he had contacted Stroz Friedberg to determine if they would hire me to recover the image in order to facilitate its recovery and not burden them with another trip to his law office. Mr. Argentieri received my permission and forwarded my contact information to

1

them.

5. Thereafter, on or about December 15, 20011, I was contacted by Stroz Friedberg to recover a document known as the "Lawsuit Overview" and Mr. Argentieri vis a' vis his secretary (Mr. Argentieri was in California) located it on an email with an attachment dated March 6, 2011.

6. Mr. Argentieri, over the telephone, instructed me to only copy the attachment, the "Lawsuit Overview."

7. However, I inadvertently copied the email of a Jason Holmberg dated March 6th, 2011, with the attachment "Lawsuit Overview . pdf" . and had it burned onto a cd and gave it to Mr. Argentieri's secretary.

8. Upon information and belief, Mr. Argentieri's secretary forwarded it to the Defendants.

I hereby and hereby declare under penalty of perjury and pursuant to 28 U.S.C. 1746 and under the laws of the United States that the following is true and correct:

DATED: March 12, 2012.

*Edward L Flaitz*
Ed Flaitz