UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

------------------------------------- x
 :
PAUL D. CEGLIA, :
 :
          Plaintiff, :
 :
   v. : Civil Action No. 1:10-cv-00569-RJA
 :
MARK ELLIOT ZUCKERBERG and :
FACEBOOK, INC., :
 :
          Defendants. :
------------------------------------- x

## CERTIFICATE OF SERVICE

    I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 19th day of March, 2012, I caused the following documents to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Reply Memorandum of Law in Support of Their Fifth Motion to Compel And For Other Relief; the Declaration of Matthew J. Benjamin, Esq.; the Declaration of Bryan J. Rose; and accompanying exhibits.

Dated:   New York, New York
           March 19, 2012

                                                               /s/ Orin Snyder
                                                               Orin Snyder

                                                               GIBSON, DUNN & CRUTCHER LLP
                                                               200 Park Avenue, 37th Floor
                                                               New York, NY 10166-0193
                                                               (212) 351-4000

                                                               *Attorneys for Defendants*
                                                               *Mark Zuckerberg and Facebook, Inc.*