UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                        Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**DECLARATION OF JASON HOLMBERG**

DECLARANT, submits this declaration and hereby declares under penalty of perjury and pursuant to 28 U.S.C. 1746 and under the laws of the United States that the following is true and correct:

1. I make this declaration upon personal knowledge.

2. Paul Argentieri retained my services as a consultant in February 2011 to assist him in prosecuting Paul Ceglia's lawsuit.

3. Paul Argentieri is the author, and not I, of the "Lawsuit Overview.pdf."

4. I assisted Paul Argentieri in assembling the documents parts, editing, proofreading, assembling and formatting the documents into a pdf that was sent to Paul Argentieri and Paul Ceglia, for the first time, in a separate attachment in my email to them on or about March 6, 2011.

I hereby and hereby declare under penalty of perjury and pursuant to 28 U.S.C. 1746 and under the laws of the United States that the following is true and correct:

1

DATED: March 30, 2012.

_____
Jason Holmberg