UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                        Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. 1746, that on the 29th day of March, 2011, I caused the following document to be filed with the Clerk of the District Court for the Western District of New York using its Case Management/Electronic Case Filing System which would then electronically notify all counsel of record in this case:

1. Declaration signed by Dean Boland, Doc. No. 340.

2. Declaration signed by Paul Ceglia, Doc. No. 339.

DATED: March 30, 2012

/s/Dean Boland

Dean Boland
1475 Warren Road
Unit 770724
Lakewood, Ohio 44107
216-236-8080 phone
866-455-1267 fax
dean@bolandlegal.com
ATTORNEY FOR PAUL D. CEGLIA