UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                        Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**CERTIFICATE OF SERVICE**

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. 1746, that on the 30th day of March, 2011, I caused the following document to be filed with the Clerk of the District Court for the Western District of New York using its Case Management/Electronic Case Filing System which would then electronically notify all counsel of record in this case:

1. Declaration signed by Jason Holmberg, Doc. No. 341.

DATED:  March 30, 2012

                        /s/Dean Boland

                        Dean Boland
                        1475 Warren Road
                        Unit 770724
                        Lakewood, Ohio 44107
                        216-236-8080 phone
                        866-455-1267 fax
                        dean@bolandlegal.com
                        ATTORNEY FOR PAUL D. CEGLIA