UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

|  |  |  |
|---|---|---|
| PAUL D. CEGLIA, | x<br>:<br>: |  |
| Plaintiff, | :<br>: |  |
| v. | :<br>:<br>: | Civil Action No. 1:10-cv-00569-RJA |
| MARK ELLIOT ZUCKERBERG and FACEBOOK, INC., | :<br>:<br>:<br>: |  |
| Defendants. | :<br>x |  |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## CERTIFICATE OF SERVICE

I hereby certify, under penalty of perjury pursuant to 28 U.S.C. § 1746, that on this 30th day of April, 2012, I caused the following document to be filed with the Clerk of the District Court using its CM/ECF system, which would then electronically notify all counsel of record in this case: Defendants' Opposition to Plaintiff's Motion for a Partial Stay of the Magistrate Judge's April 19, 2012 Order.

Dated:   New York, New York
         April 30, 2012

/s/ Orin Snyder
Orin Snyder

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 37th Floor
New York, NY 10166-0193
(212) 351-4000

*Attorney for Defendants*
*Mark Zuckerberg and Facebook, Inc.*