UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

PAUL D. CEGLIA,

                                 Plaintiff,                 **DECISION**
      v.                                        and
                                                  **ORDER**

MARK ELLIOT ZUCKERBERG, and
FACEBOOK, INC.,                                   10-CV-00569A(F)

                                 Defendants.
_____

APPEARANCES:            PAUL A. ARGENTIERI, ESQ.
                              Attorney for Plaintiff
                              188 Main Street
                              Hornell, New York 14843

                              BOLAND LEGAL LLC
                              Attorneys for Plaintiff
                              DEAN M. BOLAND, of Counsel
                              18123 Sloane Avenue
                              Lakewood, Ohio 44107

                              GIBSON, DUNN & CRUTCHER, LLP
                              Attorneys for Defendants
                              ALEXANDER H. SOUTHWELL, and
                              THOMAS H. DUPREE, of Counsel
                              200 Park Avenue, 47th Floor
                              New York, New York 10166-0193

                              HARRIS BEACH LLP
                              Attorneys for Defendants
                              TERRANCE P. FLYNN, of Counsel
                              Larkin at Exchange
                              726 Exchange Street, Suite 1000
                              Buffalo, New York 14210

      Plaintiff's Motion to Stay (Doc. No. 362), filed April 27, 2012, is before the

undersigned pursuant to the referral order of Hon. Richard J. Arcara dated May 27,

2011 (Doc. No. 41).

In a Decision and Order filed April 19, 2012 (Doc. No. 357) ("April 19, 2012 D&O"), the undersigned directed, *inter alia*, Plaintiff to produce to Defendants by April 30, 2012, Privilege Log Items 360 and 379 (respectively, "Item 360" and "Item 379"). On April 23, 2012, Plaintiff filed a motion (Doc. No. 358) ("Plaintiff's Clarification Motion") seeking clarification of the April 19, 2012 D&O, insofar as it directed Plaintiff's production of Item 379. Plaintiff also advised that he intended to file objections to the April 19, 2012 D&O. Plaintiff's Clarification Motion at 2, n. 1. The undersigned, in a Decision and Order filed April 26, 2012 (Doc. No. 361) ("April 26, 2012 D&O"), treated Plaintiff's motion for clarification as a motion for reconsideration, and denied the motion as meritless.

On April 27, 2012, Plaintiff filed the instant motion (Doc. No. 362) ("Plaintiff's Motion"), seeking to stay the April 19, 2012 D&O pending Plaintiff's obtaining a ruling on the objections Plaintiff intends to file with regard to the April 19, 2012 D&O. Plaintiff's Motion at 2. According to Plaintiff, the requested stay should be granted pursuant to Fed.R.Civ.P. 26(c) which permits the court, in its discretion, to stay discovery "for good cause." *Id.* at 3. Plaintiff explains that good cause exists because without the stay, Plaintiff will be required to produce Items 360 and 379 despite Plaintiff's continued assertion that the items are privileged, and before the District Judge is able to rule on Plaintiff's anticipated objections to the April 19, 2012 D&O. *Id.* at 3-4.

In their response in opposition to Plaintiff's motion filed April 30, 2012 (Doc. No. 363) ("Defendants' Response"), Defendants urge the court to deny Plaintiff's motion on the basis that Plaintiff has not attempted, and in any event cannot satisfy, the four-factor test for obtaining a stay pending appeal of an order, as set forth in *Mohammad v.*

*Reno*, 309 F.3d 95, 100 (2d Cir. 2002), Defendants' Response at 6-8, nor has Plaintiff demonstrated the good cause which Plaintiff erroneously asserts is the proper standard for the requested stay. *Id.* at 8-9. Defendants further maintain that Plaintiff, by delaying the filing of objections to the April 19, 2012 D&O, has created the situation in which he will be required to produce Items 360 and 379 before receiving the District Judge's decision on such objections. *Id.* at 9-10.

Upon consideration of the arguments set forth by all parties on Plaintiff's Motion, for the reasons set forth in Defendants' Response, particularly Plaintiff's failure to establish "'the likelihood of success on the merits, [and] irreparable injury if a stay is denied,'" Defendants' Response at 6 (quoting *Mohammad*, 309 F.3d at 100), Plaintiff's motion to stay (Doc. No. 362), is DENIED.

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

DATED:   April 30, 2012
         Buffalo, New York