UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PAUL D. CEGLIA,

                Plaintiff,

    v.

MARK ELLIOT ZUCKERBERG,
FACEBOOK, INC.,

                Defendants.
_____

**DECISION
and
ORDER**

**10-CV-569A(F)**

APPEARANCES:    PAUL A. ARGENTIERI, ESQ.
                          Attorney for Plaintiff
                          188 Main Street
                          Hornell, New York   14843

                          BOLAND LEGAL, LLC
                          Attorney for Plaintiff
                          DEAN M. BOLAND, of Counsel
                          18123 Sloane Avenue
                          Lakewood, Ohio   44107

                          GIBSON, DUNN & CRUTCHER, LLP
                          Attorneys for Defendants
                          ORIN S. SNYDER,
                          ALEXANDER H. SOUTHWELL,
                          THOMAS H. DUPREE, JR., of Counsel
                          200 Park Avenue, 47th Floor
                          New York, New York   10166-0193

                          HARRIS BEACH LLP
                          Attorneys for Defendants
                          TERRANCE P. FLYNN, of Counsel
                          Larkin at Exchange
                          726 Exchange Street, Suite 1000
                          Buffalo, New York   14210

By papers filed May 29, 2012 (Doc. No. 391), Plaintiff requests the court to extend the timetable for filing Plaintiff's expert reports, June 3, 2012, established by the court following a hearing on Defendants' motion to stay discovery (Doc. No. 348), or to allow Plaintiff to amend his expert reports following disposition of Plaintiff's motion to

compel filed May 27, 2012 (Doc. No. 389).  Defendants oppose Plaintiff's request (Defendants' Opposition to Ceglia's Motion for Extension of Time (Doc. No. 407) filed May 31, 2012 ("Defendants' Opposition")).

Based on its review of the reasons stated in Defendants' Opposition, the court finds, contrary to those asserted by Plaintiff, there are no grounds to warrant any modification of the scheduled due date for filing of Plaintiff's expert reports.  Plaintiff has had ample time to comply with the court's schedule.  Any possible need to supplement Plaintiff's expert reports can be addressed following disposition of Plaintiff's motion to compel.

## CONCLUSION

Based on the foregoing, Plaintiff's request to extend the time for filing Plaintiff's expert reports, June 3, 2012, (Doc. No. 391) is DENIED.  Plaintiff's alternative request for leave to amend or supplement such reports following deposition of Plaintiff's motion to compel is DISMISSED without prejudice.

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: May 31, 2012
      Buffalo, New York