UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

        Plaintiff,

   v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF DEFENDANTS' MOTION FOR PROTECTIVE ORDER**

Civil Action No. 1:10-cv-00569-RJA

     **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and annexed Declaration of Alexander H. Southwell, the undersigned move this Court for a protective order under Federal Rule of Civil Procedure 26(c) as to Ceglia's written discovery requests.

     **PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule of Procedure 7 of this Court, Defendants request oral argument and state their intention to file and serve reply papers.

Dated:	New York, New York
	August 10, 2012

										Respectfully submitted,

										/s/ Orin Snyder
Thomas H. Dupree, Jr.						Orin Snyder
GIBSON, DUNN & CRUTCHER LLP					Alexander H. Southwell
1050 Connecticut Avenue, NW					GIBSON, DUNN & CRUTCHER LLP
Washington, DC 20036						200 Park Avenue, 47th Floor
(202) 955-8500							New York, NY 10166-0193
										(212) 351-4000

Terrance P. Flynn
HARRIS BEACH PLLC
726 Exchange Street
Suite 1000
Buffalo, NY 14210
(716) 200-5120

*Attorneys for Defendants Mark Zuckerberg and Facebook, Inc.*