

**DARTMOUTH COLLEGE**
**DEPARTMENT OF COMPUTER SCIENCE**

Hany Farid
Professor
Dartmouth College
Department of Computer Science
6211 Sudikoff Lab
Hanover, NH 03755
T 603.646.2761
F 603.646.1672
farid@cs.dartmouth.edu

www.cs.dartmouth.edu/farid

June 28, 2012

Dean Boland
Boland Legal, LLC
1475 Warren Road
Unit 770724
Lakewood, Ohio 44107

Dear Mr. Boland.

I was retained by Milberg LLP in the matter of Ceglia v. Zuckerberg. I was provided with digital scanned copies of a purported contract (in an uncompressed TIF file format). I was asked to determine if these scanned copies showed signs of manipulation. The digital copies are in my opinion of too low quality to perform a reliable forensic examination.

Sincerely yours,

*[signature]*

Hany Farid, Ph.D.

Exhibit 52
Wit Farid
Date 8.13.12
Leslie Rockwood CSR RPR