# Hany Farid

| CONTACT | | |
|---|---|---|
| | Dartmouth College | *tel:* 603.646.2761 |
| | Department of Computer Science | *fax:* 603.646.1672 |
| | 6211 Sudikoff Laboratory | farid@cs.dartmouth.edu |
| | Hanover, NH 03755 | www.cs.dartmouth.edu/farid |

**APPOINTMENTS**

**Dartmouth College**                                                                 2006 – present
*Professor, Department of Computer Science*
**Fourandsix Technologies, Inc.**                                               2011 – present
*Chief Technology Officer and Co-founder*
**University of California, Berkeley**                                         2010 – present
*Visiting Scholar*
**Dartmouth College**
*Director, Neukom Institute for Computational Science*                    2008 – 2011
*William H. Neukom 1964 Distinguished Professor of Computational Science*   2008 – 2011
*David T. McLaughlin Distinguished Professor of Computer Science*         2007 – 2008
*Professor, Department of Computer Science*                               2006 – 2007
*Associate Professor, Department of Computer Science*                     2004 – 2006
*Assistant Professor, Department of Computer Science*                     1999 – 2004

**EDUCATION**

**Massachusetts Institute of Technology**                                      1997 – 1999
*Postdoctoral Fellow, Brain and Cognitive Sciences*
**University of Pennsylvania**                                                 1993 – 1997
*Ph.D., Computer Science*
**State University of New York at Albany**                                     1990 – 1992
*M.S., Computer Science*
**University of Rochester**                                                    1984 – 1988
*B.S., Computer Science with Applied Mathematics*

**AWARDS**

IEEE Signal Processing Society Best Paper Award, 2010
University at Albany Excellence in Science and Technology Award, 2010
John Simon Guggenheim Fellowship, 2006
Alfred P. Sloan Fellowship, 2002
Graduate Teaching Award, University of Pennsylvania, 1994

**GRANTS**

National Science Foundation. *GridIron* (474K), Co-PI, 2012
National Science Foundation. *Instrument Development for Biological Research* (212K), Co-PI, 2008
National Science Foundation. *Digital Imaging Laboratory at Dartmouth* (427K), 2007
Department of Homeland Security. *Digital Video Forensics* (255K), 2007
Howard Hughes Medical Institute. *Undergraduate Science Education* (1.5M), Co-PI, 2006
United States Air Force. *Digital Image Forensics* (380K), 2006
National Science Foundation. *The Evolution of Mate Choice in Damselflies* (535K), Co-PI, 2005
Bureau of Justice Assistance. *Digital Image Forensics* (125K), 2005
Microsoft Corp. (275K), 2005, 2006, 2007, 2009
Adobe Systems, Inc. (110K), 2004, 2006, 2008
National Institute of Justice. *Digital Tampering and Secrets* (690K), 2003
National Institute of Justice. *Detecting Digital Tampering* (250K), 2000
National Science Foundation. *CAREER: Mixing and Separating Digital Images* (315K), 2000


Exhibit 53
Wit Farid
Date 8.13.12
Leslie Rockwood CSR RPR

PUBLICATIONS
(JOURNAL)

D.T. Bolger, T.A. Morrison, B. Vance, D. Lee, and H. Farid. A Computer-Assisted System for Photographic Mark-Recapture Analysis. *Methods in Ecology and Evolution* (in press), 2012.

J. O'Brien and H. Farid. Exposing Photo Manipulation with Inconsistent Reflections. *ACM Transactions on Graphics*, 31(1):4:1–4:11, 2012.

H. Farid and M.J. Bravo. Perceptual Discrimination of Computer Generated and Photographic Faces. *Digital Investigation*, 8:226-235, 2012.

M.J. Bravo and H. Farid. Task Demands Determine the Specificity of the Search Template. *Attention, Perception, & Psychophysics*, 74(1):124-131, 2012.

V. Conotter, J. O'Brien, and H. Farid. Exposing Digital Forgeries in Ballistic Motion. *IEEE Transactions on Information Forensics and Security*, 7(1):283-296, 2012.

E. Kee and H. Farid. A Peceptual Metric for Photo Retouching. *Proceedings of the National Academy of Sciences*, 108(50):19907-19912, 2011.

E. Kee, M. K. Johnson, and H. Farid. Digital Image Authentication from JPEG Headers. *IEEE Transactions on Information Forensics and Security*, 6(3):1066-1075, 2011.

H. Farid. The Lee Harvey Oswald Backyard Photos: Real or Fake? *Perception*, 38(11):1731-1734, 2009.

H. Farid. A Survey of Image Forgery Detection. *IEEE Signal Processing Magazine*, 26(2):16-25, 2009.

L. Shen, H. Farid and M.A. McPeek. Modeling 3-Dimensional Morphological Structures using Spherical Harmonics. *Evolution*, 63(4):1003-1016, 2009.

H. Farid. Exposing Digital Forgeries from JPEG Ghosts. *IEEE Transactions on Information Forensics and Security*, 4(1):154-160, 2009.

M.J. Bravo and H. Farid. The Specificity of the Search Template. *Journal of Vision*, 9(1):34, 1-9, 2009.

M.A. McPeek, L. Shen and H. Farid. The Correlated Evolution of 3-Dimensional Reproductive Structure Between Male and Female Damselflies. *Evolution*, 63(1):73-83, 2009.

M.A. McPeek, L. Shen, J.Z. Torrey and H. Farid. The Tempo and Mode of 3-Dimensional Morphological Evolution in Male Reproductive Structures. *American Naturalist*, 171(5):E158-E178, 2008.

M.J. Bravo and H. Farid. A Scale Invariant Measure of Image Clutter. *Journal of Vision*, 8(1):1-9, 2008.

M.K. Johnson and H. Farid. Exposing Digital Forgeries in Complex Lighting Environments. *IEEE Transactions on Information Forensics and Security*, 2(3):450-461, 2007.

W. Wang and H. Farid. Exposing Digital Forgeries in Interlaced and De-Interlaced Video. *IEEE Transactions on Information Forensics and Security*, 2(3):438-449, 2007.

H. Farid and J. Kosecka. Estimating Planar Surface Orientation Using Bispectral Analysis. *IEEE Transactions on Image Processing*, 16(8):2154-2160, 2007.

M.J. Bravo and H. Farid. The Depth of Distractor Processing in Search with Clutter. *Perception*, 36(6):821-829, 2007.

M.J. Bravo and H. Farid. Object Recognition in Clutter. *Perception & Psychophysics*, 68(6):911-918, 2006.

D. Rockmore, S. Lyu and H. Farid. A Digital Technique for Authentication in the Visual Arts. *International Foundation for Art Research*, (8)2:12-23, 2006.

S. Lyu and H. Farid. Steganalysis Using Higher-Order Image Statistics. *IEEE Transactions on Information Forensics and Security*, (1)1:111-119, 2006. **[IEEE SPS Best Paper Award, 2010]**

S. Periaswamy and H. Farid. Medical Image Registration with Partial Data. *Medical Image Analysis*, 10:452-464, 2006.

A.C. Popescu and H. Farid. Exposing Digital Forgeries in Color Filter Array Interpolated Images. *IEEE Transactions on Signal Processing*, 53(10):3948-3959, 2005.

H. Sun, K.E. Lunn, H. Farid, Z. Wu, D.W. Roberts, A. Hartov and K.D. Paulsen. Stereopsis-Guided Brain Shift Compensation. *IEEE Transactions on Medical Imaging*, 24(8):1039-1052, 2005.

S. Lyu and H. Farid. How Realistic is Photorealistic? *IEEE Transactions on Signal Processing*, 53(2):845-850, 2005.

A.C. Popescu and H. Farid. Exposing Digital Forgeries by Detecting Traces of Re-sampling. *IEEE Transactions on Signal Processing*, 53(2):758-767, 2005.

H. Sun, D.W. Roberts, H. Farid, Z. Wu, A. Hartov and K.D. Paulsen. Cortical Surface Tracking Using a Stereoscopic Operating Microscope. *Neurosurgery*, 56:86-97, 2005.

S. Lyu, D. Rockmore and H. Farid. A Digital Technique for Art Authentication. *Proceedings of the National Academy of Sciences*, 101(49):17006-17010, 2004.

M.J. Bravo and H. Farid. Search For a Category Target in Clutter. *Perception*, 33:643-652, 2004.

H. Farid and E.P. Simoncelli. Differentiation of Discrete Multi-Dimensional Signals. *IEEE Transactions on Image Processing*, 13(4):496-508, 2004.

M.J. Bravo and H. Farid. Recognizing and Segmenting Objects in Clutter. *Vision Research*, 44(4):385-396, 2004.

H. Sun, H. Farid, D.W. Roberts, K. Rick, A. Hartov, and K.D. Paulsen. A Non-Contacting 3-D Digitizer for Use in Image-Guided Neurosurgery. *Steroetactic and Functional Neurosurgery*, 80(1-4):120-124, 2003.

R.H. Lilien, H. Farid and B.R. Donald. Probabilistic Disease Classification of Expression-Dependent Proteomic Data from Mass Spectrometry of Human Serum. *Journal of Computational Biology*, 10(6):925-946, 2003.

S. Periaswamy and H. Farid. Elastic Registration in the Presence of Intensity Variations. *IEEE Transactions on Medical Imaging*, 22(7):865-874, 2003.

M.J. Bravo and H. Farid. Object Segmentation by Top-Down Processes. *Visual Cognition*, 10(4):471-491, 2003.

A. Heimsath and H. Farid. Hillslope Topography from Unconstrained Photographs. *Mathematical Geology*, 34(8):929-952, 2002.

H. Farid. Temporal Synchrony in Perceptual Grouping: A Critique. *Trends in Cognitive Sciences*, 6(7):284-288, 2002.

H. Farid and E.H. Adelson. Synchrony Does Not Promote Grouping in Temporally Structured Displays. *Nature Neuroscience*, 4(9):875-876, 2001.

H. Farid and A.C. Popescu. Blind Removal of Lens Distortions. *Journal of the Optical Society of America*, 18(9):2072-2078, 2001.

H. Farid. Blind Inverse Gamma Correction. *IEEE Transactions on Image Processing*, 10(10):1428-1433, 2001.

M.J. Bravo and H. Farid.  Texture Perception on Folded Surfaces.  *Perception*, 30(7):819-832, 2001.

R. van Ee, B. Anderson, and H. Farid. Occlusion Junctions do not Improve Stereoacuity. *Spatial Vision*, 15(1):45-49, 2001.

M.J. Bravo and H. Farid.  Effects of 3D Structure on Motion Segmentation.  *Vision Research*, 40(6):695-704, 2000.

X. Jiang, H. Farid, E. Pistor and R. S. Farid. A New Approach to the Design of Uniquely Folded Thermally Stable Proteins. *Protein Science*, 9:403-416, 2000.

E.H. Adelson and H. Farid. Filtering Reveals Form in Temporally Structured Displays. *Science*, 286:2231, 1999.

H. Farid and E.H. Adelson. Separating Reflections from Images by use of Independent Components Analysis. *Journal of the Optical Society of America*, 16(9):2136-2145, 1999.

H. Farid and E.P. Simoncelli. Range Estimation by Optical Differentiation. *Journal of the Optical Society of America*, 15(7): 1777-1786, 1998.

E.P. Simoncelli and H. Farid.  Steerable Wedge Filters for Local Orientation Analysis.  *IEEE Transactions on Image Processing*, 5(9):1377-1382, 1996.

P.S. Shenkin, H. Farid and J.S. Fetrow. Prediction and Evaluation of Side-chain Conformations for Protein Backbone Structures. *Proteins: Structure, Function and Genetics*, 26:323-352, 1996.

PUBLICATIONS (MAGAZINE)

H. Farid. Seeing Is Not Believing. *IEEE Spectrum*, 46(8):44-48, 2009.

H. Farid. Digital Image Forensics. *Scientific American*, 298(6):66-71, 2008.

H. Farid. Digital Doctoring: How to tell the real from the fake. *Significance*, 3(4):162-166, 2006.

H. Farid. Digital Doctoring: How to tell the real from the fake. *Digitális Fotó Magazin*, 9:100-103, 2006.

H. Farid. Is Seeing Believing. *New Scientist*, 179(2411):38-41, 2003.

H. Farid and S. Farid. Unfolding Sennedjem's Tomb. *KMT: A Modern Journal of Ancient Egypt*, 12(1):46-59, 2001.

BOOK CHAPTERS

H. Farid. Photo Fakery and Forensics. In *Advances in Computers*, Volume 77, Academic Press, 2009

H. Farid. Digital Doctoring: can we trust photographs? In *Deception: From Ancient Empires to Internet Dating*, Stanford University Press, 2009.

PUBLICATIONS
(REFEREED
CONFERENCE
PAPER)

E. Kee and H. Farid. Exposing Digital Forgeries from 3-D Lighting Environments. *IEEE Workshop on Information Forensics and Security*, Seattle, WA, 2010.

V. Conotter, G. Boato and H. Farid. Detecting Photo Manipulation on Signs and Billboards. *International Conference on Image Processing*, Hong Kong, 2010.

H. Malik and H. Farid. Audio Forensics from Acoustic Reverberation. *International Conference on Acoustics, Speech, and Signal Processing*, Dallas, TX, 2010.

E. Kee and H. Farid. Digital Image Authentication from Thumbnails. *SPIE Symposium on Electronic Imaging*, San Jose, CA, 2010.

H. Farid and M.J. Bravo. Image Forensic Analyses that Elude the Human Visual System. *SPIE Symposium on Electronic Imaging*, San Jose, CA, 2010.

W. Wang and H. Farid. Exposing Digital Forgeries in Video by Detecting Double Quantization. *ACM Multimedia and Security Workshop*, Princeton, NJ, 2009.

E. Kee and H. Farid. Printer Profiling for Forensics and Ballistics. *ACM Multimedia and Security Workshop*, Oxford, UK, 2008.

W. Wang and H. Farid. Detecting Re-Projected Video. *10th International Workshop on Information Hiding*, Santa Barbara, CA, 2008.

M.K. Johnson and H. Farid. Detecting Photographic Composites of People. *6th International Workshop on Digital Watermarking*, Guangzhou, China, 2007.

W. Wang and H. Farid. Exposing Digital Forgeries in Video by Detecting Duplication. *ACM Multimedia and Security Workshop*, Dallas, TX, 2007.

M.K. Johnson and H. Farid. Exposing Digital Forgeries Through Specular Highlights on the Eye. *9th International Workshop on Information Hiding*, Saint Malo, France, 2007.

H. Farid. Exposing Digital Forgeries in Scientific Images. *ACM Multimedia and Security Workshop*, Geneva, Switzerland, 2006.

W. Wang and H. Farid. Exposing Digital Forgeries in Video by Detecting Double MPEG Compression. *ACM Multimedia and Security Workshop*, Geneva, Switzerland, 2006.

M.K. Johnson and H. Farid. Exposing Digital Forgeries Through Chromatic Aberration. *ACM Multimedia and Security Workshop*, Geneva, Switzerland, 2006.

M.K. Johnson and H. Farid. Exposing Digital Forgeries by Detecting Inconsistencies in Lighting. *ACM Multimedia and Security Workshop*, New York, NY, 2005.

S. Lyu, D. Rockmore, and H. Farid. Wavelet Analysis for Authentication. *Art + Math = X*, Boulder, CO, 2005.

J.E. Dobson, J.B. Woodward, S.A. Schwarz, J.C. Marchesini, H. Farid, and S.W. Smith. The Dartmouth Green Grid. *Workshop on High Performance Computing in Academia (in conjunction with International Conference on Computational Science)*, Atlanta, GA, 2005.

M.K. Johnson, S. Lyu and H. Farid. Steganalysis in Recorded Speech. *SPIE Symposium on Electronic Imaging*, San Jose, CA, 2005.

A.C. Popescu and H. Farid. Statistical Tools for Digital Forensics. *6th International Workshop on Information Hiding*, Toronto, CA, 2004.

S. Lyu and H. Farid. Steganalysis Using Color Wavelet Statistics and One-Class Support Vector Machines. *SPIE Symposium on Electronic Imaging*, San Jose, CA, 2004.

H. Sun, H. Farid, K. Rick, A. Hartov, D.W. Roberts, and K.D. Paulsen.  Estimating Cortical Surface Motion Using Stereopsis for Brain Deformation Models. *Medical Image Computing & Computer Assisted Intervention (MICCAI)*, Montreal, Canada, 2003.

J. Ford, H. Farid, F. Makedon, L.A. Flashman, T.W. McAllister, V. Megalooikonomou, and A.J. Saykin. Patient Classification of fMRI Activation Maps. *Medical Image Computing & Computer Assisted Intervention (MICCAI)*, Montreal, Canada, 2003.

S. Periaswamy and H. Farid. Elastic Registration with Partial Data. *Second International Workshop on Biomedical Image Registration*, Philadelphia, PA, 2003.

H. Farid and S. Lyu. Higher-order Wavelet Statistics and their Application to Digital Forensics. *IEEE Workshop on Statistical Analysis in Computer Vision (in conjunction with CVPR)*, Madison, Wisconsin, 2003.

S. Lyu and H. Farid.  Detecting Hidden Messages Using Higher-Order Statistics and Support Vector Machines. *5th International Workshop on Information Hiding*, Noordwijkerhout, The Netherlands, 2002.

H. Farid.  Detecting Hidden Messages Using Higher-Order Statistical Models. *International Conference on Image Processing*, Rochester, NY, 2002.

H. Sun, H. Farid, A. Hartov, K.E. Lunn, D.W. Roberts, K.D. Paulsen.  Real-time Correction Scheme for Calibration and Implementation of Microscope-based Image-guided Neurosurgery. *SPIE's International Symposium on Medical Imaging*, San Diego, CA, 2002.

H. Farid and A.C. Popescu. Blind Removal of Image Non-Linearities. *International Conference on Computer Vision (ICCV)*, Vancouver, Canada, 2001.

H. Farid. Reconstructing Ancient Egyptian Tombs. *The International Symposium on Virtual and Augmented Architecture*, Dublin, Ireland, 2001.

S. Periaswamy, J.B. Weaver, D.M. Healy Jr., D. Rockmore, P.J. Kostelec, and H. Farid. Differential Affine Motion Estimation for Medical Image Registration. *SPIE's 45th Annual Meeting*, San Diego, CA, 2000.

H. Farid and E.H. Adelson. Separating Reflections and Lighting in Images Using Independent Components Analysis. *Computer Vision and Pattern Recognition (CVPR)*, June 1999.

H. Farid and E.P. Simoncelli. Optimally Rotation-Equivariant Directional Derivative Kernels. *Computer Analysis of Images and Patterns (CAIP)*, Kiel, Germany, 1997.

H. Farid and E.P. Simoncelli. A Differential Optical Range Camera. *Optical Society of America*, Rochester, NY, 1996.

E.P. Simoncelli and H. Farid. Direct Differential Range Estimation Using Optical Masks. *European Conference on Computer Vision (ECCV)*, Cambridge, UK, 1996.

E.P. Simoncelli and H. Farid.  Steerable Wedge Filters. *International Conference on Computer Vision (ICCV)*, Boston, MA, 1995.

H. Fuchs, G. Bishop, K. Arthur, L. McMillan, R. Bajcsy, S.W. Lee, H. Farid and T. Kanade. Virtual Space Teleconferencing Using a Sea of Cameras. *First International Symposium on Medical Robotics and Computer Assisted Surgery*, Pittsburgh, PA, 1994.

K. Arthur, G. Bishop, R. Bajcsy, H. Farid, H. Fuchs, S.W. Lee, L. McMillan and A. State. Virtual Reality and Telepresence for 21st Century Remote Medical Consultation. *Second Carolina Conference in Biomedical Engineering*, 1994.

PUBLICATIONS
(CONFERENCE
ABSTRACT)

M.J. Bravo and H. Farid. Symbolic Distractor Cues Facilitate Search. *Vision Sciences*, Naples, FL, 2012.

M.J. Bravo and H. Farid. Diagnostic Features are Prominent in Object Representations. *Vision Sciences*, Naples, FL, 2011.

D.T. Bolger, T. Morrison, B. Vance and H. Farid. Development and Application of a Computer-Assisted System for Photographic Mark-Recapture Analysis. *Ecological Society of America*, Pittsburgh, PA, 2010.

D.T. Bolger, T. Morrison, B. Vance and H. Farid. A New Software Application for Photographic Mark Recapture Analysis. *Society for Conservation Biology*, Edmonton Alberta, Canada, 2010.

H. Farid and M.J. Bravo. Photo Forensics: How Reliable is the Visual System? *Vision Sciences*, Naples, FL, 2010.

M.J. Bravo and H. Farid. Training Determines the Target Representation for Search. *Vision Sciences*, Naples, FL, 2009.

H. Farid. Digital Image Forensics. *American Academy of Forensic Sciences*, Washington, DC, 2008.

H. Farid. Digital Video Forensics. *American Academy of Forensic Sciences*, Washington, DC, 2008.

H. Farid and M.J. Bravo. Photorealistic Rendering: How Realistic Is It? *Vision Sciences*, Sarasota, FL, 2007.

M.J. Bravo and H. Farid. A Measure of Relative Set Size for Search in Clutter. *Vision Sciences*, Sarasota, FL, 2007.

D.C. Finnegan, H. Farid, D.E. Lawson and W. Krabill. Quantifying Surface Fluctuations using Optical Flow Techniques and Multi-Temporal LiDAR. *Transactions of the American Geophysical Union*, San Francisco, CA, 2006.

M.J. Bravo and H. Farid. Using an Interest Point Detector to Find Potential Fragments for Recognition. *Vision Sciences*, Sarasota, FL, 2006.

V. Maljkovic, P. Martini and H. Farid. The Contribution of Statistical Image Differences to Human Rapid Categorization of Natural Scenes is Negligible. *Vision Sciences*, Sarasota, FL, 2006.

H. Farid and D.C. Finnegan. Quantifying Planetary and Terrestrial Geologic Surfaces Using Wavelet Statistics. *Transactions of the American Geophysical Union*, San Francisco, CA, 2005.

M.J. Bravo and H. Farid. The Depth of Distractor Processing in Search Through Clutter. *Vision Sciences*, Sarasota, FL, 2005.

M.J. Bravo and H. Farid. Still Searching a Cluttered Scene. *Vision Sciences*, Sarasota, FL, 2004.

V. Maljkovic, P. Martini and H. Farid. The Time-Course of Categorization of Real-Life Scenes with Affective Content. *Vision Sciences*, Sarasota, FL, 2004.

H. Sun, H. Farid D. Roberts, K. Rick, A. Kartov, and K. Paulsen. A Non-contacting 3-D Digitizer For Use in Image-Guided Neurosurgery. *American Society for Stereotactic and Functional Neurosurgery*, New York City, 2003.

M.J. Bravo and H. Farid. Searching a Cluttered Scene. *Vision Sciences*, Sarasota, FL, 2003.

A.M. Heimsath and H. Farid. Hillslope Topography from Unconstrained Photographs. *Transactions of the American Geophysical Union*, San Francisco, CA, 2002.

H. Farid and E.H. Adelson. Energy versus Synchrony in Perceptual Grouping. *Vision Sciences*, Sarasota, FL, 2002.

M.J. Bravo and H. Farid. Segmentation in Clutter. *Vision Sciences*, Sarasota, FL, 2002.

S. Inati, H. Farid, K. Sherwin, and S. Grafton. A Global Probabilistic Approach to Fiber Tractography with Diffusion Tensor MRI. *Human Brain Mapping*, Brighton, UK, 2001.

M.J. Bravo and H. Farid. Top-Down and Bottom-Up Processes for Object Segmentation. *Vision Sciences*, Sarasota, FL, 2001.

J.B. Weaver, S. Periaswamy, H. Farid, D.N. Rockmore, C.J. Kasales, W. Black, and D.M. Healy Jr. Lesion Size Estimation Using Warped Registration of Interval Images. *International Society for Magnetic Resonance in Medicine*, 2001.

H. Farid and E.H. Adelson. Standard Mechanisms Can Explain Grouping in Temporally Synchronous Displays. *Investigative Opthalmology and Visual Science*, Fort Lauderdale, FL, 2000.

M.J. Bravo and H. Farid. The Role of Object Recognition in Scene Segmentation. *Investigative Opthalmology and Visual Science*, Fort Lauderdale, FL, 2000.

M.J. Bravo and H. Farid. Segmentation in 3D. *Investigative Opthalmology and Visual Science*, Fort Lauderdale, FL, 1999.

M.J. Bravo and H. Farid. The Effects of 2D and 3D Smoothness on Motion Segmentation. *Investigative Opthalmology and Visual Science*, Fort Lauderdale, FL, 1998.

H. Farid, E.P. Simoncelli, M.J. Bravo and P.R. Schrater. Effects of Contrast and Period on Perceived Coherence of Moving Square-Wave Plaids (evidence for a speed bias in the human visual system). *Investigative Opthalmology and Visual Science*, Fort Lauderdale, FL, 1995.

H. Farid and E.P. Simoncelli. The Perception of Transparency in Moving Square-Wave Plaids. *Investigative Opthalmology and Visual Science*, Sarasota, FL, 1994.

H. Farid, P.S. Shenkin, J. Greene and J.S. Fetrow. Prediction of Side Chain Conformations in Protein Cores and Loops From Rotamer Libraries. *ASBMB/Biophysical Society Joint Meeting*, Houston, TX, 1992.

MISCELLANEOUS    H. Farid. Digital Imaging, *Encyclopedia of Perception*, 2009.

H. Farid. Photography Changes What We are Willing to Believe, *Smithosonian Photography Initiative: Click Photography Change Everything*, 2008.

PUBLICATIONS    H. Farid. A 3-D Lighting and Shadow Analysis of the JFK Zapruder Film (Frame 317). TR2010-
(TECHNICAL    677, Department of Computer Science, Dartmouth College, November 2010.
REPORT)
H. Farid. A 3-D Photo Forensic Analysis of the Lee Harvey Oswald Backyard Photo. TR2010-

669, Department of Computer Science, Dartmouth College, May 2010.

E. Kee and H. Farid. Detecting Photographic Composites of Famous People. TR2009-656, Department of Computer Science, Dartmouth College, October 2009.

H. Farid. Digital Image Ballistics from JPEG Quantization: A Followup Study. TR2008-638, Department of Computer Science, Dartmouth College, September 2008.

H. Farid and J.B. Woodward. Video Stabilization and Enhancement. TR2007-605, Department of Computer Science, Dartmouth College, September 2007.

H. Farid. Digital Image Ballistics from JPEG Quantization. TR2006-583, Department of Computer Science, Dartmouth College, September 2006.

K. Johnson and H. Farid. Metric Measurements on a Plane from a Single Image. TR2006-579, Department of Computer Science, Dartmouth College, August 2006.

H. Farid. Discrete-Time Fractional Differentiation from Integer Derivatives. TR2004-528, Department of Computer Science, Dartmouth College, December 2004.

H. Farid. Creating and Detecting Doctored and Virtual Images: Implications to The Child Pornography Prevention Act. TR2004-518, Department of Computer Science, Dartmouth College, October 2004.

A.C. Popescu and H. Farid. Exposing Digital Forgeries by Detecting Duplicated Image Regions. TR2004-515, Department of Computer Science, Dartmouth College, September 2004.

S. Lyu, D. Rockmore, and H. Farid. Digital Art Forensics. TR2003-466, Department of Computer Science, Dartmouth College, June 2003.

H. Farid. Detecting Steganographic Messages in Digital Images. TR2001-412, Department of Computer Science, Dartmouth College, September 2001.

S. Periaswamy and H. Farid. Differential Elastic Image Registration. TR2001-413, Department of Computer Science, Dartmouth College, September 2001.

H. Farid. Detecting Digital Forgeries Using Bispectral Analysis. MIT AI Memo 1657, June 1999.

H. Farid, S.W. Lee, and R. Bajcsy. View Selection Strategies for Multi-View, Wide-Baseline Stereo. Technical Report, Department of Computer Science, University of Pennsylvania, 1994.

POPULAR PRESS    North Korea Restores Order to Kim Funeral With Photoshop in *ABC News*, 12.29.11
From North Korea, an Altered Procession in *New York Times*, 12.28.11
Photo Retouching on *BBC World Service*, 12.20.11
New Technology to Catch Photoshop Fakes on *Marketplace*, 12.19.11
Exposing Digitally Doctored Photos in *Boston Globe*, 12.5.11
Retouching Reality in *TIME Magazine*, 11.30.11
They Aren't That Thin - Digital Retouching Gets Graded in *NPR, The Two-Way*, 11.30.11
Computer Model Spots Image Fraud in *Scientific American*, 11.29.11
The Secrets of Photoshop Unmasked in *The Independent*, 11.29.11
Software Reveals How Much Photos Have Been Retouched in *The Guardian*, 11.29.11
Digital Photo Retouching Quantified in New Metric in *PCWorld*, 11.29.11
Photoshopped or Not? A Tool to Tell in *New York Times*, 11.28.11
Digital Retouching: Physical Implausibility in *The Economist*, 11.28.11
Altered-image Ratings Tell You Just How Fake Photos Are in *New Scientist*, 11.28.11

New Forensic Details About Weinergate Photo in *The New Republic*, 6.1.11
Dartmouth Prof, Microsoft, Facebook Chase Child Pornography in *Union Leader*, 5.27.11
Microsoft & Facebook Fight Child Porn on *97.3 KIRO, Seattle*, 5.20.11
Facebook's New Way to Combat Child Pornography in *New York Times*, 5.19.11
Automating the Hunt for Child Pornographers in *New Scientist*, 4.6.11
Detecting Fake Photos with Digital Detective Work in *Columbia Journalism Review*, 3.23.11
Hany Farid vs. Photoshop in *Business Week*, 12.20.10
Daredevil Tip Toes Around Lava on *Good Morning America*, 10.5.10
Airbrush Alert: UK Wants to Keep Fashion Ads Real in *Associated Press*, 9.20.10
Can You Believe Your Eyes in the Digital World? in *BBC News*, 8.2.10
The Technology Behind Spying on *NPR, All Things Considered*, 7.1.10
Child Porn Too Big For Law Enforcement? in *The Christian Science Monitor*, 6.13.10
How to Spot a Doctored Photo in *Wired*, 5.5.10
Oswald: Beyond a Shadow of Doubt? in *Popular Mechanics*, 3.6.10
Luminous Point in the Eye? in *Der Spiegel*, 3.1.10
High Tech Child Porn Tracker on *NHPR, Word of Mouth*, 12.21.09
Microsoft Donates Weapon to Fight Child Porn in *Sydney Morning Herald*, 12.17.09
Microsoft and National Center for Missing & Exploited Children Push for Action to Fight Child Pornography in *CNN Money*, 12.16.09
Microsoft Giving Software to Curb Child Porn in *USA Today*, 12.16.09
Dartmouth Scientist Says Oswald Rifle Photo Real on *Vermont Public Radio*, 11.24.09
Is That Picture Real? on *NH Chronicle*, 11.23.09
Video Manipulation on *KCBS*, 11.23.09
Can You Believe Your Eyes? in *New York Times, Upfront*, 11.23.09
JFK: The Conspiracy Myths on *Discovery Canada*, 11.22.09
Dartmouth Scientist Says Oswald Rifle Photo Real in *Associated Press*, 11.5.09
This Photo Is Lying to You in *Outside*, 9.1.09
Dartmouth Researcher Roots Out Fake Photographs in *Valley News*, 8.30.09
Professor: Photoshopping Person's Race Common on *NPR, All Things Considered*, 8.28.09
Faked Photographs: Look, and Then Look Again in *New York Times*, 8.23.09
Digital Forensics Susses Out True From False in *Computer Power User*, 6.1.09
Are the Photos of Borneo's Monster Snake Real? in *Scientific American*, 2.20.09
Photoshop Detective on *Studio 360*, 12.26.08
Real? Or Photoshopped? 'Airbrushing' Run Amok in *ABC News*, 12.19.08
The Digital Detective in *San Jose Mercury News*, 12.14.08
The Authenticity of Bin Laden Tapes on *Chicago Public Radio's Worldview*, 12.8.08
Did North Korea Fake Photos of Kim Jong-il? in *Scientific American*, 11.10.08
The Camera Never Lies... or Does It? on *Radio New Zealnad*, 8.17.08
Photos as Weapons in *New York Times*, 8.11.08
In A Photoshop Age, Can You Believe Your Eyes? on *NPR, Talk of the Nation*, 7.23.08
Iran Doctors Missile of Photo Launch on *CNN*, 7.11.08
Tricks in Tehran: on *Southern California Public Radio*, 7.10.08
Detecting Digital Alterations in Media on *Vermont Public Radio*, 7.2.08
Profile: Hany Farid on *NOVA, Science Now*, 6.25.08
Tampered Photos on *PRI, The World*, 6.3.08
Journals Find Fakery in Many Images in *Chronicle of Higher Education*, 5.29.08
Digital Detectives on *NHPR, Word of Mouth*, 5.15.08
Identifying Manipulated Images in *MIT Technology Review*, 3.16.08
Researchers Look to Spot Photo Hoaxes in *The Associated Press*, 2.25.08
Photo Tech Complicates Child-Porn Cases in *The Associated Press*, 2.25.08
Digital Forensics: An Interview with Dr. Hany Farid in *The Digital Journalist*, 2.11.08
An End to Picture Perfect Frauds in *Discovery Channel Magazine*, 2.1.08
How Can You Tell if a Picture is Real? on *The Today Show*, 12.21.07
Was Bin Laden's Last Video Faked? on *3WT Talk Radio*, 10.31.07

Was Bin Laden's Last Video Faked? on *MSNBC*, 10.29.07
Digital Forensics on *BBC, Night Waves*, 10.17.07
Digital Photo Manipulation on *KMOX 1120*, 10.15.07
Proving That Seeing Shouldn't Always Be Believing in *New York Times*, 10.2.07
Digital Detectives Discern Photoshop Fakery in *The Christian Science Monitor*, 8.29.07
Restoring Trust in Photojournalism in *Black Star Rising*, 8.7.07
Distorted Picture in *American Journalism Review*, 7.30.07
Magazines' Extreme Touch-ups on *The Today Show*, 7.23.07
Photo Tampering an Age–Old Practice in *The Chronicle of Higher Education*, 6.27.07
Q&A: Hany Farid on Digital Manipulation in *Photo District News*, 6.1.07
Great Shots That Never Happened in *Washington Post*, 4.15.07
Computing Photographic Forgeries in *Science News*, 3.17.07
Adobe Tackles Photo Forgeries in *Wired News*, 3.8.07
Picture Imperfect in *Nature News*, 2.20.07
Science Fights the Fakes in *MSNBC*, 2.20.07
Surveillance: Video Evidence in *Newsweek International*, 1.15.07
Detecting Video Forgeries in *MIT Technology Review*, 11.29.06
Seeing is Believing? on *CBS News Sunday Morning*, 10.29.06
True Lies in *Current Science*, 10.20.06
True Renaissance by Computer in *Primo*, 9.2.06
Are Fake Videos Next? in *News.com*, 9.11.06
Digital Photo Manipulation, on *BBC Digital Planet*, 9.4.06
Keeping It Real, in *The Economist*, 8.17.06
Digital Art Authentication, on *NPR, 1370 Connection*, 8.11.06
Program to Detect Crimes of Image Forgeries, in *Al-Ahram*, 3.19.06
Photoshop Fakers, in *Now Toronto*, 3.15.06
The Hunt for Online Criminals in *Mass High Tech*, 2.20.06
Detecting Fraud in Journals in *The Scientist*, 2.10.06
A Digital Life on *CNN*, 2.2.06
Should Journals Police Scientific Fraud? in *Nature News*, 2.2.06
Smoking Out Photo Hoaxes in *News.com*, 1.31.06
Image Check for Scientific Journals in *Der Spiegel*, 1.30.06
It May Look Authentic; Here's How to Tell It Isn't in *New York Times*, 1.24.06
Technology Seen Abetting Manipulation of Research in *Boston Globe*, 1.10.06
Can Photos be Trusted in *Popular Science*, 9.1.05
Fakes, Frauds, and Fake Fakers in *ARTNews*, 6.1.05
Spotting a Digital Hoax on *The Discovery Channel*, 3.16.05
Digital Detectives Reveal Art Forgeries in *Computing in Science & Engineering*, 3.1.05
In The Photoshop Era, It's Harder To Trust Your Eyes in *USA Today*, 2.2.05
Seeing is No Longer Believing in *The Christian Science Monitor*, 2.2.05
Professors Who Are Changing the World in *New Hampshire Magazine*, 2.1.05
What Lies Beneath in *Art & Antiques*, 1.27.05
Photoshop Sleuths in *MIT Technology Review*, 1.17.05
Computers Increasingly Used in Crimes on *WMUR TV News*, 12.16.04
Art Forgeries (with John Myatt) on *BBC World Service*, 12.15.04
Digital Forensics on *NHPR, Front Porch*, 12.14.04
Debunking Photoshop Fakery in *New York Times (Year in Ideas)*, 12.12.04
Digital Art Authentication, *in ABC News, Australian Broadcasting Corporation, BBC Radio 4, BBC 5 Live, BBC World Service, Boston Globe, Baltimore Sun, CBC News, Charlotte Observer, Chicago Sun Times, Chicago Tribune, China Post, CNN, Jamaica Observer, Kansas City Star, Concord Monitor, Economist, Miami Herald, MSNBC, National Geographic, Nature, New Scientist, Newsday, Newsweek, New Zealand Herald, Philadelphia Inquirer, Radio Arthur, Rapid City Journal, Richmond Times, San Jose Mercury News, ScienCentral News, Science Magazine, Science News, Science Now, AAAS Science Update, Scientific American, Seattle Post Intelligencer, The Australian, The Globe and*

*Mail, Times UK, Valley News, Voice of America, Washington Post, WCAX News, Wired News, and Yahoo News*, 11.23.04-11.25.04

Detecting Tampering in a Digital Photo on *Discoveries+Breakthroughs*, 10.26.04

Algorithm Detects Non-Watermarked Digital Forgeries in *Laser Focus World*, 10.1.04

What You See Is What You Question in *Computer Power User*, 10.1.04

Is It Real or Is It Photoshopped in *Discover Magazine*, 9.27.04

New Algorithm Foils Digital Forgers in *Yahoo! News*, 8.9.04

Doctored Digital Images on *NPR, Future Tense*, 7.27.04

A New Flavor of Digital Truth Serum, in *New York Times*, 7.22.04

Investigating Digital Images in *ACM TechNews, California Computer News, Haaretz, Justnet, OE Magazine, Online Security, PhysOrg, Science Blog, ScienceDaily, Slashdot, Topix.net, and U.S. Politics Today*, 7.1.04

Naked Eye Can't Tell If It's a Lie in *Poughkeepsie Journal*, 5.1.04

New Mathematical Algorithms Might Help Diagnose Cancer *The Breast Cancer Newsletter, HPC Wire, Medical News Today, and ScienceDaily*, 2.4.04

Is Seeing Believing in *The Telegraph*, 9.17.03

Is Seeing Believing on *BBC News*, 9.8.03

History Undercover with Arthur Kent: Cyberterrorism on *The History Channel*, 7.26.03

Mapping with Math in *BBC News*, 12.3.02

Mapping with Math in *The Geological Society, Innovations Report, OE Mag., ScienceDaily, and UPI*, 12.2.02

Molyneux Problem, in *Strange But True*, 7.17.02

Digital Tours of Murals, in *The Chronicle of Higher Education*, 7.9.02

Hidden Messages appearing on *WCAX TV News*, 10.19.01

Statistics Sniff Out Secrets appearing in *Technology Research News*, 9.26.01

Digital Secrecy appearing on *WNNE TV News*, 8.15.01

Digital Secrecy in *GlobalTechnoScan, Popular Technologies, and ScienceDaily*, 8.10.01

INVITED TALKS    Digital Forensics, The World Bank, 6.12

Photo Retouching, Information Hiding (keynote), 5.12

Photo Forensics, Stanford University, 1.12

Ethics and Forensics in the Age of Photoshop Photojournalism, Massachusetts Institute of Technology, 4.11

Photo Forensics, National Geographic, 1.11

Photo Forensics: Lighting and Shadows, Harvard University, 9.10

Photo Forensics, Applied Perception in Graphics & Visualization (keynote), 7.10

Limitations of Visually-Based Image Forensics, Massachusetts Institute of Technology, 4.10

Photo Forensics, Massachusetts Institute of Technology, 4.10

Digital Image Forensics, Yale University, 4.10

Digital Image Forensics, IDGA Biometrics for National Security and Defense, 3.10

Visually-Based Image Forensics, IDGA Biometrics for National Security and Defense, 3.10

Photo Forensics, Smith-Kettlewell Eye Research Institute, 2.10

Digital Image Forensics, Adobe Inc, 1.10

Digital Image Forensics, University of Rochester, 11.09

On the Limitations of Visually-Based Image Forensics, University of Rochester, 11.09

Photo Forensics, Brown University, 10.09

Digital Forensics, Biometrics: Theory, Applications and Systems (keynote), 9.09

Digital Tampering and Forensics, University of California, San Diego, 4.09

Image Forensics, University of California, Berkeley, 3.09

Estimating and Modeling Complex Lighting Environments, University of Pennsylvania, 10.08

Digital Tampering and Forensics, National Institute of Standards, 10.08

Digital Tampering and Forensics, University of Massachusetts, Amherst, 10.08

Digital Image Forensics, American Society of Clinical Radiologists, 9.08

Digital Tampering and Forensics, SUNY Albany, 9.08

Digital Tampering and Forensics, Electronic Imaging Symposium (plenary talk), 1.08
Digital Image Forensics, The National Academies, 1.08
Digital Image Forensics, IBM Almaden, 11.07
Digital Image Forensics, University of California, Berkeley, 11.07
A Digital Technique for Art Authentication, Harvard University Art Museum, 10.07
Digital Image Forensics, Google, 4.07
Digital Image Forensics, Foveon Inc., 4.07
Exposing Digital Forgeries from Inconsistencies in Lighting, Carnegie Mellon University, 3.07
Digital Forensics, American Association for the Advancement of Science, 2.07
Digital Image Forensics, The Associated Press, 2.07
Exposing Digital Forgeries from Inconsistencies in Lighting, University of Pennsylvania, 2.07
Digital Tampering in the Media, Politics and Law, University of Pennsylvania, 2.07
Digital Image Forensics, Central Intelligence Agency, 12.06
From Photons to Pixels to Photoshop, Project Safe Childhood Conference, 12.06
Digital Image Forensics, Stanford University, 10.06
From Photons to Pixels to Photoshop, Crimes Against Children Conference, 8.06
Digital Image Forensics, Microsoft Corp., 6.06
A Digital Technique for Art Authentication, Rochester Memorial Art Gallery, 5.06
Digital Image Forensics, Eastman Kodak, 5.06
Digital Image Forensics, Google, 5.06
Digital Image Forensics, University of California, Davis, 5.06
Digital Image Forensics, National Academy of Sciences, 5.06
A Digital Technique for Art Authentication, San Diego Museum of Art, 3.06
A Picture is Worth a Thousand Lies, Dartmouth College, 2.06
Digital Image Forensics, Ricoh Innovations, 11.05
Energy vs. Synchrony in Perceptual Grouping, University of California, San Diego, 11.05
From Photons to Pixels to Photoshop, Delaware Department of Justice, 9.05
From Photons to Pixels to Photoshop, High Tech. Crime Investigation Assoc., 8.05
Digital Image Forensics, National Association of Attorneys General, 6.05
How Realistic is Photorealistic?, University of California, Santa Cruz, 6.05
Digital Image Forensics, University of California, Berkeley, 5.05
Digital Image Forensics, University of California, Santa Cruz, 5.05
Digital Image Forensics, National Association of Attorneys General, 5.05
Digital Image Forensics, Adobe Systems, 4.05
Digital Image Forensics, Office of Research Integrity, 1.05
Digital Image Forensics, University of New Hampshire, 12.04
Digital Image Forensics, New Hampshire Cyber Crime Network, 12.04
Digital Image Forensics, Leslie Center for the Humanities, Dartmouth College, 11.04
Reconstructing Ancient Egyptian Tombs, Society for Imaging Science and Tech., 10.04
Digital Image Forensics, Adobe Systems, 10.04
Digital Image Forensics, National Association of Attorneys General, 9.04
Digital Image Forensics, University of Pennsylvania, 7.04
How Realistic is Photorealistic?, University of Illinois, 4.04
Universal Steganalysis, Central Intelligence Agency, 2.04
How Realistic is Photorealistic?, The Salk Institute, 1.04
Grouping by Temporal Synchrony?, The Salk Institute, 1.04
How Realistic is Photorealistic?, Stevens Institute of Technology, 12.03
How Realistic is Photorealistic?, Massachusetts Institute of Technology, 11.03
How Realistic is Photorealistic?, Harvard University, 11.03
How Realistic is Photorealistic?, University of Chicago, 11.03
How Realistic is Photorealistic?, University of Maryland, 11.03
Grouping by Temporal Synchrony?, University of Chicago, 10.03
Mixing and Unmixing Digital Images, Harvard University, 10.02
Temporal Synchrony in Perceptual Grouping?, University of Rochester, 9.02

Mixing and Unmixing Digital Images, New York University, 4.02
Mixing and Unmixing Digital Images, University of Pennsylvania, 3.02
Digital Tampering, Washington University, St. Louis, 1.02
Digital Secrets, Boston University, 12.01
Grouping by Temporal Synchrony, Harvard University, 11.01
Blind Removal of Image Non-Linearities, Columbia University, 11.01
Blind Removal of Image Non-Linearities, Massachusetts Institute of Technology, 10.01
Grouping by Temporal Synchrony, New York University, 10.01
Grouping by Temporal Synchrony, Massachusetts Institute of Technology, 3.01
Grouping by Temporal Synchrony, University of Pennsylvania, 3.01
Grouping by Temporal Synchrony, Boston University, 2.01
Blind Removal of Image Non-Linearities, University of Pennsylvania, 3.00
Digital Image Separation, George Mason University, 3.00
Grouping in Temporally Synchronous Displays, Dartmouth College, 12.99
Separating Digital Images, Brooklyn Polytechnic University, 3.99
Separating Digital Images, Dartmouth College, 3.99
ICA for Separating Images, Massachusetts Institute of Technology, 2.99
Separating Images, University of Pennsylvania, 10.98
Monocular Stereo, Polaroid Inc, 7.98
Digital Image Enhancement, Williams College, 4.98
Monocular Stereo, Massachusetts Institute of Technology, 3.98
Range Estimation by Optical Differentiation, University of California, Berkeley, 3.97
A Differential Optical Range Camera, Sensar Inc., 11.96
Direct Differential Range Estimation, Columbia University, 5.96
Steerable Filters for Low-level Image Processing, SUNY at Albany, 11.95
3-D Scene Reconstruction for Telepresence, UNC, Chapel Hill, 6.94

MENTOR      Summer Robot Camp, Dartmouth College, 2004-2007
Gates Millennium Scholarship, Dartmouth College, 2000
Mellon Minority Scholarship, Dartmouth College, 2000
Math Circle/Math Camp, 1998-2001, 2004
NASA Quality Education for Minorities, U. of Penn, 1995-1996
Philadelphia Math and Science Outreach, U. of Penn, 1994-1996

ASSOCIATE EDITOR    IEEE Transactions on Information Forensics and Security, 2005-2008

PROGRAM
COMMITTEE      International Conference on Computational Photography, 2012
Information Hiding, 2010
Media Security and Forensics (Electronic Imaging), 2009, 2010, 2011
Technical Advisory Board for Berkman's Internet Safety Task Force, 2008
Vision of the Unseen (CVPR Workshop), 2008
Statistical Learning in Computer Vision (ECCV Workshop), 2004
American Association for Artifical Intelligence (Vision/Perception), 2004
Statistical Analysis in Computer Vision (CVPR Workshop), 2003

REVIEWER      NSF review panel (ITR Medium), 2003
NSF review panel (CAREER: RHA/CV), 2000, 2002, 2003
NSF review panel (RHA/CV), 2000
American Association for Artificial Intelligence (AAAI), Computer Analysis of Images and Patterns (CAIP), Computer Vision and Pattern, Recognition (CVPR), Electronics Letters, European Conference on Computer Vision (ECCV), IEEE Transactions on Image Processing, IEEE Transactions on Multimedia, IEEE Transactions on Pattern Analysis and Machine Intelligence, IEEE Transactions on Signal Processing, IEEE Security and Privacy, Information Hiding, International Conference on Computer Vision (ICCV), International Journal of Computer Vision,

14

International Journal of Imaging Systems and Technology, Journal of Cognitive Neuroscience, Journal of the Optical Society of America, Journal of Visual Communication and Image Representation, Medical Physics, Perception, Proceedings of the Royal Society: Biological Sciences, SIGGRAPH, Vision and Applications, Vision Research

STUDENTS

Valentina Conotter (2011), Computer Science and University of Trento, Ph.D. co-adviser
Daniel Hopkins, '10, Mathematics, senior research adviser
Kimo Johnson (2007), Computer Science, Ph.D. adviser
Eric Kee, Computer Science, Ph.D. adviser
Jethro Rothe-Kushel '03, Religion, senior research adviser
Siwei Lyu (2005), Computer Science, Ph.D. adviser
David Martin '00, Computer Science, senior thesis adviser
Kiley McEvoy, '06, Engineering, senior research adviser
Joseph Pechter '04, Computer Science, senior thesis adviser
William Pechter '04, Computer Science, senior thesis adviser
Senthil Periaswamy (2003), Computer Science, Ph.D. adviser
Andrew Pierce '02, Mathematics, senior research adviser
Alin Popescu (2005), Computer Science, Ph.D. adviser
Nelson Rosa '06, Engineering, senior research adviser
Katherine Sherwin '01, Engineering/Physics, senior research adviser
Hai Sun (2004), Engineering, Ph.D. co-adviser
Weihong Wang (2009), Computer Science, Ph.D. adviser

TEACHING

Digital Forensics, University of Trento, Italy, Spring 2011
Numerical and Computational Tools for Applied Science, CS 36/136, Summer 2008
Concepts in Computing, CS 4, Summer 2008
Numerical and Computational Tools for Applied Science, CS 36/136, Summer 2007
Concepts in Computing, CS 4, Summer 2007
Concepts in Computing, CS 4, Winter 2006
Numerical Methods in Computer Vision, CS 188/88, Fall 2004
Concepts in Computing, CS 4, Summer 2003
Concepts in Computing, CS 4, Summer 2002
Data Structures and Programming, CS 15, Winter 2002
Data Structures and Programming, CS 15, Fall 2001
Numerical Linear Algebra, CS106, Spring 2001
Data Structures and Programming, CS 15, Winter 2001
Data Structures and Programming, CS 15, Fall 2000
Fundamentals of Image Processing, CS 188/88, Spring 2000
Programming Languages, CS 68, Winter 2000
Data Structures and Programming, CS 15, Fall 1999

COLLEGE
COMMITTEES

Associate Chair, 2004-2009
Ph.D. Adviser, 2004-2006
Steering Committee, Neuroscience Major, 2004-2008
Director Search, Neukom Institute for Computational Science, 2005
HHMI Undergraduate Biological Sciences Education Proposal, 2005
Green Grid Computing, 2004-2005
Computer Science Building Expansion, 2003-2005
Faculty Search, Thayer School of Engineering, 2004
Department Web Master, 1999-2004
Faculty Recruiting, 2003, 2010, 2011
Ph.D. Graduate Admissions 2001-2003, 2010
Associate Director Search, ISTS, 2002
M.D./Ph.D. Admission, 2001