UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**DECLARATION
OF JASON HOLMBERG**

DECLARANT, submits this declaration and hereby declares under penalty of perjury and pursuant to 28 U.S.C. 1746 and under the laws of the United States that the following is true and correct:

1. My name is Jason Holmberg.

2. I make this declaration upon personal knowledge.

3. I was engaged by Paul Argentieri to assist in the representation of Paul Ceglia.

4. As part of that work, I exchanged emails with various people including, occasionally, lawyers working for Plaintiff.

5. I exchanged emails with Aaron Marks of the firm Kasowitz, Benson, Torres & Friedman LLP beginning in March 2011 and ending the same month.

6. I have not received or been copied on any emails from the Kasowitz firm since March 29, 2011.

7. I am aware of public filings describing an Item 379, a single email that was sent from Paul Argentieri to Paul Ceglia on April 19, 2011.

1

8. I was not sent or copied on the email that is Item 379 and did not receive it nor any of its attachments by any means.

9. I am also aware from public filings of references to an April 13, 2011 letter, the so-called Kasowitz Letter, which was attached to an email that was allegedly disclosed to me.

10. I was not sent or copied on any email containing any letter described in court filings as the Kasowitz Letter and did not receive it by any means.

11. I am aware from public filings that Item 379 contains references to emails in which I was a sender, recipient or those emails were copied to me.

12. I did not receive any of the emails within Item 379 that I was not a sender, recipient or copied on, nor did I receive an of their contents or attachments.

I hereby declare under penalty of perjury and pursuant to 28 U.S.C. 1746 and under the laws of the United States that the following is true and correct:

DATED: August 28, 2012.

_____
Jason Holmberg