UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PAUL D. CEGLIA,

        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG and
FACEBOOK, INC.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE OF DEFENDANTS' APPLICATION FOR RECOVERY OF EXPENSES**

Civil Action No. 1:10-cv-00569-RJA

**PLEASE TAKE NOTICE** that upon the accompanying Defendants' Application for Recovery of Expenses and annexed Declaration of Alexander H. Southwell, the undersigned move this Court under Federal Rule of Civil Procedure 30(g) for an Order directing Plaintiff to reimburse Defendants for reasonable expenses incurred as a result of his untimely cancellation of depositions.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Civil Rule of Procedure 7 of this Court, Defendants request oral argument and state their intention to file and serve reply papers.

Dated: New York, New York
September 6, 2012

Respectfully submitted,

/s/ Orin Snyder

| | |
|---|---|
| Thomas H. Dupree, Jr. | Orin Snyder |
| GIBSON, DUNN & CRUTCHER LLP | Alexander H. Southwell |
| 1050 Connecticut Avenue, NW | GIBSON, DUNN & CRUTCHER LLP |
| Washington, DC 20036 | 200 Park Avenue, 47th Floor |
| (202) 955-8500 | New York, NY 10166-0193 |
| | (212) 351-4000 |

Terrance P. Flynn
HARRIS BEACH PLLC
726 Exchange Street
Suite 1000
Buffalo, NY 14210
(716) 200-5120

*Attorneys for Defendants Mark Zuckerberg and Facebook, Inc.*