UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                              Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

                              Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS ON THE PLEADINGS/ PARTIAL SUMMARY JUDGMENT**

      Plaintiff respectfully requests this court grant an extension of time for him to file his response to Defendants' Motion to Dismiss on the Pleadings (now converted to a partial summary judgment), Doc. No. 321, to the later of either of the following time periods:

1. Within 30 days of receipt of the court's order granting in its entirety Defendants' motion for a protective order, Doc. No. 474; or

2. Within 30 days of Defendants full compliance with the court's order regarding whatever the court requires Defendants to provide in discovery regarding Doc. No. 321.

      Defendants consent to the granting of this extension.

                                              Respectfully submitted,

                                              /s/Dean Boland

|  |  |
|---|---|
| Paul A. Argentieri | Dean Boland |
| 188 Main Street | 1475 Warren Road |
| Hornell, NY 14843 | Unit 770724 |
| 607-324-3232 phone | Lakewood, Ohio 44107 |
| 607-324-6188 | 216-236-8080 phone |
| paul.argentieri@gmail.com | 866-455-1267 fax |
|  | dean@bolandlegal.com |