UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL D. CEGLIA,
                PLAINTIFF

V.                                         CASE NO. 1:10-CV-00569-RJA-LGF

MARK ELLIOT ZUCKERBERG,
INDIVIDUALLY, AND
FACEBOOK INC,
                DEFENDANT'S

---

JAMES CHARLES KOPP, MOVANT

### MOTION TO INTERVENE BY JAMES CHARLES KOPP
### UNDER FED. R. CIV P RULE 24(A), 24(B)

---

Comes Now, the movant James Charles Kopp, in pro-se, with newly discovered withheld evidence moves this court to intervene under rule 24 as a unconditional matter of right.

### STATEMENT OF FACT

---

Plaintiff Paul Ceglia was pen pals with me for the last 4 years. Ceglia told me in letters that he was going to lie and create a fraud lawsuit against facebook so that he could use some of the money to get me a paid top dollar attorney to help me with my appeal on my criminal case. In particular Bruce Cutler who defended John Gotti. Also, me and Ceglia were in a sexual relationship since valentines day 2008, but we broke up 2 days after Ceglia was arrested in october 2012 for fraud charges in relation to this case. Ceglia promised me $ 200 a month in prison commissary for the rest of my prison life if he won this lawsuit. Also Ceglia promised me a years subscription to mens health magazine and yoga journal if he won this fraud lawsuit and told me he would fly down to prison in pennsylvania to visit me every sunday if he won. After Ceglia got arrested I told him I want nothing to do with him because he was a scam artist and I also found out Ceglia was cheating on me with a guy named Mario from Craigslist and it mad me a emotional mess and sad. Now I have nightmares. Ceglia has been sending me threatening letters telling me if I tell anyone about our sexual relationship he will kill me and told me if I show anyone the 100"s of sexual letters he sent me he would break my fingers and tell the family of Barnett Slepian where I'm at so both collectively try to sniper me or cause bodily harm by paying inmates around me to put a shank in me which I'm very scared and I have not left my cell since. I am a innocent man, I will testify that Paul Ceglia was the trigger man and he shot Barnett Slepain, not me. I was framed by Ceglia, and I ask this court for a new hearing on this matter. I demand my release asap, I support all abortions and I denounce the lambs of christ, I'm a changed man, and i seek a second chance in life. Movant respectfully prays this court will grant his motion for relief.

respectfully prays this court will grant his motion for relief.

Dated: 11/02/12

                      Respectfully, _____

                                      James Charles Kopp
                                      #11761-055
                                      P.O. Box 300
                                      Waymart, NY 18472

CERTIFICATE OF SERVICE

I certify that the following foregoing motion was sent via the United States Postal Service on 11/02/2012 to the following parties:

**Thomas H. Dupree, Jr.**
Gibson, Dunn & Crutcher LL.P
1050 Connecticut Avenue, N.W.
Washington, DC 20036

**Paul A. Argentieri**
188 Main Street
Hornell, NY 14843
607-324-3232
607-324-6188 (fax)

Respectfully,

James Charles Kopp
#11761-055
P.O. Box 300
Waymart, NY 18472