UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

PAUL D. CEGLIA,

                            Plaintiff,                      **ORDER**

     v.

                                                         **10-CV-569A(F)**

MARK ELLIOT ZUCKERBERG,
FACEBOOK, INC.,

                            Defendants.

       By papers filed November 5, 2012, James Charles Kopp has moved to intervene pursuant to Fed.R.Civ.P. 24 (Doc. No. 585). Responses shall be filed not later than **November 19, 2012**. Replies, if any, shall be filed not later than **November 29, 2012**. Oral argument shall be at the discretion of the court.

SO ORDERED.

                                                    /s/ *Leslie G. Foschio*

                                                 _____
                                                   LESLIE G. FOSCHIO
                                   UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2012
       Buffalo, New York