# EXHIBIT A

```
Hon. Leslie G. Foschio
USMJ-WDNY
Federal Courthouse
Niagara Square
Buffalo NY  14202
```

10 November 2012

IN RE:  Seglia v. Zuckerberg
1-10-cv-00569-RJA-LGF

Dear Your Honor,

It has come to my attention someone is impersonating me IN RE supra.

Please see attached affidavit.

PRAYER

Please withdraw the fraudulent motion IN RE supra.which has been apparently attributed to me.

Most Sincerely,

*[signature]*

James C. Kopp

11761-055
USP-CAA

cc:    Esqq.  Mrss.  T. DuBree and P. Argentieri

       Esqq.  Mrss.  J. Broderick, A.WWaWasburn, B. Barket, T. Eoannu

## Affidavit of James Kopp

1. I am the undersigned.

2. I have sent no motion to the Court IN RE Cegli v. Zuckerberg 1-10-CV-00569-RJA-LGF.

3. Anyone claiming same is impersonating me.

4. I declare under the penalty of perjury of the laws of the Commonwealth of Pennsylvania and the U.S. Code that the foregoing is true and correct according to my knowledge and belief.

Executed At Waymart
    Pennsylvania

13 November 2012

James C. Kopp    11761-055

USP-CAA
Box 300
Waymart, PA  18472

Case Manager,
Authorized by the Act of July 7, 1955,
as amended, to administer oaths
(18 USC 4004)
USP Canaan