UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

PAUL D. CEGLIA,

                Plaintiff,

   v.

MARK ELLIOT ZUCKERBERG,
FACEBOOK, INC.,

                Defendants.

JAMES CHARLES KOPP,

                Movant.
_____

**DECISION
and
ORDER**

**10-CV-569A(F)**

APPEARANCES:      PAUL A. ARGENTIERI, ESQ.
                             Attorney for Plaintiff
                             188 Main Street
                             Hornell, New York   14843

                             BOLAND LEGAL, LLC
                             Attorney for Plaintiff
                             DEAN M. BOLAND, of Counsel
                             18123 Sloane Avenue
                             Lakewood, Ohio   44107

                             GIBSON, DUNN & CRUTCHER, LLP
                             Attorneys for Defendants
                             ORIN S. SNYDER,
                             ALEXANDER H. SOUTHWELL,
                             THOMAS H. DUPREE, JR., of Counsel
                             200 Park Avenue, 47th Floor
                             New York, New York   10166-0193

                             HARRIS BEACH LLP
                             Attorneys for Defendants
                             TERRANCE P. FLYNN, of Counsel
                             Larkin at Exchange
                             726 Exchange Street, Suite 1000
                             Buffalo, New York   14210

JAMES CHARLES KOPP (11761-055), Pro Se
Movant
Canaan USP
P.O. Box 300
Inmate Mail/Parcels
Waymart, Pennsylvania     18472

By papers filed November 5, 2012 (Doc. No. 585), one James Charles Kopp, as identified in the papers ("Movant"), moves to intervene pursuant to Fed.R.Civ.P. 24 ("the motion").  On November 19, 2012, Defendants filed Defendants' Response To Motion to Intervene (Doc. No. 598) opposing the motion ("Defendants' Response"). Based on the reasons and authorities as set forth in Defendants' Response, the motion should be denied.  The motion fails to identify any interest justifying Movant's participation in this case and allowing intervention at this time is likely to unduly delay the proceedings particularly the court's consideration of the merits of Defendants' motions to dismiss (Doc. No. 318) and for summary judgment (Doc. No. 320).

## CONCLUSION

Based on the foregoing, the motion (Doc. No. 585) is DENIED.

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dated: December 6, 2012
         Buffalo, New York

ANY APPEAL OF THIS DECISION AND ORDER MUST BE TAKEN BY

FILING WRITTEN OBJECTION WITH THE CLERK OF COURT **NOT LATER THAN 14 DAYS** AFTER SERVICE OF THIS DECISION AND ORDER IN ACCORDANCE WITH FED.R.CIV.P. 72(a).