1

**PAUL A. ARGENTIERI**
ATTORNEY AT LAW
188 MAIN STREET
HORNELL, NEW YORK  14843
———
(607) 324-3232

FAX
324-6188
AREA CODE 607

March 13, 2013

VIA ELECTRONIC MAIL

The Honorable Leslie G. Foschio
United States Magistrate Judge
United States District Court
Western District of New York
U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

RE:   Ceglia v. Zuckerberg and Facebook, Inc., No. 1:10-cv-569-RJA-LGF

Dear Judge Foschio:

Paul Ceglia has instructed me to inform the Court that he is withdrawing his objection to Mr. Boland's application for withdrawal from his case that he originally expressed to you during the November 27th, 2012 hearing.

Should the Court require Mr. Ceglia to submit his written affirmation to this position, kindly advise.

Respectfully submitted,

/s/ Paul Argentieri

Paul Argentieri

cc:   Dean Boland, Esq.
      Orin Snyder, Esq.
      Terrance Flynn, Esq.

Approved for Filing

*[signature]*
Leslie G. Foschio
United States Magistrate Judge
Date: 3/14/13