UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL D. CEGLIA,<br>　　　　　　　　　　　Plaintiff,<br>　　　　v.<br>MARK ELLIOT ZUCKERBERG,<br>FACEBOOK, INC.,<br>　　　　　　　　　　　Defendants. | **DECISION**<br>**and**<br>**ORDER**<br><br>**10-CV-569A(F)** |

　　　　By letter dated March 13, 2013 (Doc. No. 642), Plaintiffs' attorney, Paul A. Argentieri, informed the court that Plaintiff withdraws his objection to Plaintiff's other counsel of record, Dean Boland's request to withdraw, Doc. No. 579) ("Boland's request"), as Plaintiff stated on the record during a hearing on Boland's request conducted by the court on November 27, 2012 (Doc. No. 613).  Defendants shall file a response not later than **March 15, 2013 at 5:00 p.m.**; Plaintiffs' reply shall be filed not later than **March 18, 2012 at 12:00 p.m.**

SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Leslie G. Foschio*

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　LESLIE G. FOSCHIO
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

Dated: March 14, 2013
　　　　Buffalo, New York