District Court of the United States

Western District of New York

| | |
|---|---|
| PAUL D. CEGLIA, an individual, | CIVIL ACTION NO. 10-569(RJA) |
| Plaintiff, | **AFFIDAVIT OF PAUL D. CEGLIA** |
| against | |
| MARK ELLIOT ZUCKERBERG, an individual, and FACEBOOK, INC., formerly known as TheFaceBook Inc., a Delaware corporation, | |
| Defendants. | |

I, Paul D. Ceglia, declare and state as follows:

I respectfully submit this declaration that I no longer oppose the request of Dean Boland, Esq. for leave to withdraw as Plaintiff's counsel.

I have worked diligently with my current counsel to become familiar with the details of the case and am satisfied that Mr. Argentieri, Esq. is fully capable of representing me into the future.

I have also reached an agreement with another law firm to represent me as I continue to exercise my Constitutional right. I anticipate their official entry into the case shortly.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19 2013 in Wellsville New York.

*Paul D. Ceglia*

1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL D. CEGLIA, an individual

                Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, an individual, and FACEBOOK, INC. formerly known as TheFaceBook, Inc., a Delaware Corporation,

                Defendants.

Civil Action No.:
1:10-CV-00569-RJA-LGF

---

## CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2013, I electronically filed Plaintiff's Declaration Pursuant to 28 U.S.C. § 1746, dated March 19, 2013, attached hereto, in accordance with TEXT ORDER under Document Number 646, Issued by the Hon. Leslie G. Foschio, on March 18, 2013, on Behalf of the interested parties with the Clerk of the District Court using the CM/ECF system.

I hereby further certify that on March 19, 2013, a copy of the foregoing was also delivered to the following using the CM/ECF System.

    Dean M. Boland

    Terrance P. Flynn

    Orin S. Snyder

    Alexander H. Southwell

Dated:    March 19, 2013
              Hornell, New York

                                    */s/ Paul A. ARGENTIERI*
                                    PAUL A. ARGENTIERI, ESQ.