UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL D. CEGLIA,

        Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

        Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**NOTICE OF MOTION AND MOTION FOR ADMISSION *PRO HAC VICE***

---

PLEASE TAKE NOTICE that upon the annexed declaration of Joseph M. Alioto, dated April 4, 2013, and upon all the pleadings and proceedings herein, Plaintiff PAUL A. CEGLIA, will move this court, at a date and time to be determined by the Court, for an Order pursuant to Rule 7(b) of the Federal Rules of Civil Procedure and Local Rule 83.1(c) of the Local Rules of Civil Procedure for the United States District Court for the Western District of New York, admitting Joseph M. Alioto, *pro hac vice,* to participate as counsel for Plaintiffs before the Court in all proceedings in this action.

Dated: April 5, 2013

Respectfully submitted,

/s/Paul A. Argentieri

Paul A. Argentieri
188 Main Street
Hornell, NY 14843
607-324-3232 phone
607-324-6188
paul.argentieri@gmail.com
*Attorney for Plaintiff Paul D. Ceglia*

TO:    Alexander H. Southwell, Esq.
       Orin S. Snyder, Esq.
       Gibson, Dunn & Crutcher, LLP
       200 Park Avenue
       47th Floor
       New York, NY  10166-0193

       Lisa T. Simpson, Esq.
       Orrick, Herrington & Sutcliffe LLP
       51 West 52nd Street
       New York, NY  10019

       Terrance P. Flynn, Esq.
       Harris Beach LLP
       Larkin at Exchange
       726 Exchange Street
       Suite 1000
       Buffalo, NY  14210

       Thomas H. Dupree, Jr., Esq.
       Gibson, Dunn & Crutcher LLP
       1050 Connecticut Avenue, N.W.
       Washington, D.C.  20036

       *Attorneys for Defendants Mark Elliott Zuckerberg and Facebook, Inc.*