UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Joseph M. Alioto
(Name)

TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

TO THE HONORABLE JUDGE __Arcara__ OF THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NEW YORK:

__Joseph M. Alioto__, petitioner herein, respectfully states:

1. That petitioner has an office for the practice of law at: 225 Bush Street, 16th Floor, San Francisco, CA 94104

2. That petitioner attended the following educational institutions and received the following degrees:
Undergraduate School: St. Mary's College, Moraga, California
Juris Doctor: University of San Francisco School of Law, San Francisco, California

3. Please complete either (a) or (b):
(a) That petitioner was admitted to practice by the Appellate Division of the Supreme Court, _____ Department of the State of New York on the _____ day of _____, _____.

(B) That petitioner was admitted to practice in the United States District Court of the __Northern__ District of __California__ on the __9__ day of __January__, __1969__, and is a member of the bar of the State in which that district court is located and in which the petitioner maintains an office for the practice of law.

4. Petitioner is admitted to the following courts: __See attachment.__

5. Since such admission(s), petitioner has practiced in the following courts: __See attachment.__

and has been involved in the following professional activities: __See attachment.__

6. That petitioner or the petitioner's client (in a case in which the applicant represented the client) has never been held in contempt of court, sanctioned, censured in a disciplinary proceeding, suspended or disbarred by any court or admonished by any disciplinary committee of the organized bar, nor is the subject of any pending complaint before any court. If the answer is in the affirmative, the applicant shall file a separate confidential statement under seal specifying the court or disciplinary committee imposing the sanction, the date, the facts giving rise to the disciplinary action or complaint, the sanction imposed, and such other information, including any facts of a mitigating or exculpatory nature as may be pertinent, and such confidential statement, together with the petition, shall promptly be transmitted by the Clerk to the Chief Judge of the District for review.

7. That petitioner has read and is familiar with the provisions of Title 28 of the United States Code which pertains to jurisdiction of and venue in a United States District Court, the Federal Rules of Civil and Criminal Procedures, the Federal Rules of Evidence, the Local Rules of Practice for the United States District Court for the Western District of New York, the Code of Professional Responsibility as adopted by the Appellate Division of the State of New York and as interpreted and applied by the United States Supreme Court, the United States Court of Appeals for the Second Circuit, and this Court.

WHEREFORE, the petitioner respectfully requests to be admitted as an attorney in the United States District Court for the Western District of New York.

I verify under penalty of perjury that the foregoing is true and correct.

_____
(Signature of Petitioner)

Sworn to before me this _____ day of _____, _____.
Notary Public

(Revised 2012)



CHERYL MERIL
Commission # 1990475
Notary Public - California
San Francisco County
My Comm. Expires Oct 3, 2016

State of California, County of San Francisco
Subscribed and sworn to (or affirmed) before me on this
4 day of April, 2013, by Joseph M. Alioto
proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

_____
Cheryl Meril

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

IN THE MATTER OF THE APPLICATION OF

Joseph M. Alioto
(Name)
TO BE ADMITTED TO PRACTICE AS AN ATTORNEY

SPONSORING
AFFIDAVIT

STATE OF NEW YORK  )
                   ) ss:
COUNTY OF          )

Paul A. Argentieri, being duly sworn deposes and says:

1. I reside at:

215 Main Street, Hornell, NY 14843 and 878 Jonive Road, Sebastopol, CA 95472

and maintain an office for the practice of law at: 188 Main Street, Hornell, NY 14843

2. I am an attorney at law, admitted to practice in the State of New York and U.S. District Court for the Northern District of New York, I was admitted to practice in the United States District Court for the Western District of New York on the 26th day of September, 1979.

3. I have known the petitioner since February 21, 2013 and under the following circumstances: professionally, working together on a complex civil litigation matter.

4. I know the following about the petitioner's moral character and fitness to be admitted to practice in this Court: Petitioner is known to be an experienced attorney of high repute and moral character who has handled complex cases in the state and federal courts.

_____
Signature of Sponsoring Attorney

Sworn to before me this 22 day of MARCH, 2013

_____
Notary Public

ANN D. BRUNGARD
NOTARY PUBLIC-STATE OF NEW YORK
No. 01BR4910356
Qualified in Steuben County
My Commission Expires November 02. 20 13

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ATTORNEY'S OATH

STATE OF __California__ )
                        ) SS:
__San Francisco__ COUNTY )

I, __Joseph M. Alioto__ of __San Francisco, California__
                                        City, State

do solemnly swear or affirm that I will demean myself, as an attorney and counselor of the United States District Court for the Western District of New York, uprightly and accordingly to law; and I will support the Constitution of the United States. So help me God.

_____
Signature of Attorney

Subscribed and sworn to before me this ___
day of _____, _____.

_____
Notary Public

CHERYL MERIL
Commission # 1990475
Notary Public - California
San Francisco County
My Comm. Expires Oct 3, 2016

State of California, County of San Francisco
Subscribed and sworn to (or affirmed) before me on this 4 day of April, 2013, by Joseph M. Alioto proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Cheryl Meril

Rev. 2/2000

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

APPENDIX TO CIVILITY PRINCIPLES

OATH OF OFFICE

I do solemnly swear (or affirm):

I will support the Constitution of the United States and the Constitution of the State of New York;

I will maintain the respect due to Courts of Justice and judicial officers;

I will not counsel or maintain any suit or proceeding which shall appear to me to be unjust nor any defense except such as I believe to be honestly debatable under the law of the land;

I will employ for the purpose of maintaining the causes confided to me such means only as are consistent with truth and honor and will never seek to mislead the judge or jury by an artifice or false statement of fact or law;

I will maintain the confidence and preserve inviolate the secrets of my client and will accept no compensation in connection with his business except from him or with his knowledge and approval;

I will abstain from all offensive personality and advance no fact prejudicial to the honor or reputation of a party or witness unless required by the justice of the cause with which I am charged;

I will in all other respects conduct myself personally and professionally in conformity with the high standards of conduct imposed on members of the bar as conditions for the privilege to practice law in this State and before this Court.

*[Signature: Joseph M. Alioto]*

# UNITED STATES DISTRICT COURT
## Western District of New York

### ELECTRONIC CASE FILING SYSTEM REGISTRATION FORM

This form shall be used to register for an account on the Courts' Case Management/Electronic Files (CM/ECF) system. Registered attorneys will have privileges to electronically submit and to view the electronic docket sheets and documents. By registering, attorneys consent to receiving electronic notice of filings through the system. The following information is required for registration:

## PLEASE TYPE

First/Middle/Last Name: __Joseph M. Alioto__

Firm Name: __Alioto Law Firm__

Firm Address: __225 Bush Street, 16th Floor, San Francisco, CA 94104__

Voice Phone Number: __415-434-8900__    FAX Number: __415-434-9200__

Internet E-Mail Address: __jmalioto@aliotolaw.com__

Additional E-Mail Address
(optional): __jmiller@aliotolaw.com__

Does your E-Mail Software support HTML messages?   Yes __X__   No ____

Attorneys seeking to file documents electronically must be admitted to practice in the United States District Court for the Western District of New York or otherwise permitted as a filing user.

Date admitted to practice in this Court: _____

If admitted pro hac vice:

Date motion for pro hac vice granted: _____ in case number: __10-00569__

By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also consents to receiving notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) via the Court's electronic filing system. The combination of user id and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.

_/s/ Joseph M. Alioto_    _April 4, 2013_
Signature of Registrant         Date

## ATTORNEY DATABASE INFORMATION
### For Newly-Admitted Attorneys

The Clerk's Office maintains a computerized database of attorneys admitted in the District. To ensure the data we enter for you is correct, please fill out the form below and submit it with your other papers when you are admitted. Our local rules require you to report name, firm affiliation, office address or phone number changes within 30 days.

### Attorney Database Input Sheet

Please print. If you use two surnames or have a hyphenated surname, please indicate how you would like the name entered into our records, i.e., first surname as middle name, both surnames in last name field, etc.

First Name: Joseph

Middle Name or Initial: M.

Last Name: Alioto

Firm: Alioto Law Firm

Address: 225 Bush Street

Suite: 16th Floor

City: San Francisco    State: CA    Zip: 94104 - ____

Phone: 415-434-8900    FAX: 415-434-9200

Bar ID Number: CA SBN 42680    **Required

Date Applied: 04/05/13    Date Admitted: ___/___/___

Method of Admission: Pro Hac Vice _____ (petition, certificate of good standing, pro hac vice)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

PAUL D. CEGLIA,

           Plaintiff,

v.

MARK ELLIOT ZUCKERBERG, Individually, and
FACEBOOK, INC.

           Defendants.

Civil Action No. : 1:10-cv-00569-RJA

**CERTIFICATE OF SERVICE**

---

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2013, I sent the foregoing Notice of Motion and Motion for Admission *Pro Hac Vice*, Application to be Admitted to Practice, Declaration of Joseph M. Alioto in Support of Application for *Pro Hac Vice* Admission, Sponsoring Affidavit of Paul A. Argentieri, Attorney's Oath, Oath of Office, ECF Registration Form, and Attorney Database Input Sheet, via Federal Express, overnight delivery to each of the following:

    Alexander H. Southwell, Esq.
    Orin S. Snyder, Esq.
    Gibson, Dunn & Crutcher, LLP
    200 Park Avenue
    47th Floor
    New York, NY  10166-0193

    Lisa T. Simpson, Esq.
    Orrick, Herrington & Sutcliffe LLP
    51 West 52nd Street
    New York, NY  10019

Terrance P. Flynn, Esq.
Harris Beach LLP
Larkin at Exchange
726 Exchange Street
Suite 1000
Buffalo, NY  14210

Thomas H. Dupree, Jr., Esq.
Gibson, Dunn & Crutcher LLP
1050 Connecticut Avenue, N.W.
Washington, D.C.  20036

Dated:  April 5, 2013

/s/ Jamie L. Miller