**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

|  |  |  |
|---|---|---|
| | : | |
| **PAUL D. CEGLIA,** | : | Civil Action No. 1:10-cv-00569-RJA |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | **NOTICE OF APPEARANCE** |
| **MARK ELLIOT ZUCKERBERG** and | : | |
| **FACEBOOK, INC**. | : | |
| | : | |
| Defendants. | : | |
| | : | |

_____

PLEASE TAKE NOTICE that Gil D. Messina, MESSINA LAW FIRM, P.C., does hereby

enter his appearance as co-counsel for the plaintiff, Paul D. Ceglia, in this action.

Dated:  March 15, 2014

s/ Gil D. Messina _____
Gil D. Messina
MESSINA LAW FIRM, P.C.
961 Holmdel Road
Holmdel, NJ 07733
Telephone: (732) 332-9300
Facsimile: (732) 332-9301
gmessina@messinalawfirm.com

*Attorneys for Plaintiff*