AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Paul D. Ceglia                    **JUDGMENT IN A CIVIL CASE**
                                  CASE NUMBER: 10-CV-569 - A

   v.

Mark Elliott Zuckerberg, et al

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED, for the reasons set forth in Magistrate Judge Foschio's admirably well-reasoned Report and Recommendation, judgment is entered in favor of the defendants and this action is closed.

Date: March 26, 2014                              MICHAEL J. ROEMER,
                                                  CLERK OF THE COURT

                                                  By: s/Denise Collier
                                                        Deputy Clerk